DC6531 —

Case: 2:65-cv-00031-DMB-JMV Doc #: 1 Filed: 03/16/10 1 of 21 PageID #: 33

CIVIL DOCKET

TITLE

Hon. John A. Nichols,
Harold Melventhal
Reuben V. Anderson and
Paul Brest & ATTORNEYS est, 538½ N.
Farish, Jackson, Miss. 39202

*For Plaintiff:*
Leroy D. Clark, 538½ N. Farish, Jksn
Henry M. Aronson, Carsie A. Hall,
Jack H. Young, 538½ N. Farish St.
Jackson, Miss.; *Fred L. Banks, Jr*
Jack Greenberg, Derrick A. Bell,
Melvyn Zarr, 10 Columbus Circle,
New York, New York

*For Defendant:*
W. B. Alexander, Cleveland, Miss.
Alfred A. Levingston, Cleveland, Mi
Ellis Griffith, Cleveland, Miss.
John Pearson, Rosedale, Miss.
Ancil L. Cox, Jr., Cleveland, Miss
Atty. General's Office, State of
Miss., Jackson, Miss.

Semmes Luckett & Leon Porter, Jr.
Clarksdale, Miss.

DIANE COWAN and FLOYD COWAN, JR., minors,
by their mother and next friend, MRS. ALBERTA
JOHNSON, et al

v.

BOLIVAR COUNTY BAORD OF EDUCATION, LEWIS I. MYERS,
County Superintendent of Education, E. B. SCRUGGS,
President, J. L. WILSON, JR., OSCAR O. WOLFE, JR.,
S. F. DOUGLASS and M. L. TURPIN, JR., members of the
County Board of Education, and their agents, successors,
employees and all those in active concert with them;
et al     AND

DUNCAN BETTERMENT CLUB AND DUNCAN BETTERMENT CORP.------

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|---|---|---|---|---|---|---|---|---|
| 7-24-65 | R#4951 | $15 | 00 | | | * James O. Ford of North Miss. Rural Legal Services, 108½ South Lamar, Oxford 38655 | | |
| | Filing fee paid in Greenville office | | | | | | | |

ABSTRACT OF COSTS

| TO WHOM DUE | AMOUNT | RECEIPTS, REMARKS, ETC. |
|---|---|---|
| | | |

7—1597

U. S. GOVERNMENT PRINTING OFFICE: 1926

7—1697

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |
| 7-24-65 | Complaint filed. (in Greenville) | | J.S.S | |
| 7-24-65 | Because of insufficient copies, summons not issued until copies are | | | |
| | received | | | |
| 7-29-65 | Filed Motion For Preliminary Injunction | | | |
| 7-29-65 | Mailed copy of Motion For Preliminary Injunction to Law Clerk, Tupelo. | | | |
| 7-30-65 | Summons issued (at Greenville) and mailed to U. S. Marshal, Oxford. | | | |
| 8/5/65 | Notice of Hearing on Motion for Preliminary Injunction mailed to counsel. | | | |
| 8/6/65 | Summons filed with Marshal's Return; on 8/3/65 Dist. No. 1 Board of Education and member | | | |
| | served; Dist. No. 3 and Supt. served; Dist. No. 4 and members served; Dist. No. 6 and | | | |
| | members served; Bolivar County Board of Education and members served; and on 8/4/65, | | | |
| | Dist. No. 2 and members served; and Dist. No. 5 and members served. | | | |
| 8/9/65 | Before Judge Clayton (at Oxford) Hearing on Motion for Preliminary Injunction | | | |
| | begun and concluded. Defts to submit plan by 8/19/65. | | | |
| 8/10/65 | Notice of Hearing on Objections (if any) to Plans set for 8/23/65, 10:00 A.M. at | | | |
| | Clarksdale mailed to counsel. | | | |
| 8/11/65 | Order for Preliminary Injunction, ent COB 2 pp 728-729. Cert. copies of Order sent | | | |
| | by certified mail to all counsel of record, by Clerk. | | | |
| 8/18/65 | Court Reporter's Transcript of hearing at Oxford on 8/9/65, filed. | | | |
| 8/18/65 | Desegregation Plan, School District No. 1, filed. | | | |
| 8/18/65 | Desegregation Plan, School District No. 2, filed. | | | |
| 8/18/65 | Desegregation Plan, School District No. 3, filed. | | | |
| 8/18/65 | Desegregation Plan, School District No. 4, filed. | | | |
| 8/18/65 | Desegregation Plan, School District No. 5, filed. | | | |
| 8/18/65 | Desegregation Plan, School District No. 6, filed. | | | |
| 8/18/65 | Desegregation Plan for school bus transportation, filed. | | | |
| 8/21/65 | Pltfs' Objections to Defts' Plans, filed. | | | |
| 8/23/65 | Defts' Motion for extension of time to plead, filed. | | | |
| 8/23/65 | Order granting defts. until 9/7/65 to answer, ent COB 2 p 732. | | | |
| 8/23/65 | Affidavit of Bolivar Co. Board of Education in support of Plan, filed. | | | |
| 8/23/65 | Affidavit of Dist. No. 1 in support of plan, filed. | | | |
| 8/23/65 | Affidavit of Dist. No. 2 in support of Plan, filed. | | | |
| 8/23/65 | Affidavit of Dist. No. 3 in support of Plan, filed. | | | |
| 8/23/65 | Affidavit of Dist. No 4 in support of Plan, filed. | | | |
| 8/23/65 | Affidavit of Dist. No. 5 in support of Plan, filed. | | | |
| 8/23/65 | Affidavit of Dist. No. 6 in support of Plan, filed. | | | |
| 8/23/65 | Before Judge Clayton (at Clarksdale) Hearing on Objections to Plans begun and | | | |
| | concluded at Oxford on 8/24/65. | | | |
| 8/27/65 | Order for Temporary Injunction signed 8/26/65 (and overruling motion of Dist. 3 and | | | |
| | 6 to Dismiss for lack of jurisdiction) ent COB 2 pp 732-734. Copy of order to all couns | | | |

2

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS | |
|---|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | | |
| 8/27/65 | Notice of entry of Order mailed to all counsel. | | | | |
| 8/28/65 | Order signed 8/27/65 amending paragraph 1) of Order for Temporary | | | | |
| | Injunction, to include overruling of motion of School Dist. 2 | | | | |
| | to Dismiss, ent COB 2 p 735.  Notice of entry mailed to counsel. | | | | |
| | Copy of Order mailed to all counsel by Judge's Secty. | | | | |
| 9/7/65 | Court Reporter's Transcript of hearing 8/23/65(Clarksdale) filed. | | | | |
| 9/7/65 | Court Reporter's Transcript of hearing 8/24/65 (Oxford), 2 Vols.,filed. | | | | |
| 9/7/65 | Court Reporter's Transcript of Disposition of Court on 8/24/65, filed. | | | | |
| 9/7/65 | Answer of Bolivar Co. Board of Education, filed. | | | | |
| 9/7/65 | Separate Answers of Bolivar Co. School Districts 1, 2, 4, and 5, filed. | | | | |
| 9/8/65 | Separate Answers of Bolivar Co. School Districts 3 and 6, filed. | | | | |
| 10/4/65 | Proof of Publication of Notice by School Districts 1 and 2, filed. | | | | |
| 3/18/66 | Court Reporter's stenotype notes of hearing at Oxford on 8/24/65, filed. | | | | |
| 3/25/66 | Court Reporter's stenotype tapes of hearing held Aug. 9 and 23, 1965, filed. | | | | |
| 7/23/66 | Pltfs' Interrogatories to Defts. (Nos. 1-53) filed. | | | | |
| 7/27/66 | Pltfs' Motion for Supplemental Relief, filed.  Copy of Motion | | | | |
| | mailed to Law Clerk, with proposed Order to Show Cause.( Included in Vol. B ) | | | | |
| 8/5/66 | Notice of hearing of Motion for Supp. Relief, set for 8/23/66 at | | | | |
| | 2 PM, mailed to all counsel of record. | | | | |
| 8/10/66 | Bolivar Co. Board of Educ.'s Answers to Pltfs' Interrogatories, filed. | | | | |
| 8/10/66 | School Dist. No. 1's Answers to Interrogatories, filed. | | | | |
| 8/10/66 | School Dist. No. 2's Answers to Interrogatories, filed. | | | | |
| 8/10/66 | School Dist. No. 3's Answers to Interrogatories, filed. | | | | |
| 8/10/66 | School Dist. No. 4's Answers to Interrogatories, filed. | | | | |
| 8/10/66 | School Dist. No. 5's Answers to Interrogatories, filed. | | | | |
| 8/10/66 | School Dist. No. 6's Answers to Interrogatories, filed. | | | | |
| 8/20/66 | School Dist. No. 3's and School Dist. No.6's Response to Motion for Supp. Relief, filed. | | | | |
| 8/22/66 | Response of School District Number One Of Bolivar County, Miss. To | | | | |
| | Motion For Supplemental Relief, filed. | | | | |
| 8/22/66 | Response of School District Number Two of Bolivar County, Miss. To | | | | |
| | Motion For Supplemental Relief, filed | | | | |
| 8/23/66 | Before Judge Clayton, hearing on motion for supp. relief,begun & concluded. | | | | |
| 8/23/66 | Spa. served 8/22/66 on Joseph Keesee,Jr., filed. | | | | |
| 8/24/66 | Order sustaining certain parts of Pltfs' Motion for Supp. Relief, ent COB 2 | pp815-816. | | |
| 8/25/66 | Cert. copies of Order sent by certified mail to all counsel of record. | | | | |
| 8/27/66 | Return receipts for cert. mail received from all counsel and filed. | | | | |
| 10/22/66 | Court Reporter's Transcript of hearing on 8/23/66, filed. | | | | |
| 11/7/66 | Court Reporter's Transcript of testimony, witness Bill B. Shirley,8/23/66, filed. | | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|------|---------------------|-----------|-----------|-------|
| | | PLAINTIFF | DEFENDANT | |
| 3/28/67 | Copies of Judge Clayton's letter of 3/24/67, mailed to following attorneys of record:  Marian E. Wright, Derrick A. Bell, William B. Alexander, John L. Pearson, Ellis Griffith, Alfred A. Levingston, Ancil L. Cox, Jr. and Will Wells. | | | |
| 4/10/67 |  Pltfs' Motion for Revised Plan, filed.  Copy mailed to Law Clerk by Dep. Clerk. | | | |
| 4/21/67 | Judge Clayton's letter of 4/19/67 directing counsel to confer at Oxford on 4/26/67 received.  Copies of letter were mailed to Marian E. Wright, Joe T. Patterson, Wm. B. Alexander, Ancil L. Cox, Jr., John L. Pearson, Alfred A. Levingston, Ellis Griffith, and Will Wells by Clerk's office, Oxford. | | | |
| 5/2/67 | Received copy of Judge Clayton's letter to counsel giving them until 5/5/67 to submit report of April 26th conference. | | | |
| 5/9/67 | Pltfs' Interrogatories to Defts., filed.  Copy of Interrogatories mailed to Judge Clayton by Dep. Clerk. | | | |
| 5/18/67 | Deft.School Dists' Motion to extend time to answer interrogatories, filed. | | | |
| 5/19/67 | Order Extending School Dists. time to answer interrogatories,ent COB 2 p 848. Notice of entry of Order mailed to counsel. | | | |
| 5/20/67 | Deft. School Dists.' Objections to certain interrogatories and Motion to Suppress, filed, with Notice.  Copy of Objections, Motion & Notice sent to Law Clerk. | | | |
| 5/22/67 | Answer of Bolivar Co. Board of Educ. and Supt.Myers to Pltfs' Interrogatories, filed. | | | |
| 6-14-67 | Filed Answers of School District Number Two of Bolivar County, Mississippi, To Interrogatories Numbered 26, 29, 31-34, 36-50, 53-61, 63-64.  Mailed copy of same to Frank Thackston, Law Clerk to Judge Clayton, Tupelo, Miss. | | | |
| 6-14-67 | Filed Answers of School District Number One of Bolivar County, Mississippi, To Interrogatories.  Mailed copy of same to Frank Thackston, Law Clerk to Judge Clayton, Tupelo, Mississippi. | | | |
| 6-16-67 | Filed Answers of School District Number Three of Bolivar County, Mississippi to Plaintiffs' Interrogatories.  Mailed copy of same to Frank Thackston, Law Clerk. | | | |
| 6-16-67 | Filed Answers of School District Number Six of Bolivar County, Mississippi to Plaintiffs' Interrogatories.  Mailed copy of same to Frank Thackston, Law Clerk. | | | |
| 6-16-67 | Filed Answers of School District Number F ve of Bolivar County, Mississippi, To Interrogatories.  Mailed copy of same to Frank TJhackston, Law Clerk. | | | |
| 6-16-67 | Filed Answer to Interrogatories by Bolivar County School District Number Four.  Mailed copy of same to Frank Thackston, Law Clerk. | | | |
| 7/11/67 | Pltfs' Motion for Supplemental Relief, filed.  Copy mailed to Law Clerk. | | | |
| 7/14/67 | Pltfs' Request for Admissions, filed.  Copymailed to Law Clerk/ | | | |
| 7/14/67 | Pltfs' Notice of Deposition, filed.  Copy mailed to Law Clerk. | | | |
| 7/15/67 | Pltfs' Notice of Deposition, filed.  Copy mailed to Law Clerk. | | | |
| 7/17/67 | Pltfs' Notice of Deposition, filed.  Copy mailed to Law Clerk. | | | |

CIVIL DOCKET DC6531     Cowan, et al v. Bolivar Co. Board of Educ.

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|------|---------------------|--------------|--|--------------------------------------|
| | | PLAINTIFF | DEFENDANT | |
| 7/19/67 | Filed Spas. served behalf Pltfs on 7/17/67: served Milton Dunn, Mrs. Paul Corley, Paul Corley, Mrs. D. B. Kitching, D. B. Kitching, Mrs. Gus Olivi and Gus Olivi. | | | |
| 7/22/67 | Filed Answer of Co.Supt.Educ. Myers to Pltfs' Request for Admissions. | | | |
| 7/24/67 | Filed Notice of Appearance, Paul Brest and Irès Brest, as counsel for Pltfs. | | | |
| 7/25/67 | Filed Answer of School Dist. 4 to Pltfs' Request for Admissions. | | | |
| 7/26/67 | Filed Answer of School Dists. 3 and 6 to Pltfs' Request for Admissions. | | | |
| 7/26/67 | Filed Answer of School Dist. 1 to Pltfs' Request for Admissions. | | | |
| 7/26/67 | Filed Answer of School Dist. 2 to Pltfs' Request for Admissions. | | | |
| 7/27/67 | Filed Answer of School Dist. 5 to Pltfs' Request for Admissions. | | | |
| 8-2-67 | Mailed Notice of hearing set at Oxford on 8-15-67 before Judge Clayton, to Marian E. Wright, William B. Alexander, John L. Pearson, Alfred A. Levingston, Ancil L. Cox, Jr. and Ellis Griffith. | | | |
| 8/9/67 | Filed Answer of Bolivar Co. Board of Educ. and Supt. Myers to Pltfs' Motion for Supplemental Relief. Copy of Answer mailed to Law Clerk. | | | |
| 8/14/67 | Filed Depositions of Mrs. Gus Olivi, Gus Olivi, Paul Corley, Mattie Hester Corley, C. V. Thurmond and C. L. Jones. | | | |
| 8/15/67 | Filed Depositions of D. B. Kitching and Mrs. D. B. Kitching. | | | |
| 8/15/67 | Deft. School Dists.' Answer to Motion for Revised Plan, filed. | | | |
| 8/15/67 | Defts' Motion to Require Pltfs. to Join the State Educational Finance Commission as a Deft., filed. | | | |
| 8/15/67 | Defts' Motion to Require Pltfs. to Join Duncan Betterment Club as a Deft.,filed. | | | |
| 8/15/67 | Cert.copy of Charter of Duncan Betterment Corp.,filed. | | | |
| 8/16/67 | Defts' Amendment of Report to the Court, filed. | | | |
| 8/17/67 | Pltfs' Supplemental Complaint, Amended Motion for Supplemental Relief, and Motion for preliminary and permanent injunction, filed. | | | |
| 8/19/67 | Order signed 8/17/67 Adding Duncan Betterment Club and Duncan Betterment Corp. as defendants, ent COB 2 p 855. | | | |
| 8/21/67 | Summons issued for service on added Defts. and delivered to Marshal (Oxford). | | | |
| 8/24/67 | Order signed 8/23/67 reserving disposition of issues concerning the redistricting of School Dist. 6 until Court has opportunity to fully consider counsel's briefs, ent COB 2 p 856. Copies of Order mailed to all counsel by Judge's office. | | | |
| 8/24/67 | Order signed 8/23/67 requiring added Defts., Duncan Betterment Club and Duncan Betterment Corp., to show cause by 9/1/67 why a preliminary injunction should not be issued, ent. COB 2 p 856. Original of the Order, with cert. copies handed to Marshal(at Clarksdale) for service on added Defts. | | | |
| 8/29/67 | Filed Summons with Marshal's Return: Duncan Betterment Club and Duncan Betterment Corp. served 8/24/67 by service on Charles E. Smith, Sec-Treas. of both Defts., | | | |

L.4-STARTS

D. C. 110

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|------|---------------------|--------------|--|--------------------------------------|
|      |                     | PLAINTIFF | DEFENDANT |                                   |
|      | of supplemental complaint and all prior pleadings and orders. | | | |
| 8/29/67 | Filed Marshal's Return on Order to Show Cause: copies of Order served | | | |
|      | 8/24/67 on added Defts., Duncan Betterment Club and Duncan Betterment | | | |
| 8/29/67 | Corp., by service on Charles E. Smith, Secty=Treas. for both Defts. Filed Response of Duncan Betterment Club & Duncan Btmt Corp. to Order to Show Cause. | | | |
| 9/5/67 | Deposition of Milton D. Dunn, with letter correcting 3 pages, filed. | | | |
| 9/14/67 | Filed Answer of School Dist. 3 to Supplemental Complaint.  Copy mailed to Law Clerk. | | | |
| 9/20/67 | Stipulation and Motion, filed.  Copy mailed to Law Clerk, by Dep. Clerk. | | | |
| 9/21/67 | Answer of Added Deft., Duncan Betterment Club, filed. | | | |
| 9/21/67 | Answer of Added Deft., Duncan Betterment Corp., filed. | | | |
| 9/29/67 | Filed Report to Court by School Dist. No. 3.  Copy mailed to Law Clerk. | | | |
| 9/29/67 | Filed Report to Court by School Dist. No. 6/  Copy mailed to Law Clerk. | | | |
| 10/3/67 | Filed Report to Court by School Dist. No. 1. ·Copy mailed to Law Clerk. | | | |
| 10/3/67 | Filed Report to Court by School Dist. No. 2.  Copy mailed to Law Clerk. | | | |
| 10/5/67 | Filed Report to Court by School Dist. No. 4.  Copy mailed to Law Clerk. | | | |
| 10/16/67 | Filed Report to Court by School Dist. No.5.  Copy mailed to Law Clerk. | | | |
| 10/25/67 | Pltfs' Motion to Enforce Decree, filed. Copy mailed to Law Clerk by Dep.Clerk. | | | |
| 10/28/67 | Filed Report to Court by School Dist. No.3.  Copy mailed to Law Clerk by Dep.Clerk. | | | |
| 10/31/67 | Filed Report to Court by School Dist. No.6.  Copy mailed to Law Clerk by Dep.Clerk. | | | |
| 11/4/67 | Filed Pltfs' Interrogatories to Defts.  Copy mailed to Law Clerk by Dep. Clerk. | | | |
| 11/11/67 | Filed Report to Court by School Dist. No. 4.  Copy mailed to Law Clerk by Dep.Clerk. | | | |
| 11/14/67 | Filed Deft. School Dists' Objection to Interrogatories and Motion to Suppress, | | | |
|      | with Notice of hearing of motion.  Copy mailed to Law Clerk by Dep.Clerk. | | | |
| 11/15/67 | Filed Answer of Co.Supt.Educ. and Bolivar Co. Board of Educ., to Motion to | | | |
|      | Enforce Decree.  Copy mailed to Law Clerk by Dep. Clerk. | | | |
| 11/16/67 | Filed Interrogatories propounded to Pltfs.  Copy mailed to Law Clerk by Dep. Clerk. | | | |
| 11/17/67 | Decree signed 11/16/67, but effective as of 9/18/67, setting out desegregation | | | |
|      | plan for Bolivar Co. schools, entered COB 2 pp 870-874.  Cert. copies sent by | | | |
|      | cert. mail to Paul Brest, Alfred A. Levingston, William B. Alexander, John L. | | | |
|      | Pearson, Abcil L. Cox, Jr., Semmes Luckett and William Allain. | | | |
| 11/21/67 | Order overruling defts' Motion to Suppress as moot, and directing Defts. to | | | |
|      | Answer Interrogatories within 15 days, COB 2 p 876. Copies of Order mailed to | | | |
|      | all counsel by Judge's office. | | | |
| 11/27/67 | Filed Report to the court by School Dist. No. 5.  Copy mailed to Law Clerk. | | | |
| 11/30/67 | Filed Pltfs' Notice of Taking of Depositions. | | | |
| 12-4-67 | Filed Answers of School District Number Three Of Bolivar County, Mississippi | | | |
| 12/4/67 | To Plaintiffs' Interrogatories Filed Court Reporter's stenotype tapes of proceedings held 8/23/66. | | | |
| 12-5-67 | Filed Answers of School District Number One of Bolivar County, Mississip | | | |
|      | To Interrogatories | | | |

6

CIVIL DOCKET — Clark, et al vs. Bolivar Co. Board of Edu.

Case: 2:65-cv-00031-DMB-JMV Doc #: 1-11 Filed: 03/16/17 7 of 21 PageID #: 39

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |
| 12-5-67 | Filed Answers of School District Number Two of Bolivar County, Mississippi, To Interrogatories Numbered 1-7 | | | |
| 12-7-67 | Filed Answer of Bolivar County School District Number Four To Interrogatories | | | |
| 12-7-67 | Filed Answers of School District Number Five of Bolivar County, Mississippi, To Interrogatories | | | |
| 12-7-67 | Filed Answers of School District Number Six of Bolivar County, Mississippi To Plaintiffs' Interrogatories | | | |
| 12/15/67 | Filed Answers of Bolivar Co. Board of Educ. to Pltfs' Interrogatories. | | | |
| 12/26/67 | Filed Court Reporter's transcripts of proceedings held 8/15/67( 5 vols.) | | | |
| 12/26/67 | Filed Court Reporter's Transcripts of proceedings held 8/16/67 (3 vols) | | | |
| 1/4/68 | Court Reporter's stenotype tapes of hearings on 8/15/67 and 8/16/67,filed at OXFORD. | | | |
| 1/5/68 | Notice of setting on Jan.17, 1968, for Conference at 10 AM and Hearing at 2 PM, at Oxford, mailed to all counsel. | | | |
| 1/17/68 | Before Judge Clayton at Oxford,hearing on faculty desegregation issue- ½ day. | | | |
| 1/18/68 | Before Judge Clayton, at Oxford, argument by counsel, 1 hour. | | | |
| 1/24/68 | Received copy of Judge Clayton's letter to counsel directing them to prepare order in compliance with faculty desegregation issue. | | | |
| 2/1/68 | Filed Stipulation of Dismissal of paragraph 2(a) of Pltfs' Motion to Enforce Decree (relating to school bus routes).  Copy of Stipulation mailed to Judge Clayton by counsel. | | | |
| 2/7/68 | Order on faculty desegregation beginning with 1968-69 school year, ent COB 3, p. 10.  Copies of Order mailed to all counsel from Judge Clayton's office. | | | |
| 2/8/68 | Filed Pltfs' Notice of Deposition to be taken 2/13/68.  Copy of Notice mailed to Judge Clayton by Dep.Clerk. | | | |
| 2/14/68 | Filed Pltfs' Notice Vacating Notice of Deposition(2/8/68). | | | |
| 3/8/68 | Filed Court Reporter's Transcript of hearing held 1/17/68 and 1/18/68. | | | |
| 3/12/68 | Filed Pltfs' Motion to Amend Motion for Supplemental Relief.  Copy mailed to Law Clerk by Dep. Clerk. | | | |
| 4/4/68 | Filed Report of School Dist. No. 1. | | | |
| 4/19/68 | Filed Notice of Appearance, Reuben V. Anderson, as additional counsel for Pltfs. | | | |
| 6/3/68 | Filed Report of School Dist. No.3. | | | |
| 6/3/68 | Filed Report of School Dist. No.5. | | | |
| 6/4/68 | Filed Report of School Dist. No. 6. | | | |
| 8/23/68 | Filed Motion to Withdraw on behalf of Paul Andrew Brest and Iris Brest. Copy mailed to Judge Smith on 8/26/68. | | | |
| 8-26-68 | Entered Order, signed by Judge Smith, granting Paul and Iris Brest leave to withdraw as attys.  COB 3, page 59 | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|------|---------------------|--------------|---|----------------------------------------|
| | | PLAINTIFF | DEFENDANT | |
| 8-26-68 | Mailed Notice of entry of above order to counsel of record. | | | |
| 8-30-68 | Entered Order signed by Judge Keady on 8/29/68, COB 3, p 60. Mailed notice of entry to counsel of record. | | | |
| 9/4/68 | Filed Motion For New Plan of Desegregation submitted by atty. for plaintiffs, copy mailed to Judge Keady. | | | |
| 9/5/68 | Filed Notice of Motion submitted by atty. for plaintiffs, copy mailed to Judge Keady. | | | |
| 9/9/68 | Entered Order signed by Judge Keady on 9/4/68 assigning this case to Judge Keady at the direction of Chief Judge John R. Brown of the Fifty Circuit Court of Appeals due to the extended illness of Judge Clayton, in COB 3, page 68. Notice of entry and copy of Order mailed to counsel of record. | | | |
| 9/3/68 | Letter dated 9/2/68 was mailed to counsel of record from Wm. T. Robertson advising them of the re-assignment of this case to Judge Keady. | | | |
| 9/13/68 | Mailed Notice of evidentiary hearing on motion to modify desegregation plan to be heard in Greenville on Fri., Dec. 20, 1968, to all counsel of record. | | | |
| 9/30/68 | Filed "Report After School Opening". | | | |
| 10/2/68 | Filed Report to Court by School District No. 3 and by School District No. 6. | | | |
| 10/4/68 | Filed Report to Court by School District No. 4. | | | |
| 10-10-68 | Filed A Report To The Court 30 Days After The Opening Of School In Bolivar County District #2 Schools 1968-69. | | | |
| 10-22-68 | Filed Report to the Court of Bolivar Co. School District No. One, Rosedale, as required by the Jefferson Decree. | | | |
| 10-25-68 | Filed Report to the Court of Bolivar Co. School District No. 4, as required by Jefferson | | | |
| 10-28-68 | Filed Report to Court by School District Number Three of Bolivar County. | | | |
| 11-1-68 | Filed Report To The Court By Bolivar County School District Number Five | | | |
| 12-4-68 | Filed Notice of Appearance of Fred L. Banks, Jr. as attorney for Plaintiffs with Certifi of Service attached thereto. Handed copy of Martin in Clarksdale. | | | |
| 12-12-68 | Mailed file to Greenville for hearing on 12-20-68. | | | |
| 1-22-69 | Filed (in G'ville) Court Reporter's transcript of hearing on motion held in G'ville on 12-20-69 before Judge Keady. (Evans) | | | |
| 4-25-69 | Filed Motion For Approval of Reconveyance of Property. Copy mailed to law clerk. | | | |
| 4-30-69 | Entered Consent Order of Approval of Reconveyance of Property, signed by Judge Keady on 4-26-69, in COB 4, pages 81-83. Notice of entry mailed to counsel of record. | | | |
| 5-13-69 | Filed Report to the Court of Bolivar Co. School Dist. No. 1, as required by the Jefferso | | | |
| 5-16-69 | Filed Judge Keady's Findings of Fact, County-Wide Bus Transportation. Entered Order signed by Judge Keady on 5-13-69, directing that (1) each deft. district shall, not late than 6-18-69, submit new & workable plan for desegregating schools that will result in recially nondiscriminatory school system, to be effective for commencement of school yea 1969-70 & shall embody concrete & specific proposals for: (a) assignment & transfer of | | | |

8

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
| | | PLAINTIFF | DEFENDANT | |
|---|---|---|---|---|
| | pupils to schools irrespective of race; (b) employ & assign administrative personnel, | | | |
| | faculty & staff to such schools, irrespective of race; (c) unitary system for transport- | | | |
| | ing children.  Plan must insure 1) no schools wholly attended by negro students. | | | |
| | 2) No schools having small fraction of negroes in predom. white schools.  3)  No schools | | | |
| | without substantial integration of faculty, etc.  Pltfs. to have opportunity to make | | | |
| | objections by filing such objections in writing not later than 6-27-69.  (2) Ct. to take | | | |
| | up and consider new plan of desegregation & objections on 7-2-69 in G'ville.  (3) suspend- | | | |
| | ing former decree providing for freedom of choice.    COB 4, pages 104 & 105.    Notice | | | |
| | of entry mailed to all counsel of record. | | | |
| 5-27-69 | Filed Notice of Appearance of Melvyn R. Leventhal as additional counsel for pltfs. | | | |
| 6-2-69 | Filed Report of Bolivar Co. School District No. 5.  Copy mailed to Law Clerk. | | | |
| 6-18-69 | Filed Desegregation Plan For Transportation.  Copy mailed to Martin. | | | |
| 6-18-69 | Filed Desegregation Plan of School Dist. No. 3.  Copy mailed to Martin Kilpatrick. | | | |
| 6-19-69 | Filed Response to Court Order of May 13, 1969. (filed in Greenville-copy handed to Martin | | | |
| 6-20-69 | Filed Response to Bolivar County School District Number Five to Order of May 13, 1969. | | | |
| 6-20-69 | Filed Report to the Court - Bolivar Co. Schoo. Dist. No. 4. | | | |
| 6-20-69 | Filed Notice of Motion | | | |
| | Filed Motion of Defendants, Bolivar County School Districts Numbers, One, Two, Three | | | |
| | Four and Five.  Copy maile to Martin, Greenville) | | | |
| 6-20-69 | Filed Response of Bolivar County School District Number Four to Order of May 13, 1969. | | | |
| 6-20-69 | MAILED VOLUMES 6 and 7 OF JACKET FILE TO MARY SHANKS, GREENVILLE | | | |
| 6-24-69 | Filed Report to Ct. By School District No. 6 of Bolivar Co., Miss. | | | |
| 6-27-69 | Filed Notice of Appearance of John A. Nichols as atty. for pltfs. | | | |
| 6-30-69 | Filed Objection to Defendants' Proposed Plan of Desegregation, District One, and Motion | | | |
| | For Attorney's Fees.  Copy mailed to Martin Kilpatrick. | | | |
| 6-30-69 | Filed Objection to Defendants' Proposed Plan of Desegregation, District Two, and Motion | | | |
| | For Attorney's Fees.  Copy mailed to Martin Kilpatrick. | | | |
| 6-30-69 | Filed Objection to Defendants' Proposed Plan of Desegregation, District Four, and Motion | | | |
| | For Attorney's Fees.  Copy mailed to Martin Kilpatrick. | | | |
| 6-30-69 | Filed Objections to Defendants' Proposed Plan of Desegregation.  Copy mailed to Martin | | | |
| 6-30-69 | Filed Objections to Defendants' Proposed Plan of Desegregation, District Five, and Motion | | | |
| | For Attorney's Fees.  Copy mailed to Martin Kilpatrick. | | | |
| 7-7-69 | Entered Order signed by Judge Keady on 7-2-69; disapproving desegregation plans of Dists. | | | |
| | # 1, 2, 4 & 5, insofar as they relate to pupil assignment, but in other respects said pla | | | |
| | are approved to the extent that they will be incorporated in final order to be entered; | | | |
| | directing dists. to prepare & submit amended desegregation plan with respect to pupil | | | |
| | assignment not later than 7-15-69 & hearing on plan to be conducted on 7-18-69 in G'ville | | | |
| | COB 4, pages 146 & 147.    Notice of entry mailed to counsel of record. | | | |

D. C. 110

*9*

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|------|---------------------|--------------|--------------|--------------------------------------|
| | | PLAINTIFF | DEFENDANT | |
| 7-7-69 | Entered Order signed by Judge Keady on 7-2-69, overruling motion of defts. for the ct. to reconsider & rescind its prior order, or in the laternative, to postpone hearing until disposition by the 5th Circuit of the pending So. Miss. school cases, in COB 4, page 148 | | | |
| 7-7-69 | Entered Order signed by Judge Keady on 7-2-69, preliminarily approving proposed desegregation plan patterned in accordance with plan of Sunflower Co. School Dist., but plan to remain subject to further implementation as may be directed by Ct. following final hearing 7-17-69, in COB 4, pages 149 & 150. Notice mailed to all counsel of record. | | | |
| 7-7-69 | Entered Order approving transportation plan for desegregation of public school buses, signed by Judge Keady on 7-2-69, in COB 4, page 151. Notice of entry mailed to all coun | | | |
| 7-9-69 | Filed ruling by the court given on 7-2-69 in G'ville. | | | |
| 7-15-69 | Filed Amended Plan for Desegregation of School Dist. No. 1 and Dist. No. 2. (in G'ville) | | | |
| 7-16-69 | Filed Response of Bolivar Co. School Dist. No. 4 to Order of July 2. Copy mailed to Mar | | | |
| 7-16-69 | Filed Response of Bolivar Co. School Dist. No. 5 to Order of July 2. | | | |
| 7-24-69 | Filed Motion to Amend forwarded from Judge Keady's office. Entered Order Granting Amendment of Dist. #4 to amend Exhibit A of response to Order of 7-2-69, in COB 4, page 220. | | | |
| 7-24-69 | Entered Orders signed by Judge Keady on 7-22-69, setting out affirmative action to dis-establish all school segregation and to eliminate the effects of the dual school system, in COB 4, by Dist. in pages: #3, p 183-190; #1, p 191-198; #2, p 199-206; #4, p 207-213 #5, p 214-219. Notice of entry mailed to all counsel of record. | | | 25 6 |
| 9-4-69 | Filed court reporter's transcript of Recessed Hearing on Plan Had on 7-17-69 in Greenville (Combined with Nos. GC6637-A, DC6718 and WC6819.) | | | |
| 9-23-69 | Filed Motion of Deft., School Dist. No. 1 for Supplemental Relief & Modification of Ct. Order Dated 7-22-69, together with Notice of Motion. Copy mailed to Judge Keady's Law C | | | |
| 9-24-69 | Filed copy of letter from Judge Keady to counsel of record advising that Motion of deft School Dist. # 1 for sup. relief & modification of order would be heard on 10-3-69 at G | | | |
| 10-7-69 | Entered Order, signed by Judge Keady on 10-3-69, denying defts. motion for supplemental relief, with certain exceptions, in Civil Order Book 4, pages 313 & 314. Notice of entry mailed to counsel of record. | | | |
| 10-10-69 | Filed Report to Court by School District No. 3. | | | |
| 10-14-69 | Entered Order Relieving School District No. 6 from Certain Requirements, signed by Judge Keady on 10-11-69, in COB 4, page 331. Notice of entry mailed to counsel of record. | | | |
| 10-13-69 | Filed Joint Motion of Plaintiffs and Defendant School District No. 6. | | | |
| 10-15-69 | Filed Report to the Court of School District No. IV, pursuant to Order of the Court. | | | |
| 10-16-69 | Filed Report to the Court of School District No. V, pursuant to Order of Ct. dated 7-22 (Copies of above two Reports mailed to Judge Keady's Law Clerk) | | | |
| 10-16-69 | Filed (in G'ville) Summary of School Program on Integration in Bolivar County School District #2 as Submitted to the Court. Copy mailed to Judge Keady's Law Clerk. | | | |

, C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order Judgment |
|---|---|---|
| 11-3-69 | Filed Motion of Deft., School Dist. # 1 for Order of the Ct. Granting Permission for New Construction. Copy mailed to Judge Keady's Law Clerk. | |
| 1-12-69 | Entered Order, signed by Judge Keady on 11-10-69, granting permission for new constructi by School Dist. No. 1 to cpmstrict a½rpxo,ate;u 8 new classrooms at West Bolivar Co. Training School at Rosedale, in COB 4, page 365. Notice of entry, together with certifi copy of order, mailed to counsel of record. | |
| 2-22-69 | Filed Motion For Reconsideration (School Districts One, Two and Three) Filed Notice of Motion | |
| | Filed Motion for Reconsideration (School Districts Four and Five) Filed Notice of Motion | |
| | Copies of above mailed to Law Clerk, Judge Keady, Greenville. | |
| 2-29-69 | Mailed Notice of Pre-Trial Conference to be held in G'ville on 1-5-70, to all council. | |
| 2-30-69 | Entered Order, signed by Judge Keady on 12-29-69, setting pre-trial conference on pltfs' motion for reconsideration of prior orders, in COB 4, page 433. Notice of entry mailed to counsel of record. | |
| 2-30-69 | MAILED JACKET FILE (7 Volumes) TO GREENVILLE. | |
| 1-22-70 | Entered Order, Signed by Judge Keady on 1-5-70, modifying order of 7-22-70 for School Dist. No. 1 as follows: Board shall file new student desegregation plan by 2-1-70 for Sept., 1970; pltfs shall indicate approval or disapproval by 2-10-70; faculty & staff modified effective 9-1-70. COB 5, pages 1-7. Notice of entry mailed to counsel. | |
| 1-22-70 | Entered Order, signed by Judge Keady on 1-5-70, modifying order of 7-22-69 for School Dist. No. 2 in the same form as above. COB 5, pages 8-14. Notice of entry mailed to counsel of record. | |
| 1-22-70 | Entered Order, signed by Judge Keady on 1-5-70, modifying order of 7-22-69 for School District No. 3 in the same form as above. COB 5, pages 15-21. Notice of entry mailed to counsel of record. | |
| 1-22-70 | Entered Order, signed by Judge Keady on 1-5-70, modifying order of 7-22-69 for School District No. 4 as follows: Student desegregation remains unchanged except that starting 9-1-70, to be assigned on basis of zoning as previously provided, etc. COB 5, pages 22- Notice of entry mailed to counsel of record. | |
| 1-22-70 | Entered Order, signed by Judge Keady on 1-5-70, modifying order of 7-22-69 for School District No. 5 as follows: Student desegregation amended effective 9-1-70 & faculty & staff desegregation modified effective 9-1-70, etc. COB 5, pages 27-31. Notice of entry mailed to counsel of record. | |
| -26-70 | Filed Report to Court by School District No. 4. | |
| -30-70 | Filed Student Desegregation Plan for School District No. 1 (2 of them). | |
| -2-70 | Filed Student Desegregation Plan of School District No. 3. | |
| 2-11-70 | Filed Plaintiff's Indication of Approval or Disapproval for Dist. 1 - Approval. | |
| 2-11-70 | Filed Pltf's Indication of Approval or Disapproval for Dist. 2 - Approval with stipulati | |
| 2-11-70 | Filed Pltf's Indication of Approval or Disapproval for Dist. 3 - Disapproval. Copies of above mailed to John Hailman at G'ville. | |
| -24-70 | Entered Order, signed by Judge Keady on 2-20-70, setting pre-trial conference at G'ville on 2-27-70, in COB 5, page 95. Notice of entry mailed to counsel of record. | |
| -24-70 | MAILED JACKET FILE TO G'VILLE for pre-trial conference. | |
| 3-2-70 | Entered Supplemental Order on District # 1, signed by Judge Keady on 2-27-70, in COB 5, pages 107-110. Notice of entry mailed to counsel of record. | |
| 3-2-70 | Entered Supplemental Order on District # 2, signed by Judge Keady on 2-27-70, in COB 5, pages 111 & 112. Notice of entry mailed to counsel of record. | |
| 3-4-70 | Filed Amended Student Desegregation Plan of School Dist. # 3. Copy mailed to John. | |
| 4-1-70 | Entered Supplemental Order for School District No. 3 effective at 1970-71 school year, signed by Judge Keady on 4-1-70, in COB 5, pages 162-166. Notice of entry mailed to counsel of record. | |
| 4-10-70 | Filed Report to the Court of District # IV. | |
| 4-30-70 | Entered Order, signed by Judge on 4-29-70, approving motion of deft. School Dist. No. 2 for permission for new construction, in COB 5, pages 210 & 211. Notice of entry mailed to counsel of record. | |

11

| DATE | BEGINNING VOLUME 8.                    PROCEEDINGS | Date Order Judgment N |
|------|-----|-----|
| 5-19-70 | Filed Interrogatories to Defts. | |
| 5-25-70 | Filed Interrogatories to Defendants. | |
| 5-25-70 | Filed Answer of Defts. to Interrogatories. | |
| 5-3-70 | Filed Answers of Dist. # 1 to Interrogatories of 5-11-70. | |
| 6-3-70 | Filed Answers of Dist. # 1 to Interrogatories of 5-20-70. | |
| 6-3-70 | Filed Answers of Dist. # 2 to Interrogatories of 5-20-70. | |
| 6-4-70 | Filed Answers of Dist. # 4 to Interrogatories of 5-20-70. | |
| 6-8-70 | Filed Answer of Dist. # 3 to Pltfs' Interrogatories. | |
| 6-9-70 | Filed Answers of Dist. # 5 to Interrogatories. | |
| 10-7-70 | Filed Motion for Supplemental Relief & Notice of Motion.  Copy mailed to Judge Keady. | |
| 10-8-70 | Mailed Notice of Hearing on Motion set for 11-24-70 in G'ville to counsel of record. | |
| 11-14-70 | Filed Report To Court By School District Number Three Of Bolivar County, Miss. | |
| 11-14-70 | Mailed Notice of Hearing being re-set to 12-14-70, 9:00 a.m., Clarksdale to all counsel of record. | |
| 10-15-70 | Mailed Notice of Hearing re-set for 2nd time for 12-11-70 in C'dale, to counsel of record | |
| 10-16-70 | Filed Summary Report of District #2. | |
| 10-16-70 | Filed Report to Court of District #4. | |
| 10-16-70 | Filed Deft. School Dist. #3's Interrogatories to Pltfs. | |
| 11-17-70 | Filed Pltfs' Answers & Objections to Interrogatories Propounded by Defts. | |
| 12-3-70 | Filed Notice of Depos. Upon Oral Exam. of Joel A. Chapman, James V. Williams & Wade Russe to be held on 12-9-70 in G'ville. | |
| 12-4-70 | Filed Motion to Vacate Pltfs' Notice to take Depositions & Notice of Motion.  Copy mailed to Judge Keady by counsel. | |
| 12-7-70 | Entered Order, signed by Judge Keady on 12-4-70, sustaining motion of defts. to vacate pltfs' taking of depos. on 12-9-70, in COB 6, page 90.  Notice of entry mailed to counsel | |
| 12-8-70 | Filed copy of letter from counsel for pltfs. to counsel for deft. re. agreement to presen of certain witnesses & production of certain documents & info. at hearing on 12-11-70. | |
| 12-10-70 | Filed Subpoena with return executed on Catherine Mongialardi on 12-8-70. | |
| | Filed Subpoena with return executed on Mrs. Malatesta on 12-8-70. | |
| | Filed Subpoena with return executed on Laverne Chun on 12-8-70. | |
| | Filed Subpoena with return executed on C. L. Rhodes on 12-8-70. | |
| | Filed Subpoena with return executed on L. D. Smith on 12-8-70. | |
| | Filed Subpoena with return executed on Edward Duraj on 12-8-70. | |
| 12-10-70 | Filed Supplemental Answers to Interrogatories. | |
| 12-11-70 | Entered Supplemental Order, signed by Judge Keady, directing defts. to discontinue curren school plan at close of 1st semester & to adopt new plan to encompass 1 high school with elementary schools based upon pairing &/or zoning; biracial advisory committee of 10 to be appointed (5 white & 5 black); Bd. xxx txxdxxxxfxxxxdxxxxxxxubmit recommendation to be submitted to Bd. within 14 days from date & Bd. to submit plan within 6 days thereafte COB 6, pages 92-94.  Notice of entry mailed to counsel of record. | |
| 12-15-70 | Filed Subpoena with Return executed on Mattie Calhoun on 12-11-70. | |
| | Filed Subpoena with Return executed on Lucy Johnson on 12-11-70. | |
| | Filed Subpoena with Return executed on Laverne Reynolds on 12-11-70. | |
| 12-23-70 | Filed copy of letter to Judge Keady re: group wanting to serve as bi-racial committee. | |
| 1-4-71 | Filed Amended Student Desegregation Plan of Dist. 3.  Copy mailed to Judge Keady by counse | |
| 1-6-71 | Bill of Costs received from Pltfs. on 12-23-70, taxed this date at $188.00. | |
| 1-6-71 | Filed Pltfs' Objections to Desegregation Plan.  Copy mailed to Judge Keady by counsel. | |
| 1-6-71 | Filed letter from Law Clerk to counsel setting 1-8-71 in G'ville for hearing. | |
| 1-6-71 | MAILED JACKET FILE TO GREENVILLE. | |
| 1-8-71 | Mailed Notice to counsel of record resetting Evidentiary Hearing for C'dale on 1-11-71. | |
| 1-12-71 | Entered Order, signed by Judge Keady on 1-11-71, directing that current plan continue without change for balance of year; that beginning the 1971-72 year, defts. effect plan as set out therein.  COB 6, pages 147-149.  Notice of entry mailed to counsel of record. | |
| 1-15-71 | Filed Report to the Court, District # 4. | |
| | SEE OTHER PAGE. | |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Ord<br>Judgment |
|---|---|---|
| 1-18-71 | Filed Notice of Appeal & $250.00 cash bond. Mailed copy of Notice to counsel. | |
| 1-25-71 | Filed designation of record on appeal. | |
| 2-1-71 | Filed copy of letter from counsel for defts. to counsel for pltfs. requesting that testimony of Supt. Joel A. Chapman at hearing on 12-11-70, be included in record on appe | |
| 2-3-71 | Received Ct. Rpr's transcript of Hearing in C'dale on 1-11-71 & filed in G'ville on 2-2- | |
| 2-3-71 | Mailed Record to Fifth Circuit. | |
| 2-8-71 | Filed (in G'ville) Ct. Rpr's transcript of testimony of Joel A. Chapman, Witness at Hearing in C'dale on 1-11-71. | |
| 2-9-71 | Transcript of Testimony of Joel A. Chapman mailed to 5th Circuit. | |
| 4-29-71 | Filed Report to the Court for District IV. | |
| 4-30-71 | Filed Motion of Deft., Dist. # 5 for Authority to Assign Pupils in Grade 8 to Shaw Attendance Center Rather Than to McEvans Attendance Center, Commencing in School Year 1971-72, together with Notice of Motion. Copy mailed to Frances. | |
| 5-13-71 | Entered Order signed by Judge Smith Keady May 12, 1971 modifying pupil assignment plan for Dist. #5, Bolivar County. COB 7, Pages 18 & 19<br>Notice of entry of Order mailed to counsel of record. | |
| 6-21-71 | Filed Motion of Deft. School Dist No. ONE for Order of Ct. Modifying Plan of Student Desegregation and Notice of Motion. Copy mailed to Frances Griffin. | |
| 6-21-71 | Filed Motion of Deft. No. TWO for Order of Ct. Modifying Plan of Student Desegregation and Notice of Motion. Copy mailed to Frances Griffin. | |
| 6-24-71 | Received & filed certified copy of order from 5th Circuit dismissing appeal - appellants motion for summary reversal moot. Copy mailed to Frances Griffin. (Dist. #3) | |
| 7-6-71 | Filed Report to the Court by District IV. | |
| 10-5-71 | Filed Notice of Appearance of James O. Ford as counsel of record for pltfs. | |
| 10-8-71 | Filed Report to the Court by District V. | |
| 10-18-71 | Filed Report to the Court by District IV. | |
| | Filed Report to the Court by District IV. | |
| 4-5-72 | Filed Motion of School District No. 3 for Permission to Transfer Grades from One Attendance Center to Another. Copy mailed to Judge Keady by counsel. | |
| 5-12-72 | Filed Projection of Pupils By Race In Support Of Motion of School District Number Three For Permission To Trasnfer Grades From One Attendance Center To Another (Copy mailed to Judge Keady by counsel). | |
| 4-11-72 | Mailed Notice of hearing to be held in C'dale on 5-4-72, to counsel of record. | |
| 4-17-72 | Filed Report to th Court by District IV. | |
| 4-21-72 | Entered Supplemental Order, signed by Judge Keady on 4-19-72, in COB 8, pages 92 & 93.<br>Notice of entry mailed to counsel of record. | |
| 7-17-72 | Report to the Court filed by District IV. | |
| 0-17-72 | Filed Report to the Court by District III. | |
| | Filed Report to the Court by District IV. | |
| | Filed Report to the Court by District V. | |
| 11-22-72 | Filed copy of motion for return of appeal bond, original of which was filed in Oxford on 10-17-72. Filed copy of check #2060 for $1,500.00 payable to Anderson, Banks, Nichols & Leventhal for payment of court costs. | |
| 1-30-73 | Report to the Court for District IV, filed. | |
| 4-25-73 | Report to the Court for District IV, filed. | |
| 7-16-73 | Report to the Court for District IV, filed. | |
| 10-9-73 | Report to the Court for District III, filed. | |
| 10-16-73 | Report to the Court for District IV, filed. | |
| 10-19-73 | Report to the Court by District V, filed. | |
| 1-15-74 | Report to the Court by District IV, filed. | |
| 4-15-74 | Report to the Court by District IV, filed. | |
| 7-16-74 | Report to the Court by District IV, filed. | |
| 8-12-74 | Motion of Deft. School Dist. #1 for Order of Ct. Modifying Plan of Student Desegregation & Notice of Motion filed. Copy mailed to Ray Mitchell at G'ville.<br>OVER | |

*13*

| DATE | PROCEEDINGS | Date Or Judgmen |
|------|-------------|-----------------|
| 8-12-74 | Motion of Deft. School Dist. #2 for Order of Ct. Modifying Plan of Student Desegregatio & Notice of Motion filed. Copy mailed to Ray Mitchell at G'ville. | |
| 8-16-74 | Received copy of letter from law clerk to counsel setting hearing on defts' motion for modification in G'ville on 8-22-74 at 1:30 p.m. | |
| 8-22-74 | Entered Order, signed by Judge Keady on 8-21-74, modifying plan of student desegregation for School District No. One, in COB 11, pages 217 - 219. Notice of entry mailed to counsel of record. | |
| 8-22-74 | Entered Order, signed by Judge Keady on 8-21-74, modifying plan of student desegregation for School District No. Two, in COB 11, pages 220 & 221. Notice of entry mailed to counsel of record. | |
| 10-15-74 | Report to Court by School Dist. No. Three filed. | |
| 10-16-74 | Report to the Court by School Dist. No. IV filed. | |
| 11-1-74 | Report to the Court by School Dist. No. V filed. | |
| 1-20-75 | Motion of School District No. Three for Permission to Transfer Grades from One Attend- ance Center to Another and Notice of Motion filed. Copy mailed to law clerk, G'ville. | |
| 1-20-75 | Report to the Court by School Dist. IV filed. | |
| 1-21-75 | Entered Order, signed by Judge Keady on 1-20-75, setting hearing on motion for permissio to transfer certain grades from one attendance center to another in Dist. #3, in G'ville on 1-27-75 @ 9 a.m.in COB 12, page 167. Notice of entry mailed to counsel of record. | |
| 1-30-75 | Entered Supplemental Order, signed by Judge Keady on 1-29-75, cancelling hearing previously set for 1-27-75, and setting out the transfer of students in School Dist. No. 3. Order agreed to by counsel. Entered in COB 12, pages 175 & 176. Notice of entry mailed to counsel of record. | |
| 4-15-75 | Report to the Court filed by District IV. | |
| 7-18-75 | Report to the Court filed by District IV. | |
| 10-16-75 | Report to the Court filed by District IV. | |
| 10-20-75 | Report to the Court filed by District III. | |
| 1-19-76 | Copy of Report to the Court filed by Dist. IV. | |
| 4-19-76 | Report to the Court filed by District IV. | |
| 10-7-76 | Report to the Court filed by District I. | |
| 10-18-76 | Report to the Court filed by District IV. | |
| 10-25-76 | Report to the Court filed by District III. | |
| 11/11/76 | Filed Motion of School Distric Number two for order of the court approving Sale of land and Building. Copy to Law Clerk by atty. | |
| | Entered order in COB 16 empowering sCHOOL to consumate the sale of the five lots , as states in proposed order, and that Courts order of Feb. 27, 1970 and modified order of August 21, 1974 remain in full effect. Notice of entry mailed | |
| 1-17-77 | Report to the Court filed by District IV. | |
| 4-11-77 | Report to the Court filed by District IV. | |
| 7-14-77 | Report to the Court filed by District IV. | |
| 10/17/77 | Report of School District III, filed. | |
| 10/18/77 | Report of Bolivar County School District No. IV | |
| 1-17-78 | Report to the Court filed by District IV. | |
| 4/14/78 | Report to the Court (Bolibar Co. Sch. Dist. IV). | |
| 7-5-78 | Report to the Court filed by District IV. | |
| 10-18-78 | Report to the Court filed by District IV. | |
| 10-26-78 | Annual Report by School Dist. No. III, filed. | |
| 1-19-79 | Report to the Court by District IV. | |
| 4/16/79 | Report to the Court by District IV. | |
| 7-19-79 | Report to the Court by District IV. | |
| 10/5/79 | Report to the Court by School District No. 3 (annual report) | |
| 10/16/79 | Report to the Court by School District IV. | |
| 1/17/80 | Report to the Court by School District IV. (Bolivar Co.) | |
| 4/22/80 | Report to the Court by school dist IV Bolivar Co. | |
| 7/14/80 | Report to the Court by Bolivar Co. School Dist. IV. | |

14

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|-----------|-----------|---|
| Diane Cowan, et al | Bolivar Co. Board of Ed., et al | DOCKET NO. DC65-31-K<br>PAGE 15 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|
| 10/16/80 | | Annual Report by School District Number Three. |
| 10/17/80 | | Report to the Court. |
| 1/19/81 | | Report to the Court. |
| 4/17/81 | | REPORT TO COURT. |
| 7/15/81 | | Report to the Court. |
| 10/14/81 | | Report to the Court. |
| 1/18/82 | | REPORT TO THE COURT. |
| 4/13/82 | | REPORT TO THE COURT. |
| 7/15/82 | | Report to the Court |
| 10-15-82 | | REPORT TO THE COURT BY School Dist. No. IV. |
| | | ANNUAL REPORT BY SCHOOL DIST. NO. III. |
| 1/13/83 | | REPORT TO THE COURT       "      No. IV. |
| 4/15/83 | | REPORT TO THE COURT DISTRICT IV. |
| 7/13/83 | | REPORT TO THE COURT - Bolivar Co. School Dist. IV. |
| 10-13-83 | | REPORT TO THE COURT - District IV. |
| 1-16-84 | | REPORT TO THE COURT - Dist. IV. |
| 4-11-84 | | REPORT TO THE COURT - Dist. IV |
| 7-18-84 | | REPORT TO THE COURT _ Dist. IV. |
| 9/10/84 | | NOTICE OF MOTION.       MOTION TO INTERVENE Pursuant to Rule 24. |
| 10-15-84 | | MOTION       For Extension of Time to respond to pltfs' motion to intervene, by Bd. of Edu. |
| | | MOTION       For Extension of Time to respond to pltfs' motion to intervene, by Bd. of Supervisors. |
| 10-16-84 | | JOINDER       of Bolivar Co. School Dist. No. III in Response of Deft. Bolivar Co. School Dist. No. IV to Motion to Intervene. |
| 10/18/84 | | REPORT TO THE COURT - DIST. IV. |
| 10/22/84 | | COURT'S ORDER       Denying the present motion to intervene based upon the tendered compt. All ptys served as defts are relieved from responding |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DC65-31-GD |
|---|---|---|
| DIANE COWAN, et al | Bolivar Co. Bd. of Education | DOCKET NO. _____<br>16<br>PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/22/84 | | This order was entered in Civil Order Book 26, at Pages |
| | | JOINDER      Of Bolivar Co. School District No. II in Response to Deft Bolivar Co.School Dist. No. IV to Motion to Intervene. |
| **1985** | | |
| 1/17/85 | | REPORT TO THE COURT |
| 1/23/85 | | NOTICE OF MOTION.      MOTION of the U. S. for Leave to Intervene as Pltf.    Certificate of the Atty Gen. |
| 3/21 | | COURT'S ORDER      Granting U. S. leave to Intervene as pltf. COB 26, Pages 276-277.<br>COMPLAINT IN INTERVENTION WITH Certificate of the Atty Gen.<br>(dkt'd 3-22-85)    Process issued and mailed to the U. S. Marshal's Office. |
| | | JS-5 |
| 4-11 | | PROCESS      served 3-28-85 on Betty Perez, Sect. for Atty. Jacks, counsel for Dist. 4., for service on all 7 school officials. |
| 4-17 | | REPORT TO THE COURT      Of District IV. |
| 4-25 | | MOTION/NOTICE      OF Dist. III for Permission to Transfer Grades from One Attendance Center to Another |
| 5/3 | | SUPPLEMENT ORDER   (WCK dkt 5/3/85) Modifying all prior orders of this court but otherwise they shall remain in full force and effect.   Said Order was entered in Civil Order Book 26, at Pages 307-308. Notice of entry mailed to counsel of record. |
| 5-6 | | RESPONSE      of Pltfs. to Motion of School Dist. #3 to Transfer Grades. |
| 6-14 | | MOTION TO INTERVENE. |
| 6-17 | | ORDER (WCK 6-14)      Pltf-Intervenors' compt. in DC84-250-NB-O be treated as a compt. in intervention. |
| 7-8 | | REPORT TO THE COURT      of District IV. |
| 8/1 | | SEPARATE ANSWER      OF School District Number Four and Its Bd. of Trustees. |
| 10-17 | | REPORT TO THE COURT      for Dist. IV. |
| 11-8 | | ORDER      Transferring case to Judge Davidson. |
| **1986** | | |
| 4-14 | | ORDER ON DISCOVERY. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DC65-31-GD-0 |
|---|---|---|
| Diane Cowan, et al | Bolivar Co. Bd. of Education | DOCKET NO. _____ PAGE 17 OF ____ PAGES |

DISC: 11/3/88 PTC: 3/1/89—S PROCEEDINGS NJTRIAL: 4/3/89

| DATE | NR. | | |
|---|---|---|---|
| **1986** | | | |
| 4-23 | | MAG'S ORDER | relieving parties of any further responsibility to comply with order on discovery dated 4-14-86. |
| 5-2 | | REPORT TO THE COURT | of District IV. |
| 9/3 | | ORDER OF TRANSFER | (GHD-9-2-86) Transferring and reassigning this cause to Judge L. T. Senter for all further proceedings. |
| 9-12 | | CASE CLOSED. | Inadvertently reopened. |
| | | | --JS6-- |
| 10-15 | | REPORT TO THE COURT | of Bolivar County School District IV |
| **1987** | | | |
| 1-15 | | REPORT TO THE COURT | of Bolivar Co. School Dist. IV. |
| 4-13 | | REPORT TO THE COURT | of Bolivar Co. School Dist. IV. |
| 7-9 | | REPORT TO THE COURT | of Bolivar Co. School Dist. IV. |
| 10-15 | | REPORT TO THE COURT | of Bolivar Co. School Dist. IV. |
| 11-23 | | NOTICE | STATUS CONFERENCE 01/07/88 at 10 AM before Judge Senter in Aberdeen. |
| | | CASE REOPENED | JS 5 |
| **1988** | | | |
| 1-15 | | NOTICE | Status Conf. reset for 3-3-88, 1:30 PM, Aberdeen. |
| 1-19 | | REPORT TO THE COURT | of Dist. IV. |
| 2-4 | | CIVIL MINUTES. | Ct. held status conf. on 2-3; Ct. set deadlines to be set out in Sched. Order. |
| 2-8 | | SCHEDULING ORDER. | matter held in status quo until 5-3 allowing patries time to negotiate settlement; if not settled, disc. deadline 11-3, motions 12-3; PTC 3-1-89, 1:30 PM, Oxford; NJ Trial 4-3-89, 1:30 PM, Clarksdale. |
| 2-9 | | ANNUAL REPORT | by School Dist. No. III. |
| 4-18 | | MOTION (D) | to Extend Negotiation Period. |
| | | REPORT TO THE COURT | of Dist. IV. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DC65-31-S |
|---|---|---|
| Diane Cowan, et al | Bolivar Co. Bd. of Edu., et al | DOCKET NO. _____ |
| | | PAGE 18 OF ____ PAGES |

| DATE | NR. | DISC: *11-3-88* PTC: *3-1-89-S* PROCEEDINGS   NJTRIAL: *4-3-89* |
|---|---|---|
| **1988** | | |
| 5-31 | | ORDER (LTS 5-27)         Extending Negotiation Period through 6-3 |
| 8-3 | | DESIGNATION            of Expert Witness of USA |
| 8-11 | | DESIGNATION (P)         of Expert Witnesses |
| 8-17 | | DESIGNATION (D)         of Expert Witness. |
| 9-20 | | Interrogatories (P)      1st Set, Requests for Prod. & Requests for Admissions. |
| 10-6 | | Interrogatories & Request for Prod. of Documents to Pltf.- Intervenor USA, fld. by Cleveland School District. |
| | | Interrogatories & Requests for Prod. of Documents to Clarence Steward, Jacquelin Steward, Gregory Steward, & Albert Steward, Jr., Minors, by & through their Mother & Next Friend Bertha Steward, fld. by Cleveland School District. |
| 10-7 | | SEPARATE ANSWER         of Cleveland Dist. & its Board. |
| . | | Motion               "      "       "   for Protective Order |
| 10-14 | | MAG'S ORDER            denying motion of School Dost. for protective order for failure to comply w/Local Rule 8(d). |
| | | Response              of Cleveland School Dist. to Pltfs' 1st Set of Request for Admissions. |
| 10-18 | | QUARTERLY REPORT TO THE COURT. |
| 10-19 | | Request (P-USA)        for Admission. |
| 10-20 | | MOTION (D)             for Add'l Time to respond to pltfs' 1st set of interrogs. & request for prod. |
| 10-24 | | MAG'S ORDER            Granting Add'l Time to 11-21 for deft. school dist. to respond to interrogs. & request for prod. fld. by pltfs. |
| 10-26 | | NOTICE/MOTION (P)      for Ext. of Disc. Deadline. |
| 10-27 | | RESPONSE (D)           to Motion to Extend Disc. Deadline. |
| | | SEE NEXT PAGE. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Diane Cowan, et al | Bolivar Co. Bd. of Edu., et al | DC65-31-S DOCKET NO. _____ PAGE 19 OF ____ PAGES |

DISC: 11-3-88  PTC: 3-1-89-5  Hrg: 9-21-89

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1988** | | | |
| 11-2 | | Answer | of US to Deft's Interrogatories. |
| | | Response | of US to Deft's Request for Production. |
| 11-18 | | Response | of Cleveland School Dist. to Request for Admission. |
| 11-23 | | Response | of Cleveland School Dist. to 1st Set of Interrogs. & Requests for Prod. of Docs. |
| 12-30 | | NOTICE | NJ Trial 4-17, 1PM, Clarksdale. |
| **1989** | | | |
| 1-23 | | Supp'l Responses (USA) | to Defts' Interrogs. |
| 2-3 | | REPORT TO THE COURT | of School District IV. |
| 3-2 | | NOTICE PTC | 03/01/89 at 2:30 PM before Judge Senter in Aberdeen |
| 3-23 | | CIVIL MINUTES. | PTC held 3-1. Consent decree presented to ct. by USA & Defts. USA & defts. will make minor changes in consent decree & submit to ct. Trial set for 4-17-89 continued. Claims of pvt. pltfs. are only claims left for trial. |
| | | NOTICE. | NJTrial 9-5-89, 1PM, Clarksdale. |
| 4-17 | | REPORT TO THE COURT | of School Dist. IV. |
| 6-6 | | MOTION (USA) | for Hrg. on Approval of Consent Order. |
| 7-24 | | REPORT TO THE COURT | of School Dist. IV. |
| 7-28 | | NOTICE. | NJ Trial 9-5, 10AM, Oxford. |
| 8-30 | | NOTICE | CANCELLING NON JURY TRIAL |
| 9-5 | | ORDER OF DISMISSAL (LTS 9-1). | Compt-in-Intervention fld. by Clarence Steward, et al is dismissed w/o prej. |
| 9-11 | | ORDER (LTS 9-5) | Directing Notice of Hrg. set for 9-21, 1:30PM, Oxford, to be published no later than 9-12. Copy of proposed consent decree to be available for exam. at the school dist's central office & at the Clerk's office in Clarksdale. |

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| Diane Cowan, et al | Bolivar Co. School, et al | DOCKET NO. DC6531-S<br>PAGE 20 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1989** | | |
| 9-21 | | PROOF OF PUBLICATION. |
| | | CONSENT ORDER (LTS 9-21). |
| | | --JS6-- |
| 9-29 | | CIVIL MINUTES.  Hrg. 9-21 on objections to consent decree. No objectiobns made to consent decree. Consent Decree signed by the ct. |
| 05/30/90 | | REPORT TO THE COURT  Cleveland School District |
| 1/2/91 | | APPLICATION FOR LEAVE TO INTERVENE. |
| | | APPLICATION FOR SUPP'L & INJ. RELIEF. |
| 2/19/91 | | MOTION (D)  FOR Add'l Time for Dist. IV to respond to movant's application for leave to intervene. |
| 3/21/91 | | RESPONSE (D)  to Application for Leave to Intervene. |
| 4/29/91 | | MOTION (D)  for Protective Order. |
| 5/10/91 | | ORDER  (LTS 5/9) Granting Protective Order. Cleveland School Dist. is relieved of any obligation to respond to interrogs. & request for prod. until ct. rules on motion to intervene. Disc. stayed. If motion to intervene is granted, deft. shall respond to disc. requests w/in 20 days of date of order allowing intervention. |
| 5/4/91 | | REPORT TO THE COURT  Cleveland School Distirct |
| 9/4/91 | | AGREED ORDER  (LTS 9/3) Appl. to intervene & for supp'l & inj. relief dismissed w/full prej. |
| 05/28/92 | | MOTION  of School District No. 3 to modify Desegregation Plan (Copy to Judge Senter) |
| 11/13/92 | | CONSENT ORDER  (LTS) 11/13/92 |
| 08/04/92 | | ORDER  (LTS) 07/31/92 Granting North Bolivar School District permission to restructure its elementary grades as indicated and Amending the 07/22/69 desegration order as listed |
| 06/01/93 | | REPORT TO THE COURT  Cleveland School District |
| 06/03/94 | | REPORT TO THE COURT  Cleveland School District |

DC 111A
(Rev. 1/75)

DC65–31–S CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| DIANE COWAN, ET AL | USA, ET AL | DOCKET NO. DC65–31 PAGE 21 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02/06/95 | | CONSENT ORDER          (LTS) 05/03/95 |
| 06/02/95 | | REPORT TO THE COURT  -  Cleveland School District |
| 06/12/96 | | REPORT TO THE COURT --  Cleveland School District |
| 06/13/97 | | REPORT TO THE COURT -- Cleveland School District |
| 06/29/98 | | REPORT TO THE COURT — CLEVELAND SCHOOL DISTRICT |
| 11/01/99 | | REPORT TO THE COURT —  CLEVELAND SCHOOL DISTRICT |
| 08/21/00 | | REPORT TO THE COURT — CLEVELAND SCHOOL DISTRICT |
| 02/13/03 | | REPORT TO THE COURT -- Cleveland School District |
| 08/21/03 | | MOTION TO AUTHORIZE SALE OF REAL PROPERTY.  CC:  (GHD) 08/21/03 |
| 09/12/03 | | ORDER – GRANTING UNOPPOSED MOTION TO AUTHORIZE SALE OF REAL PROPERTY. (GHD 9/11/03 |
| 07/14/04 | | REPORT TO THE COURT — CLEVELAND SCHOOL DISTRICT |
| 06/20/05 | | REPORT TO THE COURT —2004–2005 — CLEVELAND SCHOOL DISTRICT. |
| 06/04/07 | | REPORT TO THE COURT -- CLEVELAND SCHOOL DISTRICT |
| 06/08/07 | = | REPORT TO THE COURT – CLEVELAND SCHOOL DISTRICT |