## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

| | |
|---|---|
| DIANE COWAN *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) Civil Action No. 2:65-CV-00031-GHD |
| | ) (previously DC 6531-K) |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| BOLIVAR COUNTY BOARD OF | ) |
| EDUCATION *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### MOTION TO EXCEED PAGE LIMIT

Pursuant to Rule 7(b)(5) of the Local Uniform Rules of the United States District Court for the Northern District of Mississippi, the United States hereby moves to exceed the 35-page limit for a memorandum brief to accompany a Motion for Further Relief that the United States anticipates filing in this case. See Grosch v. Tunica Cnty., Miss., Civil Action No. 2:06 CV 204-P-A., 2009 WL 161856, at *1, n.1 (noting that parties who wish to file briefs in excess of the 35-page limit must seek leave from the Court).[1] As grounds for its motion, the United States asserts the following:

1.      This desegregation case originated on July 24, 1965, and has been ongoing for nearly forty-six years.

---

[1] A copy of this decision is attached hereto as Exhibit A.

1

2.      The United States joined this case as a Plaintiff-Intervenor on March 19, 1985. See Order Granting Leave for the United States to Intervene as Plaintiff, Cowan v. Bolivar Cnty. Bd. of Educ., Civil Action No. DC 6531-K (N.D. Miss. Mar. 19, 1985).

3.      The original desegregation order was entered by this Court on July 24, 1969.  See Order, Cowan v. Bolivar Cnty. Bd. of Educ., Civil Action No. DC 6531-K (N.D. Miss. Jul. 24, 1969) (hereafter "1969 Order").

4.      No party, to the United States' knowledge, has subsequently submitted a merits brief to the Court in the course of seeking or opposing a motion for further relief under the operative desegregation orders, or in conjunction with any other motion in this matter.

5.      Since February 3, 1995, when the Court entered an order jointly stipulated to by the United Sates and the Cleveland School District ("Cleveland" or "District"), see Order, Cowan v. Bolivar Cnty. Bd. of Educ., Civil Action No. DC 6531-K (N.D. Miss. Feb. 3, 1995), there have been no proceedings before the Court in this case.

6.      The United States asserts that the relief sought in its Proposed Order is warranted due to the District's failure to desegregate its schools in the forty-one years since the 1969 Order was entered by the Court.  The memorandum's detailed discussion of the procedural and factual history of this case over this forty-one year period provides important background and context that will assist the Court's evaluation of the United States' motion.

7.      The memorandum brief submitted by the United States exceeds the 35-page briefing limit by three pages.

8.      The United States would have no objection to a responsive brief from the Cleveland School District that similarly exceeds the 35-page limit.

9.      Counsel for the Cleveland School District has represented to the United States

that the District does not oppose this motion.

Wherefore, the United States respectfully requests that the Court grant the United States'

motion and direct the Clerk of Court to file the United States' Memorandum of Law in Support

of its Motion for Further Relief.

Dated:  April 7, 2011                                        Respectfully submitted,

JOHN MARSHALL ALEXANDER              THOMAS E. PEREZ
United States Attorney                             Assistant Attorney General
Northern District of Mississippi
900 Jefferson Avenue                                 /s/ Jonathan Fischbach
Oxford, MS  38655-3608                             /s/ Joseph J. Wardenski
Telephone:     (662) 234-3351                   JONATHAN FISCHBACH
Facsimile:      (662) 234-4818                    JOSEPH J. WARDENSKI
                                                                  United States Department of Justice
                                                                  Civil Rights Division
                                                                  950 Pennsylvania Avenue, NW, PHB 4300
                                                                  Washington, D.C.  20530
                                                                  Telephone:     (202) 514-4092
                                                                  Facsimile:      (202) 514-8337
                                                                  Jonathan.Fischbach@usdoj.gov
                                                                  Joseph.Wardenski@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2011, I served copies of the United States' Notice of Entry of Appearance for Jonathan Fischbach and Joseph J. Wardenski, and the United States' Motion to Exceed Page Limit, to counsel of record by electronic service through the court's electronic filing system, or alternatively via overnight mail, addressed to:

**Jamie F. Jacks, Esq.**
JACKS, ADAMS & NORQUIST, P.A.
150 N. Sharpe Avenue
P.O. Box 1209
Cleveland, MS 38732
tele: (662) 843-6171
fax:  (662) 843-6176

Attorney for the Defendant,
Cleveland School District

**Ellis Turnage, Esq.**
TURNAGE LAW OFFICE
P.O. Box 216
Cleveland, MS 38732

Attorney for private plaintiffs,
Cowan, *et al.*

/s/ Jonathan Fischbach
JONATHAN FISCHBACH