IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE COWAN, et al., )
)
    Plaintiffs, )
)
    and )
)
UNITED STATES OF AMERICA, )
)
    Plaintiff-Intervenor, )   CIVIL ACTION NO. DC 6531-K
)
    v. )
)
SCHOOL DISTRICT IV OF )
BOLIVAR COUNTY, MISSISSIPPI )
(NOW CLEVELAND SCHOOL DISTRICT )
IV), et al., )
)
    Defendants. )

## CONSENT ORDER

THIS DAY this cause came on upon the joint motion, ore tenus, of the United States (hereafter Plaintiff-Intervenor) and the Cleveland School District for a supplemental order to further implement the Consent Order entered in this cause on September 21, 1989, and the Court being advised in the premises does find and order as follows:

Initially, the Cleveland District considered the continuing racial identifiability of two of the district's schools -- Margaret Green and Eastwood Junior High -- and determined that steps should be taken to eliminate the continuing racial identifiability of these schools. Thereafter, the Cleveland School District and the United States conferred and discussed the effectiveness of further desegregation through the implementation of a magnet school at the junior high level and have reached agreement that such a program if implemented effectively would

result in further desegregation of Eastwood Junior High and Margaret Green Junior High Schools in the Cleveland School District. —

2. Accordingly, the Cleveland School District is hereby granted permission to develop and implement a magnet school program at the junior high level in the Cleveland School District, which program shall, to the extent possible and applicable, reflect the same implementation plans called for the 1989 Consent Order for the elementary magnet school program. The parties and the Court recognize that further desegregation of the schools in question by means of a magnet program will require additional funding and the district will take affirmative, reasonable steps to obtain such funding.

3. All previous orders and decrees of this Court shall remain in full force and effect to the extent they are not inconsistent with, or expressly amended by, this Consent Order. This Court shall retain jurisdiction of this action for all purposes consistent with the implementation of this Consent Order and other orders filed in this case.

ORDERED, this, the ___13___ day of ___November___, 1992.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

_____
UNITED STATES DEPARTMENT OF JUSTICE
Attorney for Plaintiff-Intervenor

_____
WILLIAM S. ADAMS, JR.
Attorney for Cleveland School District