IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE COWAN, ET AL.                                              PLAINTIFFS

AND

UNITED STATES OF AMERICA                            PLAINTIFF-INTERVENOR

VS.                                              CIVIL ACTION NO. DC6531-K

SCHOOL DISTRICT IV OF BOLIVAR
COUNTY, MISSISSIPPI (NOW
CLEVELAND SCHOOL DISTRICT IV), ET AL.                          DEFENDANTS

### CONSENT ORDER

**THIS DAY** this cause came on upon the joint motion, ore tenus, of the United States (hereafter Plaintiff-Intervenor) and the Cleveland School District for a supplemental order to further implement the Consent Order entered in this cause on September 21, 1989, and the Court being advised in the premises does find and order as follows:

1. Initially, the Cleveland District considered the continuing racial identifiability of two of the district's schools -- Margaret Green and Eastwood Junior High -- and determined that steps should be taken to eliminate the continuing racial identifiability of these schools. Thereafter, the Cleveland School District and the United States conferred and discussed the effectiveness of further desegregation through the implementation of a magnet school at the junior high level and reached agreement that such a program if implemented effectively would result in further desegregation at the junior high level in the Cleveland School District.

169-40-92

MAY-12-2011 15:07  FROM:NRCA                    7709682547              TO:916622365210              P.4/5

2. On November 13, 1992, this Court entered an order granting the Cleveland School District permission to develop and implement a magnet school program at the junior high level in the Cleveland School District, which program was, to the extent possible and applicable, reflect the same implementation plans called for in the 1989 Consent Order for the elementary magnet school program. The Cleveland School District was directed to take affirmative, reasonable steps to obtain such funding. Said funding was obtained and the Cleveland School District has complied with the aforesaid order in implementing a magnet school program at the junior high level.

3. The Cleveland School District and the United States have conferred and discussed the effectiveness of further desegregation of designing magnet schools at the high school level and have reached agreement that such a program if implemented effectively would result in further desegregation at the high school level in the Cleveland School District.

4. Accordingly, the Cleveland School District is hereby granted permission to develop and implement a magnet school program at the high school level in the Cleveland School District, which program shall, to the extent possible and applicable, reflect the same implementation plans called for in the 1989 Consent Order for the elementary and junior high magnet school programs. The parties and the Court recognize that further desegregation of the schools in question by means of a magnet program will require additional funding and the district will take affirmative, reasonable steps to obtain such funding, if available.

5. All previous orders and decrees of this Court shall remain in full force and effect to the extent they are not inconsistent with, or expressly amended by, this Consent Order. This Court shall retain jurisdiction of this action for all purposes consistent with the implementation of this Consent Order and other orders filed in this case.

ORDERED, this, the 3rd day of February, 1995.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

_____
UNITED STATES DEPARTMENT OF JUSTICE
Attorney for Plaintiff-Intervenor

_____
WILLIAM S. ADAMS, JR.
Attorney for Cleveland School District