## 2010-2011 SCHOOL ENROLLMENT BY RACE

| SCHOOLS | BLACK | WHITE | HISPANIC | ASIAN | AM. INDIAN | TOTAL |
|---|---|---|---|---|---|---|
| BELL | 222 | 54 | 2 | | 1 | 279 |
| CHS | 234 | 261 | 12 | 11 | | 518 |
| CYPRESS PARK | 304 | | 1 | | | 305 |
| DM SMITH | 280 | | | | | 280 |
| ESHS | 327 | 2 | | 1 | | 330 |
| HAYES-COOPER | 148 | 204 | 7 | 5 | | 364 |
| MGJH | 224 | 236 | 21 | 8 | 1 | 490 |
| NAILOR | 300 | 6 | 4 | | | 310 |
| PARKS | 127 | 197 | 9 | 3 | 1 | 337 |
| PEARMAN | 135 | 87 | 27 | 2 | | 251 |
| | 2301 | 1047 | 83 | 30 | 3 | 3464 |



EXHIBIT A