## 2011-2012 PRIVATE SCHOOLS

| SCHOOL | BLACK | WHITE |
|---|---|---|
| BELL | | 1 |
| MGJH | | 2 |
| HC | | 4 |
| PARKS | | 1 |
| CHS | | 5 |
| TOTAL | | 13 |



EXHIBIT C