# 2013-2014 CSD ENROLLMENT
## BY SCHOOL BY RACE

| SCHOOL | WHITE | BLACK | ASIAN | AM. INDIAN | PAC. ISLANDER | HISPANIC | TOTAL |
|---|---|---|---|---|---|---|---|
| BELL | 141 | 197 | 4 | | 1 | 9 | 352 |
| CYPRSS PARK | | 251 | | | | | 251 |
| HAYES-COOPER | 185 | 166 | 10 | | | 13 | 374 |
| NAILOR | 3 | 361 | | | | 1 | 365 |
| PARKS | 183 | 189 | 8 | 2 | | 17 | 399 |
| PEARMAN | 69 | 172 | 3 | | | 20 | 264 |
| DM SMITH | | 257 | | | | 1 | 258 |
| MGJH | 235 | 263 | 7 | 1 | 1 | 27 | 534 |
| CHS | 287 | 284 | 20 | | | 25 | 616 |
| ESHS | | 348 | | | | 1 | 349 |
| TOTAL | 1103 | 2488 | 52 | 3 | 2 | 114 | 3762 |

"A"