## PRIVATE SCHOOLS BY RACE

| Category | Race | Gender | STUDENT | TO | FROM | Grade |
|---|---|---|---|---|---|---|
| Private School | W | F | Leila Bonner | Parks | Blessed Are the Children | K |
| Private School | W | M | Hurst, Jessie D. | Parks | Indianola Academy | 4 |
| Private School | W | F | Hurst, Kamean Rose | Parks | Indianola Academy | 3 |
| Private School | B | M | Gerzan, Luke | MGJHS | North Sunflower Academy | 7 |
| Private School | B | M | Gerzan, Shane | MGJHS | North Sunflower Academy | 8 |
| Private School | W | F | Whatley, Olivia | MGJHS | North Sunflower Academy | 8 |
| Private School | W | F | Whatley, Avery | MGJHS | North Sunflower Academy | 7 |
| Private School | W | M | Collums, River | CHS | Lee Academy | 10 |
| Private School | H | M | Garcia, Joe | CHS | Lee Academy | 11 |
| Private School | W | M | Howard, Mason | CHS | Lee Academy | 10 |
| Private School | W | M | Nelson, Luke | CHS | Bayou Academy | 9 |
| Private School | W | M | Love, Tucker | CHS | Bayou Academy | 11 |
| Private School | W | F | Rizzo, Alyssa | Parks | Pace Christian | 1 |
| Private School | A | M | Viray, Cline | Parks | St. Isidor Academy, Phillipines | 5 |
| Private School | A | F | Viray, Hannah | Parks | St. Isidor Academy, Phillipines | K |

"C"