# TEACHERS BY SCHOOL
## BY RACE

| SCHOOL | BLACK | WHITE | TOTAL |
|--------|-------|-------|-------|
| BELL | 5 | 20 | 25 |
| CYPRESS PARK | 10 | 10 | 20 |
| HAYES COOPER | 7 | 18 | 25 |
| NAILOR | 13 | 13 | 26 |
| PARKS | 8 | 18 | 26 |
| PEARMAN | 6 | 13 | 19 |
| DMS | 13.5 | 11 | 24.5 |
| MGJH | 9.5 | 23.5 | 33 |
| CHS | 12 | 24 | 36 |
| ESHS | 18 | 14 | 32 |
| CCDTC | 3 | 8 | 11 |
| WRAC | 1.5 | 3 | 3.5 |

"D"