**Proposed Plans of the Cleveland School District**

**January 23, 2015**

The Cleveland School District submits the following plans to the Court, consistent with Section 5 of the Scheduling Order entered into by the Parties on June 18, 2014. Pursuant to the agreement of the Parties, the plans offered by the Cleveland School District contain the following:

5(a). A detailed description of the proposed plan and educational program for grades 6-12 to be implemented by the beginning of the 2015-16 school year.

5(b). A detailed assessment of how the proposed plan will further desegregation at the District's schools serving grades 6-12 (excluding any elementary schools serving grade 6).

5(c). A detailed assessment of how the proposed plan will affect the District's obligations in the areas of faculty, staff, extracurricular activities, transportation and facilities.

5(d). A detailed timeline for implementing the proposed plan by the beginning of the 2015-2016 school year, identifying necessary actions to be taken during the 2014-2015 school year including, but not limited to, program design, staffing, facility use, professional development, funding, and engagement of parents, students and the community regarding the plan and its implementation.

**I.    Plan A**

**A.    High Schools**

**Description of the Plan**

Plan A continues the District's open enrollment concept by which all students in grades 9-12 may voluntarily choose which of the two high schools they wish to attend. Plan A is refined with the addition of distinct, attractive academic programming choices at East Side High which are only available to students who enroll full time at East Side High. This plan also calls for a cap on enrollment at the District's two high schools.

**General Concepts**

- 9-12 grade configuration for both high schools.

- Students will select their high school of choice in the eighth grade on a first-come, first served basis beginning in spring 2015.

- Enrollment will be capped at 550 students at both high schools.

1

**East Side High**

East Side High will house two magnet programs within the school. Over the course of the last seven months, the District held many parent meetings and surveyed parents for their interest in high school programming. Overall, parents wanted more rigor at the high school level and the opportunity for their older high school students to earn college credit while still in high school. The District proposes placing two of the most academically rigorous programs, the International Baccalaureate Program and the Early College Program, at East Side High. These two programs are discussed below.

**International Baccalaureate Program (or "IB")**

The International Baccalaureate Program (also available in the elementary and middle schools) will continue for high academic achievers who enroll at East Side High. The District will no longer allow Cleveland High students to bus over for these and any other academic courses at East Side High. If a student wishes to enroll in the IB program, he or she must enroll full time at East Side High.

Criteria for entrance in the IB program will be as follows:

- Grades: composite of 2.75 or better
- teacher recommendation
- passed subject area tests: Algebra and English II
- prerequisites: Geometry, Chemistry

**Early College Program with Delta State University**

East Side High students meeting program criteria will attend Delta State University during the 11th and 12th grades for one to two classes per semester. University professors will teach these courses. The District will shoulder the cost of enrollment so that every student meeting the criteria will be afforded a chance to earn college credit while still in high school.

The courses offered through the Early College Program would be courses taken on the Delta State Campus. Students will have the option to enroll under the dual enrollment plan and/or the dual credit program.

*Dual enrollment* results in college credit only. Students may take up to 12 hours and must earn a B or higher in the first 6 hours of coursework. In order for a student to be eligible for the Early College Program there is a minumum ACT composite of 21 required and the prospective student must have completed all high school core courses.

*Dual credit* allows for the course work to be counted on both the high school transcript and at the college level. In order for a student to be eligible for the Early College Program there is a minumum ACT composite of 21 required and the prospective

2

student must have completed all their high school core courses. Students must take any course that is tested in the subject area testing program at the high school campus only.

The course offerings depend on availability and will vary from semester to semester depending on the DSU schedule. The regular education curriculum in compliance with the Mississippi Department of Education requirements will be offered to all other students attending East Side High.

**Cleveland High**

Cleveland High will remain a general education high school. Like Eastside High, enrollment will be capped at Cleveland High at 550 students. Cleveland High's current student population is approximately 50% black and 50% non-black. As such, it has already achieved a near perfect racial balance.

**Improved Integration at East Side High**

The IB Program and the Early College Program at East Side High will be designed as continuations of the successful elementary magnet programs at Hayes Cooper Elementary and Bell Academy, thereby creating a pathway for magnet school students to attend East Side High. The District will actively encourage students who attended elementary and middle school magnet programs to attend East Side with its IB and Early College programs.

Because the IB and Early College Program will not be offered to students enrolled at Cleveland High, students participating in these programs will be required to enroll at East Side High. Currently, the District buses students from Cleveland High to East Side to take IB courses. Under Plan "A", if a student wishes to enroll in either the IB or the Early College Program he/she will have to enroll full-time at East Side High.

Currently, there are a total of seventy-six (76) 11th and 12th grade students participating in the IB Program at East Side High. Of those, 48 are Cleveland High Students. Thirty of these 48 students are white. The District received indications from white and black parents who participated in recent focus group meetings (held in August 2014) that if these types of programs were only offered at East Side High their students would opt to attend East Side High.

The District has engaged Dr. Christine Rossell, a professor at Boston University, who is an expert in school desegregation issues. Dr. Rossell will testify that a plan which involves choice, rather than consolidation or mandatory reassignment, will enable the District to maintain its current level of integration and will stand the best chance of improving integration at its schools.

3

### B.     Middle / Junior High School

**Description of the Plan**

This plan call for the continuation of both middle schools, D.M. Smith and Margaret Green, under the "open enrollment" concept with the consideration of a merger of the two schools following the completion of the current School Improvement Grant which D.M. Smith is receiving through the 2016-2017 school year.

**Margaret Green Junior High**

Students in grades 6-8 may continue to choose Margaret Green Junior High. The STAR program for high academic achievers will continue to be housed at this school.

About 100 students are anticipated to qualify for a STAR magnet program, although there is some flexibility. The racial percentage of those qualifying for the STAR program would be approximately 50% black and 50% non-black. The goal of the program is to provide rigorous academic instruction for high achieving students. Students are in the STAR program for their 7th and 8th grade years and take 4 classes per semester in the STAR program - Math, Science, History and English. All other classes are taken with the regular education population.

Overall, Margaret Green continues to have a near perfect racial balance of students with an approximate student population of 50% black and 50% non-black.

**D.M. Smith Middle School**

All District students in grades 6-8 may choose D.M. Smith as a middle school. Currently, D.M. Smith is in year one of a 1.7 million dollar School Improvement Grant or "SIG". Currently, approximately 250 students in grades 6-8 attend this school.

The SIG grant is under the following time table:

**D.M. Smith Middle School – School Improvement Grant**
**SIG Funding Timeline**

| | |
|---|---|
| August 2014 | Schools begin Year 1 School Improvement Grant plan implementation |
| August 2015 | Schools begin Year 2 School Improvement Grant plan implementation (contingent upon the school meeting the requirements for annual renewal) |
| August 2016 | Schools begin Year 3 School Improvement Grant plan implementation (contingent upon the school meeting the requirements for annual renewal) |

4

| D.M. Smith Middle School SIG FUNDS | Year 1 – Budget Full Implementation | Year 2 – Budget | Year 3 – Budget | Three Year Total |
|---|---|---|---|---|
| School Level Activities | $ 708,904.10 | $ 503,381.57 | $ 320,325.77 | $ 1,532,611.44 |
| LEA - Level Activities | $ 74,639.92 | $ 71,217.38 | $ 62,740.19 | $ 208,597.49 |
| Total Budget | $ 783,544.02 | $ 574,598.95 | $ 383,065.96 | $ 1,741,208.93 |

The District is considering closing D.M. Smith. However, the District believes to do so immediately will result in the loss of the SIG funds the District is scheduled to receive in years 2015-2016 and 2016-2017 which total more than 1 million dollars.

**Improved Integration**

Margaret Green Junior High has a near perfect racial balance of students with the population being approximately 50% black and 50% non-black.

The District contends that the current open enrollment plan for the middle schools is constitutional. However, in the future, the District may determine that closing D.M. Smith is appropriate for educational and financial reasons. If the District decides to close D.M. Smith, it will need sufficient time to plan, bid and build an addition to the Margaret Green campus to house the 250 students currently attending D.M. Smith.

**Effect on Other District Obligations**

**Middle Schools**

| | |
|---|---|
| Faculty/Staff | To the extent practicable, the faculty at the two middle school campuses will reflect the overall District ratio of employees who work directly with students, with a reasonable deviation allowed (+/- 15%). |
| Extracurricular Activities | Because the District will have two middle schools, all extracurricular activities will be available to all middle school students regardless of their campus placement. The same activities will be available at both middle schools depending on student interest. |

5

| | |
|---|---|
| Transportation | All students will be provided transportation to their middle school campus. Routes will be determined on the basis of efficiency and will not discriminate based on the basis of race. |
| Facilities | The District will ensure that all middle school facilities are clean, well equipped and suitable for learning. |

**High School**

| | |
|---|---|
| Faculty/Staff | To the extent practicable, the faculty at the two high school campuses will reflect the overall District ratio with a reasonable deviation allowed (+/- 15%). |
| Extracurricular Activities | The schools will have similar extracurricular activities depending on interest. |
| Transportation | All students will be provided transportation to their high school campus with routes designed on the basis of efficiency, not race. |
| Facilities | The District will ensure that the high school facilities are clean, well equipped and suitable for learning. |

**Timeline for Implementation**

**Middle School/Junior High**

Upon approval of the plan:

| | |
|---|---|
| Program Design | The STAR program at Margaret Green is already established and its curriculum will be evaluated and updated as needed. |
| Staffing | The District does not anticipate any major changes in staff under this plan. |
| Facility Use | The District has already determined that each building identified in the plan can accommodate the faculty and students projected to be housed in that facility. The District does not anticipate any major remodeling or additions in order to implement the open enrollment plan. |
| Professional Development | The District will continue its faculty professional development for the STAR program and other District programs. |

6

| | |
|---|---|
| Engagement | The District will formulate a marketing plan which will address the need to engage parents, students and the community. The District anticipates beginning the media campaign shortly after the plan is approved and continuing a multi-tiered approach to marketing the plan beginning in the spring of 2015. The District envisions the marketing plan to continue even after implementation of the plan in 2015-2016. |

**High Schools**

Upon approval of the plan:

| | |
|---|---|
| Program Design | For the Early College Program, the District has been working with Delta State University and anticipates signing a Memorandum of Understanding outlining the partnership in the coming weeks. The Delta State University partnership will continue to be evaluated and improved once the plan is approved by the Court. The IB program is already established and its curriculum would will be evaluated and updated as needed. |
| Staffing | The District does not anticipate any staffing issues associated with the plan. |
| Facility Use | The District has already determined that each building identified in the plan can accommodate the faculty and students projected to be housed in the respective facilities. The District does not anticipate any major remodeling necessary to implement the plan. |
| Professional Development | IB professional development for East Side's teachers is ongoing and would continue under the plan. |
| Engagement | The District will formulate a marketing plan which will address the need to engage parents, students and community. The District anticipates beginning the media campaign shortly after the plan is approved and continuing a multi-tiered approach to marketing the plan beginning in the spring of 2015. The District envisions the marketing plan to continue after implementation of the plan in 2015-2016. |

7

## II. Plan B

Should the Court not endorse Judge Davidson's "open enrollment" plan with the District's additions as set forth in Plan "A", the District proposes an alternate plan, or Plan "B", for the Court's consideration.

**General Concepts**

**High Schools**

- Following in the footsteps of the District's magnet success at Bell and Hayes Cooper, the District will empty Cleveland High and assign all students in grades 9-12 to East Side High, reopening Cleveland High as a whole school magnet.

- The District will "re-open" Cleveland High as a STEM magnet with local arts partnerships.

- East Side High will continue its IB program and an Early College Program will be added at East Side High.

- The diversity goal for each high school will be 65% black and 35% non-black (the District's racial percentage) with a reasonable deviation allowed (+/- 15%).

- The District will begin planning and marketing the plan now with full implementation in August 2016.

- While the District will apply for a magnet grant to fund the STEM magnet and Early College Program, the District will commit to financially supporting the programs with or without the grant.

**Middle School**

- Once the School Improvement Grant is complete at D.M. Smith, close D.M. Smith Middle School and transfer its students to Margaret Green. This would mean full implementation in August 2017 after SIG funds cease.

- At Margaret Green, expand the STAR program for high academic achievers and create a STEM magnet program within the school. While the District will apply for a magnet grant to fund the STEM program, the District will commit to financially supporting the program with or without the grant.

- Build additional classroom space at Margaret Green to house the approximately 250 D.M. Smith students who will move to that campus in August 2017.

8

A.   **High Schools**

**Description of the Plan**

Plan "B" assigns every student in grades 9-12 to East Side High. This plan also "closes" Cleveland High and then reopens Cleveland High as a STEM magnet with local arts partnerships. A portion of the District's non-black high school students will be admitted to the magnet while the remaining non-black students would be assigned to East Side High. The enrollment goals for both schools will be 65% black and 35% non-black with a reasonable deviation allowed (+/- 15%). These enrollment goals mirror the District's current racial make-up.

**East Side High**

Every student in grades 9-12 will be assigned to East Side High. Those students may then apply to the magnet program at Cleveland High or opt to stay at East Side High. East Side High will continue to offer the International Baccalaureate Program and also the new Early College Program/Delta State University partnership, which was a favorite among parents interviewed in the August 2014 focus groups. The criteria for both programs are set forth in Plan "A" at pp. 2-3 of this submission. Students who wish to participate in these programs must enroll full-time at East Side High.

**Improved Integration**

By capping enrollment at Cleveland High with a targeted racial mix allowed, the District ensures that a portion of its non-black students will be assigned to East Side High. The District is confident that with the strong academic leadership in place at East Side, its improved test scores, and the addition of the Early College program together with the IB program, the District stands a good chance of maintaining its overall high school student enrollment, while increasing the diversity in enrollment at East Side High.

**Cleveland High**

Cleveland High will become a STEM (Science, Technology, Engineering and Math) magnet school with a target racial balance which will reflect the District's overall make-up with a +/- 15% deviation. The STEM magnet theme was an overwhelming favorite among parents recently surveyed by the District.

Students who enroll at Cleveland High must do so by a set date. Once Cleveland High's capacity is filled via the procedure set forth below and the overall target racial balance is reached, all other students will be assigned to East Side High.

The enrollment process for Cleveland High will be as follows: between November 1 and February 28 of each school year, the District shall make applications for CHS Magnet School available at each school in the District and at the District Central

9

Office. To be eligible for consideration for the CHS Magnet School, the parent of applicants must return applications to the designated location for fall admission to the magnet school no later than February 28.

The diversity goal will be set at 65% black and 35% non-black with a +/- 15% deviation. This is the current District racial mix. The District is considering a range of enrollment at the CHS magnet school of 450-550. Admission will be determined by a computer lottery similar to the lottery utilized at the District's two elementary magnet schools, Hayes Cooper Elementary and Bell Academy.

### B. Middle Schools

**Margaret Green Junior High**

Beginning in the 2017-2018 school year, District students grades 6, 7 and 8 must enroll at Margaret Green, except for the 6th graders attending Bell and Hayes Cooper. This merger achieves complete desegregation for grades 6, 7, and 8.

**STAR Program**

The STAR Program is a current program at Margaret Green and will be continued and expanded at Margaret Green. This program is designed for high academic achievers and has a 50/50 black and non-black racial make-up.

**STEM/Arts Magnet**

Margaret Green will also implement a new STEM magnet program within a school which will also use local arts partners like the Delta Music Institute, the Grammy Museum and the Delta Arts Alliance. The STEM theme was an overwhelming favorite with parents during a recent District survey as were the arts. Students will opt into this program which will be designed to have a population reflecting the District's overall student racial make-up within a reasonable deviation allowed. The District will use a similar lottery for entrance in the Margaret Green STEM program as that which will be used for Cleveland High's STEM program.

Allowing a STEM magnet at the middle school will prepare students for entrance either into the Cleveland High STEM magnet or the IB/Early College Program at East Side High. Students not participating in either STEM or STAR will be assigned to the regular education track at Margaret Green.

**D.M. Smith Middle School**

In the 2017-2018 school year, D.M. Smith will close as a middle school. The adjacent Cypress Parks Elementary (which currently operates in an "open concept" building) will be allowed to use the D.M. Smith building for 3-5th grade classrooms. All

middle school students 6-8th (with the exception of the 6th graders attending Bell and Hayes Cooper) will be assigned to Margaret Green.

**Improved Integration**

By creating one middle school at Margaret Green, enrollment at the school will reflect the District-wide racial make-up. The District will have also addressed the parental concerns heard during the August 2014 focus group meetings wherein middle school parents requested more rigor at the middle school level and additional magnet opportunities.

**Effect on Other District Obligations**

**Middle School**

| | |
|---|---|
| Faculty/Staff | To the extent practicable, the faculty at Margaret Green will reflect the overall District faculty racial ratio with a +/- 15 % deviation allowed. |
| Extracurricular Activities | Because the District will have one middle school, all extracurricular activities will be available to all middle school students. |
| Transportation | All students will be provided transportation to the Margaret Green campus. Routes will be designed on the basis of efficiency, not race. |
| Facilities | The District will ensure that Margaret Green is well equipped and suitable for learning. |

**High School**

| | |
|---|---|
| Faculty/Staff | To the extent practicable, the faculty at the two high school campuses will reflect the overall District racial ratio of employees who work directly with students, within a reasonable deviation. |
| Extracurricular Activities | The District will provide similar excellent extracurricular activities on both high school campuses. |
| Transportation | All students will be provided transportation to their high school campus. Routes will be designed based on efficiency, not race. |
| Facilities | The District will ensure that the high school facilities are clean, well equipped and suitable for learning. |

11

**Timeline for Implementation**

**Middle School**

    Upon approval of the plan:

| | |
|---|---|
| Program Design | The STAR program is already established and its curriculum would need to be evaluated and updated. Immediately, the District's magnet coordinators would begin to design the curriculum for the new STEM magnet program. |
| | The new STEM magnet program will need at least year to be studied and written. The grant application is due in 2016. As such, the District is requesting that it be allowed until August 2017 to fully implement the plan. |
| Staffing | Immediately, the District's leaders would begin assessing the staff needs for the new STEM magnet program. Building leaders would need to be identified and consulted regarding their faculty needs. The District also needs time to review faculty and administrative needs. |
| Facility Use | The District will need to plan and build an addition on to the Margaret Green campus for approximately 250 students from D.M. Smith who will be attending Margaret Green in 2017-2018. The District will need to secure funds, hire an architect, draw plans and specifications and bid and build the addition. As such, while the District will begin taking steps immediately upon Court approval of the plan, the District is requesting that it have until August 2017 to fully implement the plan |
| Professional Development | Professional development would be planned and implemented as soon as faculty/staff are determined and continue as the STEM theme is developed. The District will also continue STAR staff development. |
| Engagement | The District will formulate a marketing plan which will address the need to engage parents, students and the community. The District anticipates beginning the media campaign shortly after the plan is approved by the Court and continuing a multi-tiered approach to marketing the |

plan beginning in the spring of 2015 and continuing through full implementation in the 2017-2018 school year.

**High Schools**

Upon approval of the plan:

| | |
|---|---|
| Program Design | For the East Side Early College Program, the District is working with Delta State University and anticipates signing a Memorandum of Understanding outlining the partnership. The Delta State University partnership will continue to be evaluated and improved once the plan is approved by the Court. The IB program at East Side is already established and its curriculum would will be evaluated and updated as needed. |
| | For Cleveland High, the District's magnet coordinators will immediately begin writing the grant proposal to be submitted to the Department of Education for the STEM theme. Because the grant cycle begins in the 2016-2017 school year, the District would request having 2015-2016 as a planning year for the high school plan with full implementation to take place in 2016-2017. |
| Staffing | The District does not anticipate any staffing issues associated with the plan. |
| Facility Use | The District has already determined that each building identified in the plan can accommodate the faculty and students projected to be housed in that facility. The District does not anticipate any major remodeling efforts that would be necessary to effectuate the plan. |
| Professional Development | IB professional development for East Side faculty is ongoing and would continue under the plan. |
| | Professional development for the STEM magnet will be written into the grant proposal and begin as soon as possible. |
| Engagement | The District will formulate a marketing plan which will address the need to engage parents, students, and the community. The District anticipates beginning the media campaign shortly after the plan is approved and continuing a multi-tiered approach to marketing the plan beginning in the spring of 2015. The District envisions the marketing |

13

plan to be one that is ongoing even after implementation of the plan in 2016-2017.

14