AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

Diane Cowan, et al.
*Plaintiff*
v.
Cleveland School District
*Defendant*

Case No. 2:65-CV-00031-GHD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

private plaintiffs

Date: 02/12/2015

*Attorney's signature*

Shakti Belway, 102095 (MS)
*Printed name and bar number*

P.O. Box 19974
New Orleans, LA
70179
*Address*

shakti.belway@gmail.com
*E-mail address*

(504) 333-6877
*Telephone number*

*FAX number*