# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

| | |
|---|---|
| **DIANE COWAN, minor, by her mother and next friend, Mrs. Alberta Johnson, et al.;** **FLOYD COWAN, JR., minor, by his mother and next friend, Mrs. Alberta Johnson, et al.;** **LENDEN SANDERS; MACK SANDERS; CRYSTAL WILLIAMS; AMELIA WESLEY; DASHANDA FRAZIER; ANGINETTE TERRELL PAYNE; ANTONIO LEWIS; BRENDA LEWIS;** | **PLAINTIFFS** |
| and | |
| **UNITED STATES OF AMERICA** | **INTERVENOR-PLAINTIFF** |
| V. | **NO. 2:65-CV-00031-DMB** |
| **BOLIVAR COUNTY BOARD OF EDUCATION, et al.** | **DEFENDANTS** |

## ORDER MODIFYING SCHEDULING ORDER

Pursuant to Paragraph 9(d) of the June 18, 2014, Scheduling Order [99], counsel for Private Plaintiffs, Plaintiff-Intervenor United States of America, and Defendant Cleveland School District (collectively, "Parties"), appeared before this Court on February 20, 2015, for a pre-hearing conference to establish pre-hearing scheduling deadlines. At that conference, the Court and the Parties agreed to a series of discovery deadlines. In light of this agreement, it is now **ORDERED** that:

1. By February 25, 2015, the Parties will propound all final discovery requests, if any, on the other Parties. The Parties will have fourteen (14) days from the date of service of any such discovery requests to provide responses to the requesting party. The Parties will

promptly notify the Court of any discovery disputes that cannot be resolved voluntarily by the Parties.

2. On March 3, 2015, at 10:30 a.m. CST, the Court and the Parties will participate in a telephonic conference to discuss the merits and logistics of a possible mediation, and any other scheduling matters as appropriate.

3. By March 13, 2015, the Parties will designate their respective expert witnesses, indicating for each whether the expert witness *may* or *will* be called to testify at hearing, and attaching each expert witness's curriculum vitae or resume to the designation.

4. Also by March 13, 2015, the Parties shall provide, or supplement as necessary, all voluntary disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

5. By March 20, 2015, the Parties will circulate to counsel for all Parties reports prepared by the expert witnesses designated by the Parties who will or may be called to testify at hearing. The expert reports shall include all information required by Rule 26(a)(2)(B).

6. By April 21, 2015, the Parties will complete all discovery, including depositions.

7. The June 18, 2014, Scheduling Order shall remain in full force and effect in all other respects.

Finally, the Parties are **ADVISED** that, in light of the age and nature of this matter, the deadlines set in this order and the June 18, 2014, Scheduling Order, will not be changed absent a showing of extraordinary circumstances justifying such relief.

SO ORDERED, this 25th day of February, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**