# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

| | |
|---|---|
| **DIANE COWAN, minor, by her mother and next friend, Mrs. Alberta Johnson, et al.; FLOYD COWAN, JR., minor, by his mother and next friend, Mrs. Alberta Johnson, et al.; LENDEN SANDERS; MACK SANDERS; CRYSTAL WILLIAMS; AMELIA WESLEY; DASHANDA FRAZIER; ANGINETTE TERRELL PAYNE; ANTONIO LEWIS; BRENDA LEWIS;** | **PLAINTIFFS** |
| and | |
| **UNITED STATES OF AMERICA** | **INTERVENOR-PLAINTIFF** |
| V. | **NO. 2:65-CV-00031-DMB** |
| **BOLIVAR COUNTY BOARD OF EDUCATION, et al.** | **DEFENDANTS** |

### SUPPLEMENT TO ORDER MODIFYING SCHEDULING ORDER

Pursuant to the telephonic conference held March 3, 2015, the Order Modifying Scheduling Order [117] entered February 25, 2015, is supplemented as follows:

1. The hearing on the Parties' proposed desegregation plans will be set for five days, to begin on May 18, 2015.

2. No later than May 4, 2015, the Parties shall jointly submit to the Court a proposed Prehearing Order. The proposed Prehearing Order, which is to be submitted by e-mail to chambers, shall include: (a) a witness list for each party, with each witness designated as "will call" or "may call;" (b) an exhibit list for each party; and (c) objections, if any, to proposed witnesses or exhibits.

2

      3.      The option of mediation will be revisited after the Parties have completed all discovery and/or after the conclusion of the hearing.

      4.      As advised in the February 25 Order, in light of the age and nature of this matter, the deadlines set in this order, in the February 25 Order, and in the June 18, 2014, Scheduling Order, will not be changed absent a showing of extraordinary circumstances justifying such relief.

      SO ORDERED, this 3rd day of March, 2015.

                                        /s/ Debra M. Brown  
                                      **UNITED STATES DISTRICT JUDGE**