# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

## CIVIL MINUTES - GENERAL

No. 2:65CV31-DMB                                         Place Held: Greenville, Mississippi

Style:   Diane Cowan, et al. v. Bolivar County Board of Education, et al.

Date & Time Began:  March 3, 2015, 10:41 a.m.
Date & Time Ended:  March 3, 2015, 10:57 a.m.

TOTAL TIME: 16 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

Rita Thomas                                              Court Reporter, Digital
Courtroom Deputy

FOR PLAINTIFFS:                                          FOR DEFENDANT:
Shakti Belway                                            Jamie Ferguson Jacks
                                                         Holmes S. Adams
FOR INTERVENOR:                                          Gerald Haggart Jacks
Joseph Wardenski                                         John Simeon Hooks
Renee Wohlenhaus

PROCEEDINGS: Telephonic Conference

Remarks: Conference held. Supplement to scheduling order will follow.

DAVID CREWS, CLERK

By: /s/ Rita Thomas
      Rita Thomas, Courtroom Deputy