### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**DIANE COWAN, ET AL.**                                                          **PLAINTIFFS**

**V.**                                                                  **NO. 2:65CV31-DMB**

**BOLIVAR COUNTY BOARD OF EDUCATION**                                        **DEFENDANT**

### NOTICE

        TAKE NOTICE that a proceeding in this case has been SET for the place, date, and time set forth below:

| Place | Date and Time |
|---|---|
| **United States Federal Building** <br> **305 Main Street** <br> **Greenville, Mississippi  38701** <br><br> **Courtroom 1 – Third Floor** | **May 18, 2015** <br> **10:00 a.m.** |

Type of Proceeding

### HEARING ON PROPOSED DESEGREGATION PLANS
### BEFORE U.S. DISTRICT JUDGE DEBRA M. BROWN

DAVID CREWS, Clerk of Court

By: /s/ Rita Thomas
     Rita Thomas, Courtroom Deputy

Date:   March 3, 2015

To:    All Counsel of Record
       (electronic notice only)

If you have questions, contact Rita Thomas at 662-335-4416 or rita_thomas@msnd.uscourts.gov