UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DIANE COWAN, et al.,

        Plaintiffs,

and

UNITED STATES OF AMERICA,        Civil Action No. 2:65-CV-00031-DMB

        Plaintiff-Intervenor,

vs.

BOLIVAR COUNTY BOARD OF
EDUCATION, et al.,

        Defendants.

---

**PLAINTIFFS' MOTION TO SUBSTITUTE NAMED PLAINTIFFS**

---

The undersigned movants, through Plaintiffs' counsel, file this motion to substitute named plaintiffs. Plaintiffs request the Court's permission to substitute in as a named plaintiff one parent who has two children currently enrolled in the Cleveland School District for two of the named plaintiffs whose children have graduated.

1.  In response to the Court's February 29, 2012 Order regarding the substitution of parties under Fed. R. Civ. P. 17(a), the Plaintiffs moved to substitute parties by adding several individuals as named plaintiffs on March 20, 2012.

2.  Now Plaintiffs request permission to add as a named plaintiff one parent of a child who is currently enrolled in the Cleveland School District.

3. The movant seeking to be substituted in as a named plaintiff is Reverend Edward Duvall. Reverend Duvall is the African-American parent of two children enrolled in the Cleveland School District. Essence Duvall is a 12th grade student at East Side High School. Edward Duvall is a 9th grade student East Side High School.

4. In addition, two of the current plaintiffs seek to withdraw as named plaintiffs from the case. Both of the plaintiffs who seek to withdraw as named plaintiffs have children who have graduated from the Cleveland School District.

5. The first movant seeking to be substituted out as a named plaintiff is Anginette Terrell Payne. Ms. Terrell Payne is the African-American parent of Andronicus Terrell, who graduated from the Cleveland School District in 2013.

6. The second movant seeking to be substituted out as a named plaintiff is Amelia Wesley. Ms. Wesley is the African-American parent of Letavius Wesley, Jr., who graduated from the Cleveland School District in 2013.

Plaintiffs request that the Court enter an order that both: (1) withdraws Ms. Anginette Terrell Payne and Ms. Amelia Wesley as named plaintiffs; and (2) adds Reverend Edward Duvall as a named plaintiff.

Respectfully submitted this 14th day of April, 2015,

                                                          s/ Shakti Belway
                                                          Shakti Belway (MS # 102095)
                                                          P.O. Box 19974
                                                          New Orleans, LA 70179
                                                          T. (504) 333-6877
                                                          shakti.belway@gmail.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 14, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system. Notice of this filing was sent by operation of the ECF system to all counsel of record.

                                                 s/ Shakti Belway_____
                                               Shakti Belway (MS # 102095)