# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

|  |  |
|---|---|
| DIANE COWAN *et al.*, ) | |
| Plaintiffs, ) | |
| and ) | |
| UNITED STATES OF AMERICA, ) | Civil Action No. 2:65-cv-00031-DMB |
| Plaintiff-Intervenor, ) | |
| v. ) | |
| BOLIVAR COUNTY BOARD OF EDUCATION *et al.*, ) | |
| Defendants. ) | |

## ORDER

On May 4, 2015, pursuant to the Court's March 3, 2015 Scheduling Order, as well as Rule 16 of the Federal Rules of Civil Procedure, Rules 104(a) and 702 of the Federal Rules of Evidence, and Rule 7 of the Local Uniform Civil Rules, Plaintiff-Intervenor the United States, filed a Motion *in Limine* to Preclude Certain Expert Opinion Testimony of Jerome Norwood (who is deceased), Dr. E.E. "Butch" Caston, Dr. Cassie Pennington, and Beverly Hardy at the May 2015 hearing in this case.

Having reviewed the Motion *in Limine* and the Memorandum of Law filed in support thereof, the Court hereby GRANTS the Motion and enters this ORDER precluding the Cleveland School District from offering the challenged expert opinion testimony of Jerome Norwood, Dr.

2

E.E. "Butch" Caston, Dr. Cassie Pennington, and Beverly Hardy at the May 2015 hearing on the parties' proposed desegregation plans.

ORDER entered into and approved on this _____ day of _____, 2015.

_____
United States District Judge