UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

CIVIL MINUTES

**CASE NO.** 2:65cv31-DMB-JMV  **PLACE HELD -** Greenville

COWAN v. BOLIVAR COUNTY BOARD OF EDUCATION

**DATE & TIME BEGUN/ENDED:** 5/11/2015 @ 10:00 am - 5:30 pm

Total Time - 7 Hours 30 min.

**PRESENT:** **Honorable Jane M. Virden, U.S. Magistrate Judge**

| **Attorney(s) for plaintiff(s)** | **Attorney(s) for defendant(s)** |
|---|---|
| Joseph Wardenski | Gerald Jacks |
| Shakti Belway | Holmes Adams |
| Renee Wohlenhaus | Jamie Jacks |
|  | John Hooks |

**PROCEEDINGS:** Settlement Conference

**Docket Entry:** Conference held. Case did not settle.

DAVID CREWS, CLERK

**By:** /s/ Dean Dacus
**Courtroom Deputy**