# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**DIANE COWAN, ET AL.**            **PLAINTIFFS**

**V.**            **NO. 2:65CV31-DMB-JMV**

**BOLIVAR COUNTY BOARD**            **DEFENDANTS**
**OF EDUCATION, ET AL.**

## NOTICE OF PRE-HEARING CONFERENCE

TAKE NOTICE that a proceeding in this case has been SET for the date and time set forth below:

| Place | Date and Time |
|---|---|
| **United States Federal Building**<br>**305 Main Street**<br>**Greenville, Mississippi  38701**<br><br>**Room 329** | **May 15, 2015**<br>**2:00 p.m.** |

Type of Proceeding

**TELEPHONIC PRE-HEARING CONFERENCE**
**BEFORE U. S. DISTRICT JUDGE DEBRA M. BROWN**

**TO BE INITIATED BY PLAINTIFFS' COUNSEL BY**
**CALL TO CHAMBERS AT 662-335-4416 AFTER ALL PARTIES ARE ON THE LINE**

           DAVID CREWS, Clerk of Court

           By: /s/ Rita Thomas
               Rita Thomas, Courtroom Deputy

Date:  May 13, 2015

To:  All Counsel of Record
       (electronic notice only)

If you have questions, contact Rita Thomas at 662-335-4416 or rita_thomas@msnd.uscourts.gov