IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| **DIANE COWAN, et al.** | **PLAINTIFFS** |
| **and** | |
| **UNITED STATES OF AMERICA** | **PLAINTIFF- INTERVENOR** |
| **v.** | **Civil Action No. 2:65-CV-00031-DMB** <br> **(previously DC 6531-K)** |
| **BOLIVAR COUNTY BOARD OF EDUCATION, et al.** | **DEFENDANTS** |

**SUPPLEMENT OF THE CLEVELAND SCHOOL DISTRICT TO PROPOSED PLAN**

The Cleveland School District (the "District") submits this supplement to its proposed plan, [108], submitted to the Court on January 23, 2015, and in support states as follows:

1. During and following the mediation conducted in this case by Magistrate Judge Jenny Virden on May 11, 2015, the District continued evaluating Plan A and Plan B as submitted to the Court and began working to craft a new plan to specifically address many of the concerns identified by Judge Virden, the Plaintiffs, and the Government during the mediation. The new plan, "Plan C," is a direct result of this process. Plan C is attached as Exhibit 1.

2. The District discussed Plan C with the Government on May 12, 2015, and presented a written plan on May 13, 2015, as part of the parties' continued negotiations. To the District's knowledge the Government, continues to analyze Plan C and negotiations are on-going.

3. The District gives notice to the Court and the parties that it intends to present testimony regarding Plan C during the upcoming hearing in this case. (In a separate pleading, the District moves the Court for a continuance).

Respectfully submitted, this 14th day of May 2015.

/s/ John S. Hooks

OF COUNSEL:

| | |
|---|---|
| Holmes S. Adams | Adams and Reese LLP |
| Miss. Bar No. 1126 | 1018 Highland Colony Parkway |
| John S. Hooks | Suite 800 |
| Miss. Bar No. 20708 | Ridgeland, Mississippi 39157 |
| Lindsey N. Oswalt | Telephone: (601) 355-3234 |
| Miss. Bar No. 103329 | Facsimile: (601)355-9708 |

and

| | |
|---|---|
| Gerald H . Jacks | Jacks Luciano, P.A. |
| Miss. Bar No. 3232 | Post Office Box 1209 |
| Jamie F. Jacks | Cleveland, Mississippi 38732 |
| Miss. Bar No. 101881 | Telephone: (662) 843-6171 |
| | Facsimile: (662) 843-6176 |

## **CERTIFICATE OF SERVICE**

I, John Hooks, do hereby certify that I have this date served a true and correct copy of the above and foregoing document by electronically filing via the ECF system to:

Joseph J. Wardenski
Joseph.Wardenski@usdoj.gov

Renee Wohlenhaus
Renee.wohlenhaus@usdoj.gov

Ellis Turnage
eturnage@tecinfo.com
turnagelaw@tecinfo.com

Shakti Belway
Shakti.belway@gmail.com

This, the 14th day of May 2015.

/s/ John S. Hooks