**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**CIVIL MINUTES - GENERAL**

No. 2:65CV31-DMB-JMV                              Place Held: Greenville, Mississippi

Style:   Diane Cowan, et al. v. Bolivar County Board of Education, et al.

| | |
|---|---|
| Date & Time Began/Ended: | May 18, 2015; 10:00 a.m. – 5:02 p.m. |
| Date & Time Began/Ended: | May 19, 2015;  9:00 a.m. – 1:47 p.m. |
| Date & Time Began/Ended: | May 20, 2015;  9:00 a.m. – 4:48 p.m. |
| Date & Time Began/Ended: | May 21, 2015;  9:00 a.m. – 5:10 p.m. |
| Date & Time Began/Ended: | May 22, 2015;  9:00 a.m. – 3:10 p.m. |

TOTAL TIME: 23 Hours 33 Minutes

**HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING**

Rita Thomas                                                Susan May
Courtroom Deputy                                     Official Court Reporter

FOR PLAINTIFFS:                                     FOR DEFENDANTS:
Shakti Belway                                             Jamie Ferguson Jacks
                                                                    Holmes S. Adams
FOR INTERVENOR:                                 Gerald Haggart Jacks
Joseph Wardenski                                     John Simeon Hooks
Aziz Ahmad
Kelly Gardner
Renee Wohlenhaus

Proceedings:   Hearing on Proposed Desegregation Plans.

Remarks:   Evidence entered, matter taken under advisement by court.

DAVID CREWS, CLERK

By: /s/ Rita Thomas
      Rita Thomas, Courtroom Deputy