IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DIANE COWAN, et al.**                                                                            **PLAINTIFFS**

and

**UNITED STATES OF AMERICA**                              **PLAINTIFF-INTERVENOR**

**v.**                              **Civil Action No. 2:65-CV-00031-GHD**
                                                             **(previously DC 6531-K)**

**BOLIVAR COUNTY BOARD OF
EDUCATION, et al.**                                                          **DEFENDANTS**

**CONSENT ORDER REPORT
2014-2015**

      Attached and below please find the following information in regard to the Cleveland School District's reporting requirements pursuant to the Consent Order entered in this cause:

(a)      Total student enrollment by race at each school and district wide (Please see Exhibit "A");

(b)      Total number of students by race participating in the magnet schools, this data includes the sending and receiving school; There is no specific attachment for this category.  The District has the following magnet school opportunities: Hayes Cooper, DM Smith, Eastside High School, Bell Academy and Nailor.  Bell and Hayes Cooper's population is generally established during the child's pre-k or kindergarten year of school.  As such, there is no "sending" or "receiving" school.  Exhibit "A" shows the breakdown of students at Bell and Hayes Cooper.   DM Smith and Eastside High are both "open enrollment" schools and Nailor serves children K-2 in its zone and the Cypress Parks zone;

(c)      All students who have utilized the majority to minority policy, this data includes the sending and receiving school.  The District will timely supplement with this information for elementary schools (Will supplement as Exhibit "B").  The Court has also abolished the majority to minority program at the middle and high school level by creating an open enrollment plan;

(d)      Any private school returns by race (Will supplement as Exhibit "C");

(e) Total number of full time teachers by race in the district and by school (Please see Exhibit "D");

(f) Total number of administrative staff by race for each school facility (Please see Exhibit "E");

(g) Enrichment programs in the Cleveland School District schools (Please see Exhibit "F");

(h) A list of construction, renovation, repairs and modifications of Cleveland School District facilities (Please see Exhibit "G"); and

(i) An evaluation of the district's effectiveness in its desegregation efforts.

The District believes its desegregation efforts have been highly effective. All formerly majority white population schools are now majority black or near majority black. The District's magnet schools, Hayes Cooper and Bell, are highly successful. Eastside High has shown continued daily integration with the attendance of Cleveland High School students in its upper level accelerated courses. Both Margaret Green Junior High and Cleveland High School are near perfectly racially balanced and there is excellent racial balance at Parks Elementary and Pearman Elementary.

Please let me know if you have any questions or would like any additional information.

Sincerely,

JACKS LUCIANO, P.A.
Attorneys for Defendant Cleveland School District

By: */s/ Jamie F. Jacks*

## CERTIFICATE OF SERVICE

I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served by electronically filing via the ECF system, a true and correct copy of the above and foregoing 2014-2015 CONSENT ORDER REPORT to:

Jonathan Fischbach
Jonathan.Fischbach@usdoj.gov

Renee Wohlenhaus
renee.wohlenhaus@usdoj.gov

Joseph J. Wardenski
Joseph.Wardenski@usdoj.gov

Aziz Ahmad
Aziz.Ahmad@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Ellis Turnage
eturnage@tecinfo.com
turnagelaw@tecinfo.com

Holmes S. Adams
holmes.adams@arlaw.com

John Simeon Hooks
john.hooks@arlaw.com

Lindsey Nicole Oswalt
lindsey.oswalt@arlaw.com

This, the 19th day of June, 2015.

                                                */s/ Jamie F. Jacks*
                                                JAMIE F. JACKS