**Student Enrollment Breakdown**

**Criteria**
District: Cleveland School District
School: All Schools
Date: 05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Kindergarten | 21 | 22 | 21 | 15 | 3 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 48 | 40 | 88 |
| Kindergarten | 53 | 33 | 101 | 109 | 3 | 2 | 0 | 1 | 0 | 0 | 5 | 4 | 162 | 149 | 311 |
| Pre-Kindergarten Special Education | 1 | 0 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 3 | 10 |
| Elementary Self-Contained Special Education | 3 | 5 | 23 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 28 | 14 | 42 |
| 1st | 53 | 37 | 116 | 113 | 4 | 0 | 0 | 0 | 0 | 0 | 6 | 7 | 179 | 157 | 336 |
| 2nd | 42 | 43 | 97 | 115 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 5 | 141 | 165 | 306 |
| 3rd | 42 | 42 | 100 | 109 | 3 | 3 | 0 | 0 | 1 | 0 | 4 | 4 | 150 | 158 | 308 |
| 4th | 31 | 44 | 81 | 103 | 2 | 4 | 0 | 1 | 0 | 0 | 1 | 2 | 115 | 154 | 269 |
| 5th | 35 | 39 | 94 | 81 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 133 | 123 | 256 |
| 6th | 26 | 34 | 94 | 92 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 3 | 123 | 130 | 253 |
| 7th | 39 | 48 | 91 | 94 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 4 | 137 | 146 | 283 |
| 8th | 45 | 53 | 75 | 82 | 0 | 5 | 0 | 0 | 0 | 0 | 10 | 5 | 130 | 145 | 275 |
| 9th | 39 | 31 | 87 | 94 | 3 | 1 | 1 | 0 | 0 | 0 | 2 | 3 | 132 | 129 | 261 |
| 10th | 26 | 48 | 69 | 85 | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 101 | 136 | 237 |
| 11th | 35 | 32 | 58 | 73 | 3 | 2 | 0 | 0 | 0 | 0 | 4 | 3 | 100 | 110 | 210 |
| 12th | 26 | 39 | 76 | 76 | 4 | 1 | 0 | 0 | 0 | 0 | 5 | 3 | 111 | 119 | 230 |
| Secondary Self-Contained Special Education | 2 | 4 | 25 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 27 | 16 | 43 |
| Secondary GED | 0 | 0 | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 5 |
| | 519 | 554 | 1217 | 1267 | 33 | 23 | 1 | 2 | 1 | 0 | 56 | 50 | 1827 | 1896 | |
| | 1073 | | 2484 | | 56 | | 3 | | 1 | | 106 | | 3723 | | |

EXHIBIT A

**Student Enrollment Breakdown**

Criteria
District:   Cleveland School District
School:     Bell Academy
Date:       05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Kindergarten | 8 | 10 | 11 | 8 | 3 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 23 | 20 | 43 |
| Kindergarten | 17 | 8 | 7 | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 25 | 20 | 45 |
| Pre-Kindergarten Special Education | 1 | 0 | 6 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 3 | 10 |
| 1st | 10 | 8 | 11 | 14 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 26 | 22 | 48 |
| 2nd | 10 | 11 | 7 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 24 | 41 |
| 3rd | 13 | 9 | 10 | 13 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 24 | 24 | 48 |
| 4th | 7 | 7 | 14 | 18 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 26 | 47 |
| 5th | 10 | 12 | 15 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 22 | 47 |
| 6th | 4 | 7 | 9 | 14 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 13 | 23 | 36 |
|  | 80 | 72 | 90 | 102 | 5 | 6 | 0 | 0 | 1 | 0 | 5 | 4 | 181 | 184 |  |
|  | 152 | | 192 | | 11 | | 0 | | 1 | | 9 | | | | 365 |

**Student Enrollment Breakdown**

Criteria
District:   Cleveland School District
School:     Cleveland High School
Date:       05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th | 39 | 31 | 38 | 42 | 3 | 1 | 1 | 0 | 0 | 0 | 2 | 3 | 83 | 77 | 160 |
| 10th | 26 | 48 | 34 | 33 | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 66 | 84 | 150 |
| 11th | 35 | 32 | 23 | 28 | 3 | 2 | 0 | 0 | 0 | 0 | 4 | 3 | 65 | 65 | 130 |
| 12th | 26 | 39 | 44 | 35 | 4 | 1 | 0 | 0 | 0 | 0 | 5 | 3 | 79 | 78 | 157 |
| Secondary Self-Contained Special Education | 0 | 3 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 8 | 17 |
|  | 126 | 153 | 148 | 143 | 13 | 4 | 1 | 0 | 0 | 0 | 14 | 12 | 302 | 312 |  |
|  | 279 | | 291 | | 17 | | 1 | | 0 | | 26 | | | | 614 |

**Student Enrollment Breakdown**

Criteria
District: Cleveland School District
School: Cypress Park Elementary School
Date: 05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3rd | 0 | 0 | 51 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 51 | 48 | 99 |
| 4th | 0 | 1 | 36 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 47 | 83 |
| 5th | 0 | 0 | 50 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 40 | 90 |
| | 0 | 1 | 137 | 134 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 137 | 135 | |
| | 1 | | 271 | | 0 | | 0 | | 0 | | 0 | | 272 | | |

**Student Enrollment Breakdown**

**Criteria**
District:   Cleveland School District
School:    East Side High School
Date:       05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th | 0 | 0 | 49 | 52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 49 | 52 | 101 |
| 10th | 0 | 0 | 35 | 52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 52 | 87 |
| 11th | 0 | 0 | 35 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 45 | 80 |
| 12th | 0 | 0 | 32 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 41 | 73 |
| Secondary GED | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 |
|  | 0 | 0 | 154 | 190 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 154 | 190 |  |
|  | 0 |  | 344 |  | 0 |  | 0 |  | 0 |  | 0 |  | 344 |  |  |

**Student Enrollment Breakdown**

Criteria
District:     Cleveland School District
School:       D. M. Smith Middle School
Date:         05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th | 0 | 0 | 39 | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 38 | 77 |
| 7th | 0 | 0 | 36 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 37 | 41 | 78 |
| 8th | 0 | 0 | 46 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 46 | 45 | 91 |
| Secondary GED | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
|  | 0 | 0 | 121 | 126 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 122 | 126 |  |
|  | 0 | | 247 | | 0 | | 0 | | 0 | | 1 | | 248 | | |

**Student Enrollment Breakdown**

**Criteria**
District:   Cleveland School District
School:     Margaret Green Jr. High School
Date:       05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th | 11 | 19 | 33 | 31 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 46 | 52 | 98 |
| 7th | 39 | 48 | 55 | 53 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 4 | 100 | 105 | 205 |
| 8th | 45 | 53 | 29 | 37 | 0 | 5 | 0 | 0 | 0 | 0 | 10 | 5 | 84 | 100 | 184 |
| Secondary Self-Contained Special Education | 2 | 1 | 16 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | 8 | 26 |
| | 97 | 121 | 133 | 128 | 2 | 5 | 0 | 0 | 0 | 0 | 16 | 11 | 248 | 265 | |
| | 218 | | 261 | | 7 | | 0 | | 0 | | 27 | | | | 513 |

**Student Enrollment Breakdown**

**Criteria**
District:   Cleveland School District
School:    Hayes-Cooper Center
Date:      05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Kindergarten | 13 | 12 | 10 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 25 | 20 | 45 |
| Kindergarten | 11 | 9 | 9 | 13 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 22 | 24 | 46 |
| 1st | 16 | 9 | 11 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 28 | 21 | 49 |
| 2nd | 11 | 14 | 7 | 11 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 18 | 28 | 46 |
| 3rd | 8 | 13 | 7 | 12 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 3 | 17 | 30 | 47 |
| 4th | 9 | 18 | 11 | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 30 | 50 |
| 5th | 8 | 13 | 10 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19 | 23 | 42 |
| 6th | 11 | 8 | 13 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 17 | 42 |
|  | 87 | 96 | 78 | 82 | 4 | 6 | 0 | 0 | 0 | 0 | 5 | 9 | 174 | 193 |  |
|  | 183 | | 160 | | 10 | | 0 | | 0 | | 14 | | 367 | | |

**Student Enrollment Breakdown**

**Criteria**
District: Cleveland School District
School: Nailor Elementary School
Date: 05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 0 | 3 | 63 | 62 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 64 | 65 | 129 |
| Elementary Self-Contained Special Education | 0 | 0 | 9 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 10 | 5 | 15 |
| 1st | 0 | 0 | 60 | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 61 | 121 |
| 2nd | 0 | 0 | 54 | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 57 | 111 |
|  | 0 | 3 | 186 | 185 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 188 | 188 |  |
|  | 3 | | 371 | | 0 | | 0 | | 0 | | 2 | | 376 | | |

**Student Enrollment Breakdown**

**Criteria**
District: Cleveland School District
School: Parks Elementary School
Date: 05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 22 | 11 | 9 | 6 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 33 | 18 | 51 |
| Elementary Self-Contained Special Education | 3 | 5 | 14 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 18 | 9 | 27 |
| 1st | 19 | 15 | 17 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 36 | 25 | 61 |
| 2nd | 18 | 15 | 16 | 17 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 35 | 34 | 69 |
| 3rd | 17 | 13 | 15 | 22 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 35 | 35 | 70 |
| 4th | 12 | 14 | 6 | 12 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 18 | 29 | 47 |
| 5th | 8 | 7 | 12 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 21 | 16 | 37 |
| | 99 | 80 | 89 | 78 | 3 | 2 | 0 | 2 | 0 | 0 | 5 | 4 | 196 | 166 | |
| | 179 | | 167 | | 5 | | 2 | | 0 | | 9 | | | | 362 |

**Student Enrollment Breakdown**

**Criteria**
District:  Cleveland School District
School:   Pearman Elementary School
Date:     05/22/2015

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 3 | 2 | 13 | 19 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 18 | 22 | 40 |
| 1st | 8 | 5 | 17 | 18 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 5 | 29 | 28 | 57 |
| 2nd | 3 | 3 | 13 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 17 | 22 | 39 |
| 3rd | 4 | 7 | 17 | 14 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 23 | 21 | 44 |
| 4th | 3 | 4 | 14 | 17 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 20 | 22 | 42 |
| 5th | 9 | 7 | 7 | 14 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 18 | 22 | 40 |
| | 30 | 28 | 81 | 99 | 6 | 0 | 0 | 0 | 0 | 0 | 8 | 10 | 125 | 137 | |
| | 58 | | 180 | | 6 | | 0 | | 0 | | 18 | | 262 | | |