# 2014 - 2015
## CLEVELAND SCHOOL DISTRICT
## CERTIFIED TEACHERS BY SCHOOL
## BY RACE

| SCHOOL | BLACK | WHITE | ASIAN | TOTAL |
|--------|-------|-------|-------|-------|
| BELL | 7 | 20 | | 27 |
| CP | 10 | 8 | | 18 |
| HC | 5 | 17 | | 22 |
| NAILOR | 12 | 11 | | 23 |
| PARKS | 6 | 19 | | 25 |
| PEARMAN | 4 | 14 | | 18 |
| DMS | 14 | 6 | 1 | 21 |
| MGJH | 18 | 16 | | 34 |
| CHS | 12 | 26 | | 38 |
| ESHS | 16 | 16 | | 32 |
| CCDTC | 6 | 2 | | 8 |
| WRAC | 2 | 2 | | 4 |
| TOTAL | 112 | 157 | 1 | 270 |



EXHIBIT

D