# 2014 - 2015
# CLEVELAND SCHOOL DISTRICT
# ADMINISTRATION BY SCHOOL
# BY RACE

| SCHOOL | WHITE | BLACK | TOTAL |
|---|---|---|---|
| BELL | 1 | | 1 |
| CP | | 1 | 1 |
| NAILOR | | 1 | 1 |
| HC | 1 | | 1 |
| PARKS | 1 | | 1 |
| PEARMAN | 1 | | 1 |
| DMS | 1 | 1 | 2 |
| MGJH | 1 | 1.5 | 2.5 |
| CHS | 1 | 1.5 | 2.5 |
| ESHS | 1 | 1 | 2 |
| CCDTC | | 1 | 1 |
| WRAC | | 1 | 1 |
| TOTAL | 8 | 9 | 17 |



EXHIBIT E