**2014-2015 Cleveland School District Enrichment Programs**

AIMS ACTIVITIES IN MATH AND SCIENCE
BRAIN POP
CREDIT RECOVERY A+ SOFTWARE
DELTA SCIENCE MODULES FROM DELTA EDUCATION
DIFFERENTIATED INSTRUCTION
EARLY LITERACY
EAROBICS
ELL SERVICES
ESSENTIAL SKILLS
GED PREP
GEMS-GREAT EXPLORATIONS IN MATH AND SCIENCE
HATCH PROGRAMS FOR SMARTBOARDS
HEADSPROUT
HOMELESS SERVICES
MAGNET PROGRAMS - PYP, MYP, DP, IB PROGRAMME
MENTORING PROGRAMS
MY READING COACH
MY SKILLS TUTOR
INSTRUCTIONAL WEBSITES
POSITIVE BEHAVIOR INTERVENTION SUPPORTS
READING EGG
READING TO READ
READING PLUS
SATP2 PREP WORKSHOP
SAXON MATH AND PHONICS
TEXAS SCOTTISH RITES DYSLEXIA PROGRAM
SHURLEY ENGLISH
SITE WORDS BY SAMPSON
STEM
TAMPA READS
THINKING MAPS
WRITE FROM THE BEGINNING
CASE 21 ASSESSMENTS
COMMON CORE CURRICULUM
IXL MATH
WEEKLY READERS
WORLD BOOK ONLINE
WRITING INSTITUTE
ROSETTA STONE
CASE 21
ACCOUNTABILITY ANALYZER
USA TEST PREP
ACT PREP CLASSES
SATP2 LEARNING STRATEGIES COURSES
GRADE LEVEL/DEPARTMENT LEVEL MEETINGS
AFTERSCHOOL TUTORIAL
STUDY ISLAND


EXHIBIT F

**MIGRANT PROGRAMS**
**SINGAPORE MATH STRATEGIES**
**SATURDAY SCHOOL**
**EXTENDED YEAR SCHOOL**
**School Status-Feedbak**
**NWEA-MAP**

**Summer school**
K-5 at Parks
6-12 at ESHS
Third grade summer program at CPE
Nailor-Kindergarten bootcamp

**Credit recovery program**
ESHS for high school students needing to recover a credit
ESY for sped students (students with disabilities) at MGJH