**Bell Elementary School**
- new water cooler $388.06

**Cypress Park Elementary School**
- roof repair $600.00

**Hayes Cooper Center**
- new water cooler $592.02

**Cleveland High School**
- new air conditioner units:  Room 210-212    $9,078.33
                              Room 201-203    $9,532.00
                              Library         $13,954.00
                              Room 109-111    $13,358058
                              Baseball building  $ 2,309.38

- new water cooler $592.02
- new washer/dryer for athletics $12,499.00

**D. M. Smith Middle School**
- new washer/dryer for athletics $14,165.50

**East Side High School**
- new air conditioner units:  Room 20    $2,266.00
                              Room 8     $1,950.00

- gravel for parking $2,247.28
- fill dirt for athletics $1,600.00

**Margaret Green Junior High School** - opening in wall for new door - $2,534.25
                                      - new window unit for 2nd means of egress $525.00
                                      - new industrial water heater in café $8,250.00
                                      - new washer/dryer for athletics $ 12,499.00

**Parks Elementary School** - new water cooler $592.02
                           - new serving line for cafeteria $32,900.11
                           - new doors for computer lab $1,032.05
                           - heater repair for cafeteria $1,600.00


EXHIBIT G