IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE COWAN, et al.                                        PLAINTIFFS

and

UNITED STATES OF AMERICA                      PLAINTIFF-INTERVENOR

v.                                     Civil Action No. 2:65-CV-00031-GHD
                                              (previously DC 6531-K)

BOLIVAR COUNTY BOARD OF
EDUCATION, et al.                                          DEFENDANTS

### SUPPLEMENT TO CONSENT ORDER REPORT 2014-2015

**COMES NOW**, Jamie F. Jacks and files this her Supplement to Consent Order Report 2014-2015 for Defendant Cleveland School District in the above styled and numbered cause.

Attached please find the following, which were part of Defendant's Consent Order Report 2014-2015 filed on June 19, 2015:

(c) All students who have utilized the majority to minority policy, this data includes the sending and receiving school. The District supplements this information for elementary schools only because the Court has abolished the majority to minority program at the middle and high school level by creating an open enrollment plan (Please see Exhibit "B"); and

(d) Any private school returns by race (Please see Exhibit "C").

Respectfully submitted,

JACKS LUCIANO, P.A.
Attorneys for Defendant Cleveland School District

By: /s/ Jamie F. Jacks
    JAMIE F. JACKS
    Post Office Box 1209
    Cleveland, Mississippi 38732
    Telephone: 662-843-6171
    Miss. Bar No. 101881

## CERTIFICATE OF SERVICE

I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served by electronically filing via the ECF system, a true and correct copy of the above and foregoing SUPPLEMENT TO CONSENT ORDER REPORT 2014-2015 to:

Jonathan Fischbach
Jonathan.Fischbach@usdoj.gov

Renee Wohlenhaus
renee.wohlenhaus@usdoj.gov

Joseph J. Wardenski
Joseph.Wardenski@usdoj.gov

Aziz Ahmad
Aziz.Ahmad@usdoj.gov

Kelly Gardner
Kelly.Gardner@usdoj.gov

Ellis Turnage
eturnage@tecinfo.com
turnagelaw@tecinfo.com

Holmes S. Adams
holmes.adams@arlaw.com

John Simeon Hooks
john.hooks@arlaw.com

Lindsey Nicole Oswalt
lindsey.oswalt@arlaw.com

This, the 26th day of June, 2015.

/s/ Jamie F. Jacks
JAMIE F. JACKS