## 2014-2015 MAJORITY TO MINORITY

| SCHOOL | BLACK | WHITE |
|---|---|---|
| NAILOR - PARKS | 38 | |
| CYPRESS PARK - PARKS | 7 | |
| TOTAL | 45 | |

