## 2014-2015 PRIVATE SCHOOL RETURNS

| SCHOOL | BLACK | WHITE |
| --- | --- | --- |
| BAYOU - CHS | | 2 |
| NORTH SUNFLOWER ACADEMY - PARKS | | 1 |
| PDS/BAYOU - MGJH | | 10 |
| INDIANOLA ACADEMY - CHS | | 1 |
| WASHINGTON SCHOOL - HCC | | 2 |
| PDS - HCC | | 2 |
| HOLY ROSARY - HCC | | 3 |
| HOME SCHOOL - CHS | | 1 |
| TOTAL | | 22 |


EXHIBIT C