IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE COWAN, ET AL.                                                    PLAINTIFFS

V.                                                                     NO. 2:65CV31-DMB

BOLIVAR COUNTY BOARD OF EDUCATION                                      DEFENDANT

### AFFIDAVIT RELATIVE TO UTILIZATION OF ELECTRONIC DEVICES

In conjunction with my duties as a member of the press, I request that I be authorized to utilize my laptop computer and/or other electronic device in the designated federal courtroom in Greenville, Mississippi, *for note-taking purposes only*. I agree to the following terms and conditions:

I, __Jeffrey Amy__, a certified member of the press and an employee of __The Associated Press__, hereby certify that any and all photographic capabilities, audio and video recording capabilities, all internet connection capabilities and means, along with any other means of communicating with persons inside or outside the courtroom, have been disabled on my laptop and/or other electronic device capable of recording and/or transmitting images, messages, or sound. I further certify that my laptop and/or other electronic device will be used only as a word processor within the courtroom.

Additionally, any transmission of information from within the courthouse will occur only from the confines of a designated media room if such is available and has been so designated.

The undersigned understands that failure to adhere to these terms and conditions will result in the revocation of the privilege of utilizing a laptop and/or other electronic device in a federal courtroom in Greenville, Mississippi.

WITNESS MY SIGNATURE, this __16__ day of __May__, 20__15__

_____
AFFIANT

SWORN AND SUBSCRIBED BEFORE ME, this __18__ day of __May__, 20__15__.

David Crews, Clerk of Court

By: __Rita Thomas__, Courtroom Deputy