IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE COWAN, et al.                                                                 PLAINTIFFS

   and

UNITED STATES OF AMERICA                                           INTERVENOR-PLAINTIFF

V.                                                                                 NO. 2:65-CV-00031-DMB

BOLIVAR COUNTY BOARD OF                                                        DEFENDANTS
EDUCATION, et al.

## ORDER DIRECTING SUBMISSION OF ADDITIONAL EVIDENCE

On January 23, 2015, the Cleveland School District and the United States of America filed competing proposed plans for desegregating the District's high schools and middle schools. Doc. #108; Doc. #109. This Court held an evidentiary hearing on the proposed plans from May 18, 2015, through May 22, 2015. At the hearing, the parties presented evidence as to the estimated time tables for implementing elements of their proposed plans. Approximately two months after the hearing, on July 27, 2015, the parties submitted proposed findings of fact and conclusions regarding the proposed plans. Doc. #207; Doc. #208.

It has now been approximately nine months since the initial submission of the plans, and over two and half months since the parties' submission of proposed findings of fact and conclusions of law after the evidentiary hearing on the plans. Given this time interval, the Court deems it prudent to request additional information on the expected time tables for the implementation of each plan. Accordingly, it is hereby **ORDERED** that, on or before October 30, 2015, each party shall file with the Court a *single affidavit only* prepared by a person with competent knowledge setting forth a revised or updated estimate for the implementation of that

party's respective plan, assuming the Court's adoption of such plan as of the date of this order. Neither briefs in support of, nor in opposition to, the submitted affidavits are permitted or will be accepted.

SO ORDERED, this 16th day of October, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**