**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| DIANE COWAN *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) Civil Action No. 2:65-CV-00031-DMB |
| Plaintiff-Intervenor, | ) |
| | ) |
| v. | ) |
| | ) |
| BOLIVAR COUNTY BOARD OF | ) |
| EDUCATION *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF DR. CLAIRE SMREKAR ON BEHALF OF**
**PLAINTIFF-INTERVENOR UNITED STATES OF AMERICA**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that:

1.      My name is Dr. Claire Smrekar.  I am currently an Associate Professor of Public Policy
and Education at Vanderbilt University.

2.      I have been retained by the United States Department of Justice, Civil Rights Division,
Educational Opportunities Section as a consultant and expert witness in the above-
captioned case since July 3, 2014.

3.      I assisted the Department of Justice in developing the United States' Proposed
Desegregation Plan for the Cleveland School District (Dkt. #109) ("United States'
Proposed Plan"), submitted to the Court on January 23, 2015, and am familiar with that
plan and its implementation requirements.

1

4.      I prepared an expert report in this case, dated March 20, 2015, which provides a detailed, informed analysis of the Cleveland School District's ("District") Proposed Plans (Plan A & Plan B) (Dkt. #108) and the United States' Proposed Plan.

5.      I provided expert testimony in this case at the evidentiary hearing on the parties' proposed plans held by the Court from May 18, 2015 to May 22, 2015. My expert report is identified in the record as Plaintiff-Intervenor's Exhibit 1.

6.      The Department of Justice asked me to prepare this declaration to respond to the Court's request, contained in its October 16, 2015 order, that the United States set forth a revised or updated estimate for the implementation of the United States' Proposed Plan, assuming the Court's adoption of the United States' Proposed Plan as of the date of that order.

7.      My professional judgment and informed opinion in this case are based on more than 25 years of professional experience and scholarly research. I have conducted intensive analysis of data (descriptive and quantitative) specifically related to Cleveland, Mississippi and have reviewed the extant research in school desegregation, program implementation, organizational culture/organizational theory, community development and relevant sub-fields. As detailed in my expert report, during my analysis of the District, I considered many factors, including the District's professional and organizational capacity; Cleveland's local economic, educational and cultural assets; local and regional demographics and socioeconomic data; and the specific design principles and platforms of the United States' Proposed Plan.

8.      The United States' Proposed Plan would create a consolidated, district-wide middle school using the existing East Side High School facility, and a consolidated, district-wide

high school campus using the existing Cleveland High School and Margaret Green Junior High School facilities. The consolidated schools would open at the beginning of the 2016-2017 school year in August 2016.

9.    As highlighted in my expert report, the United States' Proposed Plan provides a consistent and coordinated structure for uniting the middle schools and high schools that fully and finally achieves racial desegregation in the District's middle schools and high schools serving all students in grades 6 through 12, except for those sixth graders attending Bell Academy and Hayes Cooper Center.

10.   In preparing this declaration, with respect to student enrollment and educational planning, I reviewed my expert report; 2015-2016 student enrollment data requested by the United States and provided by the District to the United States on October 28, 2015 (attached as Exhibit 2 to this Declaration); and publicly available information about faculty hiring practices in Mississippi.

11.   In preparing this declaration, with respect to school capacity, I reviewed the expert report on school facilities prepared by Professor John Poros of Mississippi State University (Plaintiff-Intervenor's Exhibit 27); consulted directly with Professor Poros regarding his analysis on October 29, 2015; and reviewed the report of the District's facilities expert, Mr. Joseph Henderson.

12.   For the reasons stated below, it is my opinion that the United States' Proposed Plan can be implemented successfully by the beginning of the 2016-2017 school year and that no significant modifications to the implementation timeline are necessary, assuming the Court's adoption of the United States' Proposed Plan as of the date of the Court's recent order.

13.     Section VI of the United States' Proposed Plan contained a proposed implementation timeline, specifying actions the District would take: (a) prior to the 2015-2016 school year; (b) during the 2015-2016 school year; and (c) by the beginning of the 2016-2017 school year.  As I describe below, all of the specified actions can be implemented by the beginning of the 2016-2017 school year with modest adjustments to the proposed implementation schedule.  Specifically, the proposed actions that the United States' Proposed Plan contemplated would occur prior to or during the 2015-2016 school year included:  (a) planning for and adapting the District's existing educational programs and curricula for the newly configured schools; (b) identifying any new programs or curricula that may be introduced at the consolidated middle school or high school; (c) assessing and addressing staffing considerations; (d) engaging all stakeholders, including students, parents, faculty and staff, and community members, in preparing for the introduction of the newly configured schools in August 2016; (e) rebranding and marketing the new schools and their intended programs to the school community; (f) appointing a multiracial advisory panel of parents, community members, and students to advise the District on advise and assist the District on its implementation of the plan, including assisting with public engagement efforts; and (g) reviewing facilities needs and performing any necessary maintenance and upgrades to the school facilities.

14.     It is my opinion that the District has sufficient time between now and the beginning of the 2016-2017 school year to undertake items (a)-(g) listed in Paragraph 13 above, including engaging in academic program planning, addressing staffing needs, undertaking public engagement and marketing in support of the new schools, and convening a multiracial advisory panel to advise the District on various aspects of the implementation of the plan.

4

These "planning year" activities can all reasonably occur between October 2015 and August 2016. In addition, I would recommend that all of these actions continue, as needed, into the 2016-2017 school year and beyond as the school district community transitions to the new school configurations.

15. In Exhibit 1 to this declaration, I provide a suggested timeline for the proposed activities during the "planning year" between now and the beginning of the 2016-2017 school year, as well as certain activities that would continue during the 2016-2017 school year and subsequent years.

16. Based on my review of Professor Poros's expert report and his testimony at the evidentiary hearing, as well as my recent discussion with Professor Poros, it is my understanding that the existing East Side High School, Cleveland High School, and Margaret Green Junior High School buildings have adequate capacity to accommodate the modified grade-level configurations contained in the United States' Proposed Plan by the beginning of the 2016-2017 school year. It is also my professional judgment that the District has sufficient time and capacity to prepare facilities to implement the United States' Proposed Plan by the beginning of the 2016-2017 school year.

17. In his expert report, Professor Poros concluded that the school reconfigurations contemplated by the United States' Proposed Plan would require few adjustments to the District's existing buildings. Professor Poros also indicates in his report that, depending on academic interest and course offerings, the District may need to make adjustments to ensure there are a sufficient number of science labs at the consolidated high school campus. However, Professor Poros advised me during my recent conversation with him that, if needed, the District has sufficient time to convert existing classrooms at the

Cleveland High School and Margaret Green Junior High School campuses to science labs before the 2016-2017 school year, assuming the District begins planning those renovations this winter. Any other facilities improvements deemed necessary by the District could continue and/or occur during the 2016-2017 school year without delaying the proposed consolidation of the schools.

18. Based on my review of the District's 2015-2016 student enrollment data, I identified no concerns with regard to implementation of the United States' Proposed Plan. Using the current enrollment figures for 8th-11th grade, the projected 2016-2017 District-wide high school (9th-12th grade) enrollment is 1033 students, which is less than the estimate of 1098 students in the United States' Proposed Plan (*see* Table 5) for a consolidated high school. Similarly, based on current 5th-7th grade enrollment, excluding the 5th grade students attending Bell Academy and Hayes Cooper who will remain at those schools as sixth graders next year, the projected 2016-2017 District-wide middle school (6th-8th grade) enrollment is 664 students. A student population of 664 is not only less than the 691 students estimated in the United States Proposed Plan for a consolidated middle school, it is also less than the East Side High School building capacity estimates of both Professor Poros (769 students at 75 percent utilization) and Mr. Joseph Henderson (675 students without modification of existing classroom spaces). Based on these projections from current enrollment data, the feasibility of housing a consolidated high school at the Cleveland High/Margaret Green campus and a consolidated middle school at the East Side High School facility remains unchanged.

19. In conclusion, it is my informed opinion that the United States' Proposed Plan, as presented to the Court in January 2015, is sufficiently flexible to allow for successful

consolidation by the beginning of the 2016-2017 school year. In my professional judgment, the United States' Proposed Plan can and should be implemented beginning in November 2015 with the "planning year" specified therein, which can be condensed successfully into a nine-month period without delaying consolidation or limiting the effectiveness of the implementation measures. A nine-month period will allow time for careful consolidation planning that can, among other things, maintain stable enrollments across schools through various implementation measures and achieve desegregation as soon as possible.

Executed this 30th day of October 2015.

*Claire Smrekar*
_____
DR. CLAIRE SMREKAR

# EXHIBIT 1

Suggested Implementation Timeline for United States' Proposed Plan

**<u>Suggested Implementation Timeline for United States' Proposed Plan</u>**

*This table summarizes how the key actions in the United States' Plan may be implemented by the beginning of the 2016-2017 school year by the Cleveland School District ("CSD").*

| Fall 2015 (11/1-12/31/15) |
| --- |
| • Develop a detailed implementation plan for the United States' review and Court's approval. |
| • Form a multiracial advisory panel to assist CSD with developing implementation strategies and public engagement efforts supporting the Plan, which will meet regularly. |
| • Identify opportunities for collaboration with key community members (e.g., local universities, employers, arts organizations, civic groups) on Plan implementation and academic programming. |
| • Engage in academic and curricular planning to determine which programs will continue in the new schools and whether new academic or extracurricular programs or opportunities will be introduced. |
| • Assess facilities needs for the consolidated schools and develop a plan to design, budget, and complete any necessary or desired renovations or repairs. |
| • Develop a plan to ensure a smooth transition for athletic teams and extracurricular activities. |

| Winter 2016 (1/1/16-3/15/16) |
| --- |
| • Continue implementation of measures begun in Fall 2015. |
| • In conjunction with the multiracial advisory panel, develop and begin implementing marketing and public engagement plans, and launching a school rebranding campaign. |
| • Review staffing needs, engage in targeted faculty recruitment efforts, and determine whether reassignments or reductions in force will be needed. |
| • Begin any necessary renovations and repairs on existing facilities. |

| Spring 2016 (3/16/16-5/31/16) |
| --- |
| • Continue implementation of measures begun in Fall 2015 and Winter 2016. |
| • With the multiracial advisory panel, design and implement a roll-out plan to introduce and promote the new schools, including engaging students in renaming the schools and selecting new mascots, and planning activities and efforts to commemorate the traditions of the former schools. |
| • Formally notify middle and high school students of their 2016-2017 school assignments. |
| • Take appropriate personnel actions to staff the new schools (e.g., new hiring, using retention measures, notifying current employees of any necessary reassignments or reductions in force). |
| • Implement and promote new academic programs and opportunities, and take appropriate steps to ensure transition of existing programs (e.g., IB Programme) to the consolidated schools. |

| Summer 2016 (6/1/16-8/7/16) |
| --- |
| • Continue implementation of measures begun in Fall 2015, Winter 2016, and Spring 2016. |
| • Complete necessary facility renovations, repairs, and other improvements. |
| • With the multiracial advisory panel, engage in publicized roll-out activities (e.g., events, school tours, media campaign) and provide information to all parents and students on the new schools. |

| 2016-2017 School Year |
| --- |
| • Continue implementation of measures begun between Fall 2015 and Summer 2016. |
| • Open the new consolidated middle school and new consolidated high school in August 2016. |
| • With multiracial advisory panel, address implementation issues arising during school year. |
| • Promote safe, nondiscriminatory schools for all students through diversity trainings, effective discipline practices, and effective discrimination/harassment reporting and investigation procedures. |

EXHIBIT 1

# EXHIBIT 2

2015-2016 Student Enrollment Data Provided by the Cleveland School District to the United States on October 28, 2015

| **From:** | Wardenski, Joseph (CRT) |
| **To:** | Wohlenhaus, Renee (CRT); Gardner, Kelly (CRT); Ahmad, Aziz (CRT); Breen-Portnoy, Ceala (CRT) |
| **Subject:** | FW: enrollment reports as of today |
| **Date:** | Wednesday, October 28, 2015 3:39:13 PM |
| **Attachments:** | Student Enrollment Breakdown - 10-28-2015.pdf |

---

**From:** Jamie Jacks
**Sent:** Wednesday, October 28, 2015 3:24:13 PM
**To:** Wardenski, Joseph (CRT)
**Cc:** Holmes Adams (Holmes.Adams@arlaw.com); john.hooks@arlaw.com; Gerald Jacks
**Subject:** FW: enrollment reports as of today

Dear Joe,

Per your request, attached please find the CSD's current enrollment figures.

Sincerely,

Jamie Ferguson Jacks

# jacks | luciano, p.a.

P. O. Box 1209

150 North Sharpe Avenue

Cleveland, MS 38732

t 662-843-6171

f 662-843-6176

jjacks@jlpalaw.com

www.jlpalaw.com

The information contained within this e-mail, and the files transmitted with it, are confidential and may be privileged, and is intended solely for those persons to whom this message is addressed. If you are not the intended recipient, please discard this message and any attachments thereto, immediately and do not circulate this message to any other person. If you believe you have received this e-mail in error, please notify the sender at the information above.

**From:** Lisa Bramuchi [mailto:lbramuchi@cleveland.k12.ms.us]
**Sent:** Wednesday, October 28, 2015 10:59 AM
**To:** Jamie Jacks
**Cc:** Jackie Thigpen; Melissa Lott; Beverly Hardy
**Subject:** enrollment reports as of today

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | My Schools |
| Date: | 10/28/2015 |

| ADA Grade | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F | M | F | | | |
| Pre-Kindergarten | 21 | 13 | 15 | 18 | 2 | 5 | 0 | 0 | 1 | 0 | 2 | 1 | 41 | 37 | 78 |
| Kindergarten | 45 | 46 | 121 | 86 | 3 | 2 | 0 | 0 | 0 | 0 | 6 | 2 | 175 | 136 | 311 |
| Pre-Kindergarten Special Education | 2 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 3 | 7 |
| Elementary Self-Contained Special Education | 2 | 2 | 28 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 31 | 11 | 42 |
| 1st | 45 | 34 | 99 | 104 | 3 | 2 | 0 | 1 | 0 | 0 | 3 | 4 | 150 | 145 | 295 |
| 2nd | 46 | 39 | 98 | 112 | 4 | 0 | 0 | 0 | 0 | 0 | 6 | 8 | 154 | 159 | 313 |
| 3rd | 46 | 41 | 109 | 106 | 1 | 1 | 0 | 0 | 1 | 0 | 2 | 6 | 159 | 154 | 313 |
| 4th | 35 | 42 | 82 | 95 | 3 | 3 | 0 | 0 | 0 | 0 | 3 | 5 | 123 | 145 | 268 |
| 5th | 31 | 41 | 78 | 98 | 2 | 3 | 0 | 1 | 0 | 0 | 1 | 1 | 112 | 144 | 256 |
| 6th | 37 | 38 | 98 | 81 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 139 | 122 | 261 |
| 7th | 26 | 35 | 85 | 81 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 113 | 121 | 234 |
| 8th | 34 | 47 | 91 | 89 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 4 | 132 | 140 | 272 |
| 9th | 51 | 45 | 79 | 94 | 0 | 5 | 0 | 0 | 0 | 0 | 10 | 6 | 140 | 150 | 290 |
| 10th | 38 | 28 | 86 | 93 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 3 | 128 | 124 | 252 |
| 11th | 22 | 46 | 62 | 83 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 87 | 132 | 219 |
| 12th | 34 | 30 | 57 | 71 | 3 | 2 | 0 | 0 | 0 | 0 | 4 | 3 | 98 | 106 | 204 |
| Secondary Self-Contained Special Education | 5 | 6 | 25 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 31 | 17 | 48 |
| Secondary GED | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| | 520 | 533 | 1217 | 1234 | 26 | 23 | 1 | 2 | 2 | 0 | 53 | 54 | 1819 | 1846 | |
| | 1053 | | 2451 | | 49 | | 3 | | 2 | | 107 | | 3665 | | |

**Student Enrollment Breakdown**

My Schools 10/28/2015 10:58 AM

**Criteria**
District:      Cleveland School District
School:      Bell Academy
Date:         10/28/2015

| ADA Grade | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F | M | F | | | |
| Pre-Kindergarten | 11 | 6 | 10 | 11 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 22 | 19 | 41 |
| Kindergarten | 9 | 10 | 12 | 10 | 3 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 25 | 22 | 47 |
| Pre-Kindergarten Special Education | 2 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 3 | 7 |
| 1st | 16 | 7 | 8 | 10 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 25 | 20 | 45 |
| 2nd | 9 | 7 | 10 | 11 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 24 | 18 | 42 |
| 3rd | 10 | 13 | 7 | 15 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 18 | 29 | 47 |
| 4th | 12 | 11 | 10 | 11 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 23 | 45 |
| 5th | 7 | 7 | 14 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 24 | 45 |
| 6th | 8 | 10 | 11 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 19 | 38 |
| | 84 | 71 | 84 | 97 | 5 | 6 | 0 | 0 | 2 | 0 | 5 | 3 | 180 | 177 | |
| | 155 | | 181 | | 11 | | 0 | | 2 | | 8 | | 357 | | |

**Student Enrollment Breakdown**

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Cleveland High School |
| Date: | 10/28/2015 |

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th | 51 | 45 | 33 | 34 | 0 | 5 | 0 | 0 | 0 | 0 | 10 | 5 | 94 | 89 | 183 |
| 10th | 38 | 28 | 39 | 43 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 3 | 81 | 74 | 155 |
| 11th | 22 | 46 | 30 | 32 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 55 | 81 | 136 |
| 12th | 34 | 30 | 24 | 28 | 3 | 2 | 0 | 0 | 0 | 0 | 4 | 3 | 65 | 63 | 128 |
| Secondary Self-Contained Special Education | 0 | 2 | 14 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 7 | 21 |
| | 145 | 151 | 140 | 142 | 5 | 7 | 1 | 0 | 0 | 0 | 18 | 14 | 309 | 314 | |
| | 296 | | 282 | | 12 | | 1 | | 0 | | 32 | | 623 | | |

**Student Enrollment Breakdown**

My Schools 10/28/2015 10:58 AM

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Cypress Park Elementary School |
| Date: | 10/28/2015 |

| ADA Grade | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F | M | F | | | |
| 3rd | 1 | 0 | 65 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66 | 39 | 105 |
| 4th | 0 | 0 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 40 | 80 |
| 5th | 0 | 1 | 36 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 40 | 76 |
| | 1 | 1 | 141 | 118 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 142 | 119 | |
| | 2 | | 259 | | 0 | | 0 | | 0 | | 0 | | 261 | | |

**Student Enrollment Breakdown** My Schools 10/28/2015 10:58 AM

**Criteria**
District:    Cleveland School District
School:     East Side High School
Date:       10/28/2015

| ADA Grade | White M | F | Black M | F | Asian M | F | American Indian M | F | Pacific Islander M | F | Hispanic M | F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th | 0 | 0 | 46 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 46 | 61 | 107 |
| 10th | 0 | 0 | 47 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47 | 50 | 97 |
| 11th | 0 | 0 | 32 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 51 | 83 |
| 12th | 0 | 0 | 33 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 | 43 | 76 |
| Secondary GED | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
| | 0 | **0** | **160** | **204** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **1** | **160** | **205** | |
| | | **0** | | **364** | | **0** | | **0** | | **0** | | **1** | | **365** | |

**Student Enrollment Breakdown**

My Schools 10/28/2015 10:58 AM

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | D. M. Smith Middle School |
| Date: | 10/28/2015 |

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th | 0 | 0 | 43 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 44 | 87 |
| 7th | 1 | 0 | 47 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 39 | 87 |
| 8th | 0 | 0 | 42 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 43 | 44 | 87 |
| | 1 | 0 | 132 | 127 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 134 | 127 | |
| | 1 | | 259 | | 0 | | 0 | | 0 | | 1 | | 261 | | |

**Student Enrollment Breakdown**

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Margaret Green Jr. High School |
| Date: | 10/28/2015 |

| ADA Grade | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F | M | F | | | |
| 6th | 23 | 16 | 35 | 19 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 61 | 37 | 98 |
| 7th | 25 | 35 | 38 | 42 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 65 | 82 | 147 |
| 8th | 34 | 47 | 49 | 45 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 4 | 89 | 96 | 185 |
| Secondary Self-Contained Special Education | 5 | 4 | 11 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 17 | 10 | 27 |
| | **87** | **102** | **133** | **112** | **3** | **0** | **0** | **0** | **0** | **0** | **9** | **11** | **232** | **225** | |
| | **189** | | **245** | | **3** | | **0** | | **0** | | **20** | | **457** | | |

**Student Enrollment Breakdown**

My Schools 10/28/2015 10:58 AM

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Hayes-Cooper Center |
| Date: | 10/28/2015 |

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| Pre-Kindergarten | 10 | 7 | 5 | 7 | 2 | 3 | 0 | 0 | 0 | 0 | 2 | 1 | 19 | 18 | 37 |
| Kindergarten | 13 | 11 | 10 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 25 | 20 | 45 |
| 1st | 10 | 9 | 8 | 12 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 20 | 23 | 43 |
| 2nd | 12 | 9 | 10 | 11 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 23 | 21 | 44 |
| 3rd | 10 | 13 | 6 | 10 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 16 | 26 | 42 |
| 4th | 7 | 13 | 7 | 11 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 3 | 16 | 29 | 45 |
| 5th | 8 | 16 | 7 | 9 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 27 | 42 |
| 6th | 6 | 12 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 16 | 22 | 38 |
| | 76 | 90 | 62 | 77 | 5 | 9 | 0 | 0 | 0 | 0 | 7 | 10 | 150 | 186 | |
| | **166** | | **139** | | **14** | | **0** | | **0** | | **17** | | **336** | | |

**Student Enrollment Breakdown**

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Nailor Elementary School |
| Date: | 10/28/2015 |

| ADA Grade | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | M | F | M | F | M | F | M | F | M | F | | | |
| Kindergarten | 0 | 0 | 74 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 | 51 | 125 |
| Elementary Self-Contained Special Education | 0 | 0 | 11 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 2 | 13 |
| 1st | 0 | 1 | 62 | 59 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 62 | 60 | 122 |
| 2nd | 0 | 0 | 52 | 61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 52 | 61 | 113 |
| | 0 | 1 | 199 | 173 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 199 | 174 | |
| | 1 | | 372 | | 0 | | 0 | | 0 | | 0 | | 373 | | |

**Student Enrollment Breakdown**

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Parks Elementary School |
| Date: | 10/28/2015 |

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 15 | 11 | 12 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 28 | 23 | 51 |
| Elementary Self-Contained Special Education | 2 | 2 | 17 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 20 | 9 | 29 |
| 1st | 17 | 8 | 10 | 6 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 29 | 15 | 44 |
| 2nd | 19 | 17 | 11 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 30 | 30 | 60 |
| 3rd | 20 | 13 | 16 | 22 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 38 | 36 | 74 |
| 4th | 12 | 13 | 14 | 21 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 28 | 36 | 64 |
| 5th | 13 | 14 | 4 | 13 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 17 | 29 | 46 |
| | 98 | 78 | 84 | 92 | 3 | 1 | 0 | 2 | 0 | 0 | 5 | 5 | 190 | 178 | |
| | **176** | | **176** | | **4** | | **2** | | **0** | | **10** | | **368** | | |

**Student Enrollment Breakdown**

My Schools 10/28/2015 10:58 AM

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | Pearman Elementary School |
| Date: | 10/28/2015 |

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 8 | 14 | 13 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 23 | 20 | 43 |
| 1st | 2 | 9 | 11 | 17 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 14 | 27 | 41 |
| 2nd | 6 | 6 | 15 | 17 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 6 | 25 | 29 | 54 |
| 3rd | 5 | 2 | 15 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 21 | 24 | 45 |
| 4th | 4 | 5 | 11 | 12 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 17 | 17 | 34 |
| 5th | 3 | 3 | 17 | 20 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 23 | 24 | 47 |
| | 28 | 39 | 82 | 92 | 5 | 0 | 0 | 0 | 0 | 0 | 8 | 10 | 123 | 141 | |
| | 67 | | 174 | | 5 | | 0 | | 0 | | 18 | | 264 | | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 30, 2015, I electronically filed a copy of the foregoing

Declaration of Dr. Claire Smrekar with the Clerk of the Court using the Court's CM/ECF

system. Notice of this filing was sent by operation of the CM/ECF system to all counsel of

record.

/s/ Aziz Ahmad
AZIZ AHMAD (DC # 1004817))
Educational Opportunities Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW, PHB 4300
Washington, D.C. 20530
Telephone: (202) 305-3355
Facsimile: (202) 514-8337
Aziz.Ahmad@usdoj.gov

*Attorney for Plaintiff-Intervenor*
