**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

|  |  |  |
|---|---|---|
| DIANE COWAN *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil Action No. 2:65-cv-00031-DMB |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOLIVAR COUNTY BOARD OF | ) | |
| EDUCATION *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW COUNSEL FOR THE UNITED STATES

The United States respectfully submits this motion to the Court for an order directing that

Joseph J. Wardenski, who is no longer serving as counsel of record for the United States in the

above-captioned matter, be withdrawn from the case. Renee Wohlenhaus, Aziz Ahmad and

Kelly Gardner remain attorneys of record for the United States in this matter.

Respectfully submitted this 5th day of January, 2016,

*For Plaintiff-Intervenor United States of America:*

FELICIA C ADAMS
United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
Facsimile: (662) 234-4818

VANITA GUPTA
Principal Deputy Assistant Attorney General

EVE HILL
Deputy Assistant Attorney General

ANURIMA BHARGAVA
Chief
RENEE WOHLENHAUS
Deputy Chief
Educational Opportunities Section
Civil Rights Division

s/ Aziz Ahmad_____
AZIZ AHMAD (DC # 1004817)
KELLY GARDNER
Trial Attorneys
Educational Opportunities Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, NW 20530
Telephone: (202) 305-3355
Facsimile: (202) 514-8337
Aziz.Ahmad@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 5, 2016, I electronically filed a copy of the foregoing

Motion to Withdraw Counsel with the Clerk of the Court using the Court's CM/ECF system.

Notice of this filing was sent by operation of the CM/ECF system to all counsel of record.


s/ Aziz Ahmad_____
 AZIZ AHMAD (DC # 1004817))
Attorney for Plaintiff-Intervenor