**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: My Schools
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Kindergarten | 22 | 14 | 11 | 18 | 2 | 4 | 0 | 0 | 1 | 0 | 2 | 1 | 38 | 37 | 75 |
| Kindergarten | 43 | 46 | 122 | 81 | 5 | 2 | 0 | 0 | 0 | 0 | 6 | 2 | 176 | 131 | 307 |
| Pre-Kindergarten Special Education | 1 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 7 |
| Elementary Self-Contained Special Education | 4 | 2 | 27 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 32 | 12 | 44 |
| 1st | 44 | 33 | 99 | 106 | 1 | 2 | 0 | 1 | 0 | 0 | 3 | 4 | 147 | 146 | 293 |
| 2nd | 45 | 40 | 99 | 108 | 5 | 0 | 0 | 0 | 0 | 0 | 6 | 8 | 155 | 156 | 311 |
| 3rd | 45 | 44 | 108 | 109 | 2 | 1 | 0 | 0 | 1 | 0 | 1 | 6 | 157 | 160 | 317 |
| 4th | 36 | 44 | 85 | 98 | 3 | 3 | 0 | 0 | 0 | 0 | 3 | 6 | 127 | 151 | 278 |
| 5th | 31 | 41 | 80 | 100 | 2 | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 114 | 146 | 260 |
| 6th | 35 | 36 | 99 | 82 | 1 | 0 | 0 | 0 | 0 | 0 | 4 | 3 | 139 | 121 | 260 |
| 7th | 26 | 36 | 82 | 83 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 110 | 123 | 233 |
| 8th | 33 | 46 | 95 | 92 | 1 | 0 | 0 | 0 | 0 | 0 | 6 | 5 | 135 | 143 | 278 |
| 9th | 47 | 44 | 76 | 94 | 0 | 5 | 0 | 0 | 0 | 0 | 10 | 6 | 133 | 149 | 282 |
| 10th | 38 | 29 | 81 | 87 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 2 | 123 | 118 | 241 |
| 11th | 22 | 45 | 59 | 73 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 84 | 121 | 205 |
| 12th | 33 | 32 | 66 | 82 | 3 | 2 | 0 | 0 | 0 | 0 | 4 | 3 | 106 | 119 | 225 |
| Secondary Self-Contained Special Education | 4 | 6 | 25 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 30 | 16 | 46 |
| Secondary GED | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
|  | 509 | 538 | 1218 | 1237 | 28 | 22 | 1 | 1 | 2 | 0 | 53 | 55 | 1811 | 1853 |  |
|  | 1047 | | 2455 | | 50 | | 2 | | 2 | | 108 | | 3664 | | |

| School | Type | Count |
|---|---|---|
| Central Office | | 0 |
| Bell Academy | | 0 |
| Cleveland High School | | 0 |
| Cypress Park Elementary School | | 0 |
| East Side High School | | 0 |
| D. M. Smith Middle School | | 0 |
| Margaret Green Jr. High School | Entry | 1 |
| Hayes-Cooper Center | | 0 |
| Nailor Elementary School | | 0 |
| Parks Elementary School | | 0 |
| Pearman Elementary School | | 0 |
| Vocational Complex | | 0 |
| Graduates / Wd Students | | 0 |


EXHIBIT A

**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: Bell Academy
Date: 05/09/2016

|  | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADA Grade | M | F | M | F | M | F | M | F | M | F | M | F | Male | Female | Total |
| Pre-Kindergarten | 12 | 7 | 6 | 11 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 19 | 19 | 38 |
| Kindergarten | 9 | 10 | 12 | 10 | 3 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 25 | 22 | 47 |
| Pre-Kindergarten Special Education | 1 | 0 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 4 | 7 |
| Elementary Self-Contained Special Education | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 1st | 16 | 7 | 8 | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 25 | 19 | 44 |
| 2nd | 9 | 7 | 10 | 11 | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 24 | 18 | 42 |
| 3rd | 10 | 16 | 7 | 15 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 18 | 32 | 50 |
| 4th | 12 | 11 | 10 | 12 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 24 | 46 |
| 5th | 7 | 7 | 14 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 24 | 45 |
| 6th | 8 | 9 | 11 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19 | 18 | 37 |
|  | 85 | 74 | 80 | 98 | 5 | 5 | 0 | 0 | 2 | 0 | 5 | 3 | 177 | 180 |  |
|  | 159 | | 178 | | 10 | | 0 | | 2 | | 8 | | 357 | | |

| School | Type | Count |
|---|---|---|
| Bell Academy |  | 0 |

**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District:   Cleveland School District
School:    Cleveland High School
Date:      05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th | 47 | 44 | 30 | 37 | 0 | 5 | 0 | 0 | 0 | 0 | 10 | 5 | 87 | 91 | 178 |
| 10th | 38 | 29 | 36 | 40 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 2 | 78 | 71 | 149 |
| 11th | 22 | 45 | 28 | 29 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 53 | 77 | 130 |
| 12th | 33 | 32 | 26 | 31 | 3 | 2 | 0 | 0 | 0 | 0 | 4 | 3 | 66 | 68 | 134 |
| Secondary Self-Contained Special Education | 0 | 2 | 15 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 7 | 22 |
|  | 140 | 152 | 135 | 142 | 5 | 7 | 1 | 0 | 0 | 0 | 18 | 13 | 299 | 314 |  |
|  | 292 | | 277 | | 12 | | 1 | | 0 | | 31 | | 613 | | |

| School | Type | Count |
|---|---|---|
| Cleveland High School | | 0 |

**Student Enrollment Breakdown** — My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: Cypress Park Elementary School
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3rd | 1 | 0 | 65 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 66 | 41 | 107 |
| 4th | 0 | 0 | 41 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 | 39 | 80 |
| 5th | 0 | 1 | 38 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 38 | 43 | 81 |
| | 1 | 1 | 144 | 121 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 145 | 123 | |
| | 2 | | 265 | | 0 | | 0 | | 0 | | 1 | | 268 | | |

| School | Type | Count |
|---|---|---|
| Cypress Park Elementary School | | 0 |

**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: East Side High School
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9th | 0 | 0 | 46 | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 46 | 58 | 104 |
| 10th | 0 | 0 | 45 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 47 | 92 |
| 11th | 0 | 0 | 31 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 44 | 75 |
| 12th | 0 | 0 | 40 | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 51 | 91 |
| Secondary GED | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 |
|  | 0 | 0 | 164 | 199 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 164 | 200 |  |
|  | 0 | | 363 | | 0 | | 0 | | 0 | | 1 | | 364 | | |

| School | Type | Count |
|---|---|---|
| East Side High School | | 0 |

**Student Enrollment Breakdown**     My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: D. M. Smith Middle School
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th | 0 | 0 | 45 | 43 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 43 | 88 |
| 7th | 1 | 0 | 43 | 42 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 | 42 | 86 |
| 8th | 0 | 0 | 46 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 47 | 47 | 94 |
| | 1 | 0 | 134 | 132 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 136 | 132 | |
| | 1 | | 266 | | 0 | | 0 | | 0 | | 1 | | 268 | | |

| School | Type | Count |
|---|---|---|
| D. M. Smith Middle School | | 0 |

**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District:   Cleveland School District
School:    Margaret Green Jr. High School
Date:      05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6th | 21 | 15 | 34 | 21 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 59 | 38 | 97 |
| 7th | 25 | 36 | 39 | 41 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 66 | 81 | 147 |
| 8th | 33 | 46 | 49 | 45 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 88 | 96 | 184 |
| Secondary Self-Contained Special Education | 4 | 4 | 10 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 15 | 9 | 24 |
|  | 83 | 101 | 132 | 112 | 3 | 0 | 0 | 0 | 0 | 0 | 10 | 11 | 228 | 224 |  |
|  | 184 | | 244 | | 3 | | 0 | | 0 | | 21 | | 452 | | |

| School | Type | Count |
|---|---|---|
| Margaret Green Jr. High School | Entry | 1 |

**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District:   Cleveland School District
School:    Hayes-Cooper Center
Date:      05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pre-Kindergarten | 10 | 7 | 5 | 7 | 2 | 3 | 0 | 0 | 0 | 0 | 2 | 1 | 19 | 18 | 37 |
| Kindergarten | 13 | 11 | 8 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 23 | 21 | 44 |
| 1st | 10 | 8 | 8 | 12 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 19 | 22 | 41 |
| 2nd | 12 | 9 | 10 | 11 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 24 | 21 | 45 |
| 3rd | 10 | 13 | 6 | 10 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 16 | 26 | 42 |
| 4th | 7 | 13 | 7 | 11 | 1 | 2 | 0 | 0 | 0 | 0 | 1 | 3 | 16 | 29 | 45 |
| 5th | 8 | 16 | 8 | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 28 | 44 |
| 6th | 6 | 12 | 9 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 16 | 22 | 38 |
|  | 76 | 89 | 61 | 79 | 5 | 9 | 0 | 0 | 0 | 0 | 7 | 10 | 149 | 187 |  |
|  | 165 | | 140 | | 14 | | 0 | | 0 | | 17 | | 336 | | |

| School | Type | Count |
|---|---|---|
| Hayes-Cooper Center | | 0 |

**Student Enrollment Breakdown**  My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: Nailor Elementary School
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 0 | 0 | 78 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 78 | 47 | 125 |
| Elementary Self-Contained Special Education | 0 | 0 | 11 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 3 | 14 |
| 1st | 0 | 1 | 61 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 61 | 59 | 120 |
| 2nd | 0 | 0 | 53 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 53 | 58 | 111 |
|  | 0 | 1 | 203 | 166 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 203 | 167 |  |
|  | 1 | | 369 | | 0 | | 0 | | 0 | | 0 | | 370 | | |

| School | Type | Count |
|---|---|---|
| Nailor Elementary School | | 0 |

**Student Enrollment Breakdown**     My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: Parks Elementary School
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 12 | 11 | 12 | 10 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 27 | 22 | 49 |
| Elementary Self-Contained Special Education | 3 | 2 | 16 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 20 | 9 | 29 |
| 1st | 16 | 8 | 10 | 7 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 27 | 16 | 43 |
| 2nd | 17 | 18 | 10 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 27 | 31 | 58 |
| 3rd | 18 | 13 | 16 | 22 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 36 | 36 | 72 |
| 4th | 13 | 15 | 14 | 21 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 29 | 38 | 67 |
| 5th | 13 | 14 | 4 | 13 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 28 | 45 |
| | 92 | 81 | 82 | 92 | 5 | 1 | 0 | 1 | 0 | 0 | 4 | 5 | 183 | 180 | |
| | 173 | | 174 | | 6 | | 1 | | 0 | | 9 | | 363 | | |

| School | Type | Count |
|---|---|---|
| Parks Elementary School | | 0 |

**Student Enrollment Breakdown** My Schools 05/09/2016 09:41 AM

**Criteria**
District: Cleveland School District
School: Pearman Elementary School
Date: 05/09/2016

| ADA Grade | White M | White F | Black M | Black F | Asian M | Asian F | American Indian M | American Indian F | Pacific Islander M | Pacific Islander F | Hispanic M | Hispanic F | Male | Female | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kindergarten | 9 | 14 | 12 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 23 | 19 | 42 |
| 1st | 2 | 9 | 12 | 20 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 15 | 30 | 45 |
| 2nd | 7 | 6 | 16 | 16 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 6 | 27 | 28 | 55 |
| 3rd | 6 | 2 | 14 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 21 | 25 | 46 |
| 4th | 4 | 5 | 13 | 15 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 19 | 21 | 40 |
| 5th | 3 | 3 | 16 | 19 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 22 | 23 | 45 |
| | 31 | 39 | 83 | 96 | 5 | 0 | 0 | 0 | 0 | 0 | 8 | 11 | 127 | 146 | |
| | 70 | | 179 | | 5 | | 0 | | 0 | | 19 | | 273 | | |

| School | Type | Count |
|---|---|---|
| Pearman Elementary School | | 0 |