## 2015 - 2016
## CLEVELAND SCHOOL DISTRICT
## CERTIFIED TEACHER BY SCHOOL
## BY RACE

| SCHOOL | BLACK | WHITE | ASIAN | TOTAL |
|---|---|---|---|---|
| BELL | 6 | 10 | | 16 |
| CP | 10 | 8 | | 18 |
| HC | 5 | 18 | | 23 |
| NAILOR | 11 | 10 | | 21 |
| PARKS | 3 | 20 | | 23 |
| PEARMAN | 1 | 14 | | 15 |
| DMS | 16 | 2 | 1 | 19 |
| MGJH | 13 | 18 | | 31 |
| CHS | 9 | 23 | | 32 |
| ESHS | 12 | 17 | | 29 |
| CCDTC | 7 | 2 | | 9 |
| WRAC | 1 | 2 | | 3 |
| TOTAL | 94 | 144 | 1 | 239 |

EXHIBIT C