IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DIANE COWAN, et al.                                                                               PLAINTIFFS

and

UNITED STATES OF AMERICA                               PLAINTIFF-INTERVENOR

v.                                                                                     Civil Action No. 2:65-CV-00031-GHD
                                                                                                     (previously DC 6531-K)

BOLIVAR COUNTY BOARD OF
EDUCATION, et al.                                                                                      DEFENDANTS

## CLEVELAND SCHOOL DISTRICT'S PROPOSED TIMELINE FOR IMPLEMENTATION OF THE COURT ADOPTED PLAN

On Friday, May 13, 2016, the Court adopted the United States' plan for the Cleveland School District and directed the parties to submit a proposed timeline for implementing the plan. Without waiving its right to appeal or any plea for any other post-judgment relief, the Cleveland School District submits the following timeline for implementation which is attached as Exhibit "A" to this filing.

                                                      Respectfully submitted,

                                                      JACKS | GRIFFITH | LUCIANO, P.A.
                                                      Attorneys for Defendant Cleveland School District

                                                     By:  */s/ Jamie F. Jacks*

## CERTIFICATE OF SERVICE

    I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served a true and correct copy of the above and foregoing CLEVELAND SCHOOL DISTRICT'S PROPOSED TIMELINE FOR IMPLEMENTATION OF THE COURT ADOPTED PLAN to all counsel who have appeared in this cause via ECF Filing in accordance with the local rules of the United States District Court for the Northern District of Mississippi.

    This, the 3rd day of June, 2016.


                                                            /s/ Jamie F. Jacks
                                                            JAMIE F. JACKS

# Suggested Implementation Timeline for Court Ordered Plan

| *Summer 6/3/16 – 9/3/2016* |
|---|
| · Form a multiracial advisory panel to assist CSD with developing implementation strategies and public engagement efforts supporting the Plan, which will meet regularly.<br>· Identify opportunities for collaboration with key community members (e.g., local universities, employers, arts organizations, civic groups) on Plan implementation and academic programming.<br>· Engage in academic and curricular planning to determine which programs will continue in the new schools and whether new academic or extracurricular programs or opportunities will be introduced.<br>· Assess facilities needs for the consolidated schools and develop a plan to design, budget, and complete any necessary or desired renovations or repairs.<br>· Develop a plan to ensure a smooth transition for athletic teams and extracurricular activities. |
| *Fall 2016 – 9/4/2016 – 12/4/2016* |
| Continue implementation of measures begun *June 3, 2016.*<br>· In conjunction with the multiracial advisory panel, develop and begin implementing marketing and public engagement plans.<br>· Review staffing needs, engage in targeted faculty recruitment efforts, and determine whether reassignments or reductions in force will be needed.<br>· Begin any necessary renovations and repairs on existing facilities. |
| *Winter 2016-2017 – 12/5/2016 – 3/5/2017* |
| · Continue implementation of measures begun *June 3, 2016 and Fall 2016*<br>· With the multiracial advisory panel, design and implement a roll-out plan to introduce and promote the new schools<br>· Formally notify middle and high school students of their *2017-2018* school assignments.<br>· Take appropriate personnel actions to staff the new schools (e.g., new hiring, using retention measures, notifying current employees of any necessary reassignments or reductions in force).<br>· Implement and promote new academic programs and opportunities, and take appropriate steps to ensure transition of existing programs (e.g., IB Programme) to the consolidated schools. |
| *Spring 2017 - 3/6/2017 – 5/21/2017* |
| · Continue implementation of measures begun in *June 2016, Fall 2016, and Spring 2017*<br>· Complete necessary facility renovations, repairs, and other improvements.<br>· With the multiracial advisory panel, engage in publicized roll-out activities (e.g., events, school tours, media campaign) and provide information to all parents and students on the new schools. |
| *2017-2018 School Term* |
| · Continue implementation of measures begun *June 2016 and Summer 2017*<br>· Open the new consolidated middle school and new consolidated high school in *August 2017*<br>· With multiracial advisory panel, address implementation issues arising during school year. |

**EXHIBIT "A"**