IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CIVIL MINUTES - GENERAL**

No. 2:65CV31-DMB

Style:   Diane Cowan, et al. v. Bolivar County Board of Education, et al.

Place Held: Greenville, Mississippi

Date & Time Began: September 30, 2016, 1:00 p.m.
Date & Time Ended: September 30, 2016, 1:42 p.m.

TOTAL TIME: 42 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Susan May |
| Courtroom Deputy | Court Reporter |
| | |
| FOR PLAINTIFFS: | FOR DEFENDANT: |
| Shakti Belway | Jamie F. Jacks |
| | Holmes S. Adams |

FOR INTERVENOR:
Renee Wohlenhaus
Aziz Ahmad
Ceala Elois Breen-Portnoy
Kelly D. Gardner

Proceedings:   Telephonic Status Conference

Remarks:   Conference held.

DAVID CREWS, CLERK

By: /s/ Rita Thomas
Rita Thomas, Courtroom Deputy