## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**DIANE COWAN, et al.**                                                       **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                             **PLAINTIFF-INTERVENOR**

**v.**                                       **Civil Action No. 2:65-CV-00031-GHD**
                                                        **(previously DC 6531-K)**

**BOLIVAR COUNTY BOARD OF**
**EDUCATION, et al.**                                                    **DEFENDANTS**

## <u>CLEVELAND SCHOOL DISTRICT'S PROPOSED EXPEDITED SCHEDULING ORDER REGARDING MOTION TO MODIFY DESEGREGATION PLAN</u>

**COMES NOW**, the Cleveland School District, and proposes an Expedited Scheduling Order per this Court's directive to address the additional information the Court requires prior to ruling on the District's current motion to modify the desegregation plan adopted by the Court May 13, 2016. The District respectfully proposes the following schedule:

1.       On or before October 14, 2016, the District shall supply the Court and other parties with information responsive to the Court's concerns as expressed on p. 4 of Doc. #235 as well as any other information the District believes is relevant to its current request to modify the desegregation plan adopted by the Court on May 13, 2016.

2.       Once the District supplies the additional information, the Department of Justice and Private Plaintiffs may have 14 days from the District's last submission of evidence (which shall be made no later than October 14, 2016) to respond to the proposed modification of the May 13, 2016 desegregation plan.

3.     The District will have 7 days from the date of any response by any party to file a reply.

4.     The District will be available for a hearing on the proposed modification of the plan adopted May 13, 2016, if the Court desires to hold a hearing, November 16th, 17th or 18th, 2016.

Respectfully submitted,

JACKS | GRIFFITH | LUCIANO, P.A.
Attorneys for Defendant Cleveland School District

By:    /s/ Jamie F. Jacks
          JAMIE F. JACKS, MS Bar #101881
          Post Office Box 1209
          Cleveland, Mississippi 38732
          Telephone: (662) 843-6171
          Facsimile: (662) 843-6176

## CERTIFICATE OF SERVICE

I, JAMIE F. JACKS, attorney for the Defendant Cleveland School District, do hereby certify that I have this date served the above and foregoing document electronically via ECF filing system to all registered counsel of record.

THIS, the 3rd day of October, 2016.

       /s/ Jamie F. Jacks
          JAMIE F. JACKS