# Schematic Design Submittal



**JBHM Architecture**

15003.00
10/7/2016 08:42:45

Biloxi (c.a.)
Columbus
Jackson
Tupelo

800 864 2863
jbhm.com

# Cleveland School District
# Additions & Renovations
### Cleveland, Mississippi

| - INDEX OF DRAWINGS - | |
|---|---|
| Sheet # | Sheet Name |
| A000 | Cover Sheet |
| A100 | Margaret Green/ Cleveland High School Site- Aerial |
| A120 | Margaret Green- Enlarged Floor Plan/ Exterior Elevations/ Section |
| A200 | Cleveland 6th Grade Site Plan- Aerial |
| A210 | Cleveland 6th Grade Building Site Plan |
| A220 | Cleveland 6th Grade Building Plan & Elevations |

Set Number

**Cleveland School District**

**Additions & Renovations**

| Revisions | | |
|---|---|---|
| No. | Description | Date |

**Cleveland School District**

**Additions & Renovations**

Not For Construction

**Cleveland, Mississippi**

## A000
Cover Sheet

| Drawn By | Checked By | Date |
|---|---|---|
| REP | JSH | October 4, 2016 |
| Scale | | Project Number |
| | | 15003.00 |

EXHIBIT 1



1 Margaret Green Jr. High/ Cleveland High School Site Plan- Aerial

1" = 80'-0"

D:\15 Projects\15003.00 Cleveland School District DOJ Assistance\Dwgs\15003_Cleveland School Dist.rvt

15003.00

10/7/2016 08:35:18

JBHM Architecture

Biloxi (c.a.)
Columbus
Jackson
Tupelo

800 864 2863
jbhm.com

Cleveland School District

Additions & Renovations

| Revisions | | |
|---|---|---|
| No. | Description | Date |

Cleveland School District

Additions & Renovations

Not For Construction

Cleveland, Mississippi

# A100

Margaret Green/ Cleveland High School Site- Aerial

| Drawn By | Checked By | Date |
|---|---|---|
| REP | JSH | October 4, 2016 |
| | Scale | Project Number |
| | 1" = 80'-0" | 15003.00 |

EXHIBIT 1







1 Margaret Green Classroom Addition
3/32" = 1'-0"

6 Margaret Green Large Scale Plan
3/16" = 1'-0"

2 Section thru Classrooms- Corridor
1/8" = 1'-0"

3 South Elevation- Classroom Addition
3/32" = 1'-0"

4. Classroom Addition- East Elevation
3/32" = 1'-0"

5. Classroom Addition- West Elevation
3/32" = 1'-0"

JBHM Architecture

Biloxi (c.a.)
Columbus
Jackson
Tupelo

800 864 2863
jbhm.com

15003.00
10/7/2016 08:36:40

Cleveland School District
Additions & Renovations

**Revisions**

| No. | Description | Date |
| --- | --- | --- |

Cleveland School District

Additions & Renovations

Not For Construction

Cleveland, Mississippi

# A120

Margaret Green- Enlarged Floor Plan/ Exterior Elevations/ Section

| Drawn By | Checked By | Date |
| --- | --- | --- |
| REP | JSH | October 4, 2016 |
| | Scale | Project Number |
| | As indicated | 15003.00 |

D:\15 Projects\15003.00 Cleveland School District DOJ Assistance\Dwgs\15003_Cleveland School Dist.rvt

EXHIBIT 1

D:\15 Projects\15003.00 Cleveland School District DOJ Assistance\Dwgs\15003_Cleveland School Dist.rvt

1 Cleveland 6th Grade Site Plan- Aerial
1" = 60'-0"

15003.00

10/7/2016 08:37:04

JBHM Architecture

Biloxi (c.a.)
Columbus
Jackson
Tupelo

800 864 2863
jbhm.com

Cleveland School District

Additions & Renovations

| Revisions | | |
|---|---|---|
| No. | Description | Date |

Cleveland School District

Additions & Renovations

Not For Construction

Cleveland, Mississippi

# A200

Cleveland 6th Grade Site Plan- Aerial

| Drawn By | Checked By | Date |
|---|---|---|
| REP | JSH | October 4, 2016 |

| Scale | Project Number |
|---|---|
| 1" = 60'-0" | 15003.00 |

EXHIBIT 1



1 Cleveland 6th Grade Building - Site Plan -
1" = 30'-0"

D:\15 Projects\15003.00 Cleveland School District DOJ Assistance\Dwgs\15003_Cleveland School Dist.rvt

15003.00
10/7/2016 08:37:31

**JBHM Architecture**

Biloxi (c.a.)
Columbus
Jackson
Tupelo

800 864 2863
jbhm.com

**Cleveland School District**

**Additions & Renovations**

**Revisions**

| No. | Description | Date |
|---|---|---|

**Cleveland School District**

**Additions & Renovations**

Not For Construction

**Cleveland, Mississippi**

# A210

Cleveland 6th Grade Building Site Plan

| Drawn By | Checked By | Date |
|---|---|---|
| REP | JSH | October 4, 2016 |
| | Scale | Project Number |
| | 1" = 30'-0" | 15003.00 |

**EXHIBIT 1**

General Notes:
1. Remove existing millwork and equipment.
2. Remove existing wall and associated doors and frames.
3. Provide new wall this location.
4. Provide new door this location.
5. Provide new Dining Room and Warming Kitchen.

1 Cleveland 6th Grade Building- Floor Plan
1" = 10'-0"

2 Cleveland 6th Grade- North Elevation
1" = 10'-0"

3 Cleveland 6th Grade- East Elevation
1" = 10'-0"

4 Cleveland 6th Grade- West Elevation
1" = 10'-0"

JBHM Architecture
Biloxi (c.a.)
Columbus
Jackson
Tupelo
800 864 2863
jbhm.com

15003.00
10/7/2016 08:42:21

Cleveland School District
Additions & Renovations

Revisions

| No. | Description | Date |
|---|---|---|

Cleveland School District

Additions & Renovations

Not For Construction

Cleveland, Mississippi

# A220

Cleveland 6th Grade Building Plan & Elevations

| Drawn By | Checked By | Date |
|---|---|---|
| REP | JSH | October 4, 2016 |

| Scale | Project Number |
|---|---|
| 1" = 10'-0" | 15003.00 |

D:\15 Projects\15003.00 Cleveland School District DOJ Assistance\Dwgs\15003_Cleveland School Dist.rvt

EXHIBIT 1

