# AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF BOLIVAR

Personally appeared before the undersigned authority in and for the aforesaid state and county, DR. JACQUELYN THIGPEN, who after being by me first duly sworn states as follows:

I am the Superintendent of the Cleveland School District and have personal knowledge of the matters set forth in this affidavit related to student assignment, extra-curricular activities, faculty and staff which are relevant to the District's plan to house all 7th - 12th graders at the CHS/MGJH campus and all 6th graders at WRAC (except for 6th grade students at Bell and Hayes Cooper).

1. Under the Board's plan for a combined 7th - 12th grade campus at CHS/MGJH, all students in the combined junior high and high school would have the opportunity to participate in extra-curricular offerings at the new consolidated high school. CHS and East Side offer virtually the same sports activities and all of those activities would be available to any student who tries out for the team and makes the team at the new consolidated high school.

2. For high school, the District will offer the following:

| High School Boys | High School Girls |
|---|---|
| Football | Volleyball |
| Baseball | Fast Pitch Softball |
| Basketball | Basketball |
| Cross Country | Cross Country |
| Soccer | Soccer |
| Track | Track |
| Swimming | Swimming |
| Power Lifting | Power Lifting |
| Golf | Golf |
| Tennis | Tennis |
| Bowling | Bowling |
| | Cheer |
| | Dance |

**EXHIBIT 3**

For junior high, the District will offer the following:

| Junior High Boys | Junior High Girls |
|---|---|
| Football | Fast Pitch Softball |
| Baseball | Basketball |
| Basketball | Volleyball |
| Cross Country | Cross Country |
| Soccer | Soccer |
| Track | Track |
| Swimming | Swimming |
| Golf | Golf |
| Tennis | Tennis |
| | Cheer |
| | Dance |

The Mississippi Athletic Association does not grant 6th grade students permission to participate in junior high or varsity sports.

3.  For clubs and other non-sports activities, all student would have an opportunity to participate at the new consolidated high school's offerings. All current clubs at CHS will be available to all students and if ESH students have a unique club that they wish to implement, they would be allowed to do so and the club would be open to all students. All clubs and other non-sports activities that exist in either current high school (CHS or East Side) will be made available to all students in the new consolidated high school.

All clubs and other non-sports activities that exist in either current junior high school (MGJH or D.M. Smith) will be made available to all students in the new consolidated junior high school.

In the newly formed 6th grade academy, all students would have an opportunity to participate in any clubs formed at that level and the club would be open to all students.

4.  For faculty, provided the District maintains its current enrollment, I would not anticipate losing any faculty positions and all junior high and high school faculty would be absorbed into the new high school and junior high faculty pool.

**EXHIBIT 3**

5. Some small staff cuts may have to be made with the new consolidated school, but there would be very few and they would be in the cafeteria or janitorial areas as there would be two less schools to maintain. Regarding the closing of East Side and D. M. Smith, these buildings cost, on average $164,000.00 just to heat and cool. Closing these buildings will result in the CSD realizing at least this much in savings every year which can be used to improve education in the District.

6. As far as student assignment, all students in grades 7th - 12th would be assigned to CHS (9th - 12th) or MGJH (7th and 8th).

WITNESS THE SIGNATURE of the undersigned, this the 19th day of August, 2016.

_Jacquelyn C. Thigpen_
Dr. Jacquelyn Thigpen

SWORN TO AND SUBSCRIBED before me this the 19th day of August, 2016.

_Melissa Lott_
Notary Public

My Commission Expires:

STATE OF MISSISSIPPI
MELISSA LOTT
ID No 80416
NOTARY PUBLIC
Comm Expires
March 16, 2018
BOLIVAR COUNTY

**EXHIBIT 3**