## AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF BOLIVAR

Personally appeared before the undersigned authority in and for the aforesaid state and county, LARRY HARKINS, who after being by me first duly sworn states as follows:

1.      My name is Larry Harkins and I am the Transportation Director for the Cleveland School District.  As Director of Transportation I am familiar with all of the school bus routes taken by students in the Cleveland School District and the timing of such routes and have personal knowledge of the information stated herein.

2.      I have considered the effect of a 7-12 campus at MGJH/CHS on our Cleveland School District bus riders, especially those bus riders currently enrolled at D.M. Smith and East Side. Given the close proximity of D.M. Smith and East Side to Margaret Green and CHS (approximately 1.3 miles away), the bus time for these riders currently attending ESH and D.M. Smith would not change at all if there was a 7-12 campus at MGJH/CHS or, if there was any difference, it would likely be an increase on the bus of less than 5 minutes.

3.      I have also considered the effect on our 6th grade bus riding students if all 6th graders were assigned to the Walter Robinson Achievement Center rather than the current MGJH and D.M. Smith. The WRAC is also approximately 1.2 miles away from the D.M. Smith campus and 1.1 miles away from the MGJH campus. Because of this short additional commute, there would be no more than 5 minutes in additional time on the bus for any bus riders going to the WRAC as opposed to what their route would have been if the drop off was D.M. Smith or MGJH.

4.      I would also consider, as Director, changing our current bus routes which now have students from all grades riding the bus together, and creating a 6th grade, high school and junior high only bus routes.  This would save all students bus riding time as they would all be going to

**EXHIBIT 4**

the same place and not have multiple stops at multiple other elementary schools. In other words, all 6th grade WRAC students ride together, all junior high and all high school with no other elementary student riders on board.

WITNESS THE SIGNATURE of the undersigned, this the _____ 19 _____ day of _____ AUG. _____, 2016.

_____
Larry Harkins

SWORN TO AND SUBSCRIBED before me this the 19th day of August, 2016.

_____
Notary Public

My Commission Expires:

STATE OF MISSISSIPPI
MELISSA LOTT
ID No
80416
NOTARY PUBLIC
Comm Expires
March 16, 2018
BOLIVAR COUNTY

**EXHIBIT 4**