**JBHM Architecture**

**CLEVELAND SCHOOL DISTRICT**
**PRELIMINARY ESTIMATE/PROJECT COST**                                October 12, 2016

I  **PROJECT ESTIMATE:**
   **A. Margaret Green Jr. High**                                                     $2,552,500
      1. Twelve Classrooms/Administrative/Restrooms
         13,000 sf @ $175/sf                                  $2,275,000
      2. Soft Cost (10%)                                        $227,500
      3. Contingency                                             $50,000
                                                              $2,552,500

   **B. Cleveland High School**                                                        $350,000
      1. Elevator                                  $300,000
      2. Soft Cost (10%)                            $30,000
      3. Contingency                                $20,000
                                                   $350,000

   **C. Sixth Grade Building**                                                         $567,000
      1. Modifications                              $50,000
      2. Additions
         2,000 sf @ $175/sf                        $350,000
      3. Kitchen Equipment                          $70,000
      4. Soft Cost (10%)                            $47,000
      5. Contingency                                $50,000
                                                   $567,000

   **D. Total**                                                                      $3,469,500
   **E. Project Estimate**                                                           $3,500,000
   **F. Anticipated Acceleration Premium**                                  $100,000 - $150,000

**EXHIBIT 5**



**JBHM Architecture**

## CLEVELAND SCHOOL DISTRICT
## PRELIMINARY SCHEDULE
## MARGARET GREEN JR. HIGH and CLEVELAND HIGH SCHOOL
## October 12, 2016

| | |
|---|---:|
| JBHM Notice to Proceed | |
| Survey / Soil Investigation | .5 Month |
| JBHM Completion of Documents | 1 Month |
| Advertisement / Bid | 1 Month |
| Board Approval / Contracts / Bonds / Etc. | .5 Month |
| Contractor Notice to Proceed / Substantial Completion | Eight Months |
| Total | Eleven - Twelve Months |

**EXHIBIT 5**

**JBHM Architecture**

| CLEVELAND SCHOOL DISTRICT<br>PRELIMINARY ACCELERATED SCHEDULE<br>MARGARET GREEN JR. HIGH and CLEVELAND HIGH SCHOOL<br>October 12, 2016 | |
|---|---:|
| JBHM Notice to Proceed | |
| Survey / Soil Investigation | .5 Month |
| JBHM Completion of Documents | 1 Month |
| Advertisement / Bid | 1 Month |
| Board Approval / Contracts / Bonds / Etc. | .5 Month |
| Contractor Notice to Proceed / Substantial Completion | Six Months |
| Total | Nine - Ten Months |

**EXHIBIT 5**


JBHM Architecture

| CLEVELAND SCHOOL DISTRICT<br>PRELIMINARY SCHEDULE<br>SIXTH GRADE BUILDING<br>October 12, 2016 | |
|---|---:|
| JBHM Notice to Proceed | |
| Survey / Soil Investigation | .5 Month |
| JBHM Completion of Documents | 1 Month |
| Advertisement / Bid | 1 Month |
| Board Approval / Contracts / Bonds / Etc. | .5 Month |
| Contractor Notice to Proceed / Substantial Completion | Six Months |
| Total | Nine - Ten Months |

**EXHIBIT 5**



**JBHM Architecture**

## CLEVELAND SCHOOL DISTRICT
## PRELIMINARY ACCELERATED SCHEDULE
## SIXTH GRADE BUILDING
### October 12, 2016

| | |
|---|---:|
| JBHM Notice to Proceed | |
| Survey / Soil Investigation | .5 Month |
| JBHM Completion of Documents | 1 Month |
| Advertisement / Bid | 1 Month |
| Board Approval / Contracts / Bonds / Etc. | .5 Month |
| Contractor Notice to Proceed / Substantial Completion | Four Months |
| Total | Seven - Eight Months |

**EXHIBIT 5**