IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| **DIANE COWAN, minor, by her mother and next friend, Mrs. Alberta Johnson, et al.; FLOYD COWAN, JR., minor, by his mother and next friend, Mrs. Alberta Johnson, et al.; LENDEN SANDERS; MACK SANDERS; CRYSTAL WILLIAMS; AMELIA WESLEY; DASHANDA FRAZIER; ANGINETTE TERRELL PAYNE; ANTONIO LEWIS; BRENDA LEWIS;** | **PLAINTIFFS** |
| and | |
| **UNITED STATES OF AMERICA** | **INTERVENOR-PLAINTIFF** |
| **V.** | **NO. 2:65-CV-00031-DMB** |
| **BOLIVAR COUNTY BOARD OF EDUCATION, et al.** | **DEFENDANTS** |

## ORDER

On October 25, 2016, this Court convened a telephonic status conference regarding a schedule for discovery and the date for an evidentiary hearing on the Cleveland School District's motion to modify this Court's May 13, 2016, desegregation order. At that conference, the Court and the Parties discussed a series of discovery deadlines. In view of such discussion, it is now **ORDERED**:

1. By October 28, 2016, the District may file a reply to the joint objections of the United States and the Private Plaintiffs to the District's proposed modified plan;

2. By November 4, 2016, the Parties may propound all final discovery requests, if any, on the other Parties. The Parties shall have fourteen (14) days from the date of service of any such discovery requests to respond and/or produce documents to the requesting party. The

Parties will promptly notify the Court of any discovery disputes that cannot be resolved voluntarily by the Parties.

3. By November 18, 2016, the Parties shall identify their potential witnesses for the evidentiary hearing.

4. By November 18, 2016, the District shall designate its respective expert witnesses, indicating for each whether the expert witness *may* or *will* be called to testify at hearing, and attaching each expert witness's curriculum vitae or resume to the designation.

5. By December 2, 2016, the United States and Private Plaintiffs shall designate their respective expert witnesses, indicating for each whether the expert witness *may* or *will* be called to testify at hearing, and attaching each expert witness's curriculum vitae or resume to the designation.

6. Each expert report shall include all information required by Rule 26 of the Federal Rules of Civil Procedure.

7. The Parties will complete all discovery, including depositions, by December 16, 2016.

8. The evidentiary hearing will be held in January 2017, and will be set by separate notice.

9. Any information not provided in discovery will be inadmissible at the evidentiary hearing, absent approval by this Court.

10. Until ordered otherwise, the District remains bound to comply with this Court's September 22, 2016, order setting forth the timeline for the consolidation of the District's schools in accordance with the May 13, 2016, order.

3

**SO ORDERED**, this 25th day of October, 2016.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**