# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 09, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-60490    Diane Cowan, et al v. Bolivar County Bd of Education
                    USDC No. 2:65-CV-31

The court has granted appellant's unopposed motion for leave to file Record Excerpts in excess of the 40 pages Optional Contents limit, but this decision is subject to reconsideration by the merits panel.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

Mr. Holmes S. Adams
Mr. David Crews
Mr. John Simeon Hooks
Mr. Gerald Haggart Jacks
Ms. Jamie Ferguson Jacks
Ms. Sharon M. McGowan
Mr. Vikram Swaruup
Mr. Ellis Turnage
Mrs. Lindsey Oswalt Watson