IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| DIANE COWAN, et al. | PLAINTIFFS |
| and | |
| UNITED STATES OF AMERICA | PLAINTIFF-INTERVENOR |
| v. | Civil Action No. 2:65-CV-00031-GHD (previously DC 6531-K) |
| BOLIVAR COUNTY BOARD OF EDUCATION, et al. | DEFENDANTS |

### CLEVELAND SCHOOL DISTRICT'S REPORT TO COURT ON IMPLEMENTATION OF MAY 13, 2016 PLAN

COMES NOW, Defendant Cleveland School District, by and through counsel, and pursuant to this Court's directive to file a report with the Court detailing the District's compliance with the Court's time line for implementation of the May 13, 2016 Court adopted plan, files such report as follows:

1. **Multi Racial Advisory Panel**

The District has formed a multi-racial advisory panel comprised of three appointees per Board member, four members of the faculty of the current middle and high schools and suggested appointees from the Private Plaintiffs and Department of Justice.

The panel met on November 3, 17 and 29th of 2016 and will continue to meet through implementation of the plan and beyond. The panel meets together and has also divided into sub-committees to address implementation strategies related to curriculum, traditions and customs, athletics, logistics, recruitment and hiring and fiscal/budget. The panel will continue to meet regularly and include in its next efforts discussions of public engagement moving forward as well

as the continuation of their discussions of implementation strategies of the plan.

The District has also formed a student committee, made up of the student government representatives from all current middle and high schools. This student committee has been charged with choosing a slate of names, mascots and colors for the new unified junior high and high school. The slate will be presented to the entire 6-12 student body for a vote in the next few weeks. From there, the District and the multi-racial advisory panel as well as the student committee can better focus on marketing and more public engagement ideas and strategies for plan implementation.

2.  **Collaboration with Key Community Members/Stakeholders**

The District is exploring continued and improved collaborations with community members. The District will continue its collaboration with Mississippi Delta Community College for dual credit purposes. The District will also continue its partnership with the Delta Arts Alliance for additional arts programming in the schools. The District has an ongoing strong collaboration with the Junior Auxiliary of Cleveland which provides enrichment activities for children with special needs. The District is also exploring collaborations for athletic facility use with Delta State University. The District and its representatives will continue to think creatively on ways in which key community members may become more involved in the implementation of the plan. The Superintendent plans to continue to rely on the multi-racial advisory panel, as well as the student committee and the Superintendent's Advisory Council to continue engaging with stakeholders.

3.  **Review of Staffing Needs and Recruitment**

The Board and Superintendent have just completed their day long meetings with the

principals of all District schools. The Superintendent is expected to announced her recommendations for faculty positions for the new junior high and high school by early 2017. The Superintendent does not expect any major reduction in force in implementing the plan. In the meantime, the District will continue using its recruiter to attend job fairs to try to attract highly qualified personnel to the District.

**4.      Repairs and Renovations**

The District does not contemplate any major repairs or renovations other than the ADA issues identified in this case. The ADA compliance issues are being addressed. The District has identified the need for larger capacity seating in its athletic facilities and is exploring solutions to that issue through the addition of bleachers. However, the District has also identified a possible collaboration with Delta State University for certain sporting activities and will be requesting assistance from Delta State to meet some of its athletic facility needs.

**5.      New Academic and Extra-Curricular Programs and Activities**

The District has identified and will implement the following new activities for the 2017-2018 school year: 7th and 9th grade football, jv and varsity slow pitch softball, 7th and 9th grade basketball, jv and junior high soccer, jr high softball, junior high baseball, junior high and high school choral music, junior high and high school speech and debate. Additionally, the multi-racial committee has suggested new vocational classes that are being explored for feasability by the District: culinary and agriculture economics. The District is also planning to increase participation in the 7th and 8th grade STAR program. The District will also continue to offer its current slate of academic and extra-curricular offerings to all students. This would include the District's recent change from an International Baccalaureate curriculum to an Advanced

3

Placement curriculum.

                              Respectfully submitted,

                              JACKS | GRIFFITH | LUCIANO, P.A.
                              Attorneys for Defendant Cleveland School District

                              By: */s/ Jamie F. Jacks*
                                    JAMIE F. JACKS
                                    Post Office Box 1209
                                    Cleveland, Mississippi 38732
                                    Telephone: 662-843-6171
                                    Miss. Bar No. 101881

## **CERTIFICATE OF SERVICE**

      I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served this Report to the Court by electronically filing via the ECF filing system to all registered counsel of record.

      Dated: December 5, 2016

                              By: */s/ Jamie F. Jacks*