# Cleveland School District Facilities Report

Expert Report of John Poros
Associate Professor
School of Architecture
Mississippi State University

Prepared for U.S. Department of Justice in
*Cowan v. Bolivar County Board of Education (Cleveland School District)*, No. 2:65-cv-31 (N.D. Miss.)

March 20, 2015

## Description of Qualifications

I am an Associate Professor in the School of Architecture at Mississippi State University. My degrees are a Bachelor of Arts from Columbia College in New York City and a Masters of Architecture from the Graduate School of Design at Harvard University in Cambridge, Massachusetts. I have been a licensed architect since 1995 and worked for the internationally recognized architecture firm, Kieran Timberlake in Philadelphia, Pennsylvania from 1990 to 1998. While at Kieran Timberlake, I worked on numerous educational projects for secondary and higher education clients such as the West Middle School at the Shipley School in Bryn Mawr, PA, the Welles Activity Center at the Tatnall School in Wilmington, Delaware, Rock Hall at Temple University, and Berkeley College at Yale University.

I was the director of the Educational Design Institute (EDI) from 2002 to 2004. A partnership between the Mississippi State University School of Architecture and College of Education, EDI was funded by the State of Mississippi to "encourage the creation of safe, accessible, flexible, and developmentally-appropriate learning environments…" With EDI, I was responsible for creating an educational facility strategic plan for the Laurel School District. Along with Prof. Jeffrey Lackney, I designed and facilitated a community process for Jackson Public Schools to plan two elementary schools with Montessori pedagogy, McWillie Elementary and Van Winkle Elementary. My major achievement as director of EDI was to lead the project to write educational facility guidelines for the state of Mississippi. The Mississippi School Design Guidelines, written in conjunction with the Mississippi Department of Education and architects, engineers, superintendents, and teachers, are a complete guide of best practices for educational facility planning, design, maintenance and related issues. The Guidelines are written for the use of school boards, superintendents, and architects and available on the Mississippi Department of Education's website. As part of EDI, I gave presentations at the International Conference of the Council of Educational Facilities Planners, the Southeastern Chapter of the Council of Educational Facilities Planners International, and the American Society of Heating, Refrigerating and Air Conditioning Engineers Annual Conference.

I am currently the Director of the Carl Small Town Center, a nationally recognized community design center in the School of Architecture at Mississippi State University. The Carl Small Town Center under my directorship has won awards for its work from the Small Town and Rural Division of the American Planning Association and the Mississippi Chapter of the American Institute of Architects. The Center has received grants and awards from the Citizen's Institute on Rural Design of the National Endowment for the Arts, the National Cooperative Highway Research Program of the U.S. Transportation Research Board, the Southeastern Transportation Research, Innovation, Development and Education Center funded by the USDOT, and Enterprise Community Partners as well as many state agencies and private foundations. I was a juror for the Our Town program of the National Endowment for the Arts in 2011. I have given papers and presentations at the American Planning Association's National Conference, the Council of Educators in Landscape Architecture,

1

the Association for Community Design Annual Conference, and the Association of Collegiate Schools of Architecture National Conference.

As an expert witness for the United States in *Cowan & the United States v. Bolivar County Board of Education*, I have assessed the pedagogical adequacy, condition and capacity of the Cleveland School District's educational facilities, and have weighed the various proposed remedial plans in light of those factors. In compensation for this work, I have been paid $100 an hour plus travel expenses.

## Background & Methodology

The method for assessing the school facilities was through study of materials provided by the Cleveland School District ("the district") such as floor plans of each of the schools, student enrollment counts, the high school curriculum guide for the district, and a previous report on the Cleveland School District Facilities prepared in 2009 by Frank Brewer. This information was supplemented by two day-long visits to the schools in the district. On Wednesday, November 29th, 2014, I visited Bell Academy, Margaret Green Junior High School, Cleveland High School, Walter Robinson Achievement Center, Vocational Technology Center, D.M. Smith Middle School, Cypress Park Elementary, East Side High School and Nailor Elementary School. On Tuesday, January 13th, 2015, I revisited Cleveland High School, Margaret Green Junior High School and East Side High School. I also visited that day Pearman & Parks Elementary School. Documentation of these two visits can be found in the 309 photos that I took of the school facilities.[1] The photos are referred to throughout the report by their file numbers starting with the prefix "CSD". Finally, I relied on materials provided to me by the United States, enumerated in Appendix 4.

In making my assessments of the Cleveland School District facilities, I used several references and standards. The Mississippi School Design Guidelines, published in 2004, are a major reference source. The Guidelines are the statewide reference and resource for school facility planning, design and use, and were the result of research into best practices of all aspects of educational facilities. The Guidelines cover processes for planning schools, the siting and placement of school facilities, the sizing of school facilities, the programming of school facilities according to pedagogical goals and programs, the design of spaces in school facilities to meet educational needs, school safety design, and even best practices for the maintenance of school facilities. I was one of the major authors of the Guidelines, which were developed with the input of 154 participants, including educators, school administrators, facilities managers, architects and engineers. A printed copy of the Guidelines were distributed to every school district in the state when it was first developed and the Guidelines are part of the official documents on the Mississippi Department of Education's School Buildings and Grounds web page.

---

[1] The 309 photos were produced to Defendants by the United States on March 11, 2015 in response to Defendants' Request for Production.

Other resources used include the International Building Code, the relevant building code for Cleveland MS, the Americans with Disabilities Act Accessibility Guidelines, and a presentation entitled "Calculating School Capacity: Local, State & National Perspectives" for Council of Educational Facilities Planners International Pre-Conference Workshop in October 6, 2007 used to develop more detailed school capacity numbers. R.S. Means Square Foot Costs 2014 was used to develop square foot costs for various options.

## Conditions of Existing Facilities

Following is an assessment of the existing conditions of the Cleveland School District's secondary schools (including its two high schools, two middle schools, alternative school, and vocational school). The standards used include the Mississippi School Design Guidelines from the Mississippi Department of Education first published in 2004. The schools will be assessed for student capacity, pedagogical suitability, and general condition.

School capacity is analyzed in the following way. The optimum student capacity as well as the maximum student capacity for a particular school is based upon student-per-classroom standards in the Mississippi School Design Guidelines.[2] The total number of classrooms in a school is multiplied by the student-per-classroom standards to calculate the total optimal and maximum capacities for that school. Dividing the actual number of students by the calculated optimal student capacity for the school provides the percentage by which a school is over or under optimal capacity.

## High Schools
### Cleveland High School
Originally built in 1949 with the last addition in 1964, Cleveland High School has 24 classrooms, an auditorium with proscenium stage but no fly loft, library, technology center, gymnasium, band hall and cafeteria. (Figure 1,Figure 2 ). The site, shared with Margaret Green Junior High School, has a football field and baseball fields. Cleveland High School is composed of three clusters of buildings: the 1949 main building; a cluster with the old gym from the previous 1939 building along with a 1959 cafeteria and 1964 tech lab; and a band/football wing also from 1964. (CSD-51 through CSD-78, CSD-193 through CSD-210).

Cleveland High School, using the Mississippi School Design Guidelines, has an optimal capacity of 576 students and a maximum capacity of 720 students.[3] Given that the actual number of students now is 633, Cleveland High School is 110% over capacity using the optimal capacity numbers.

The capacity by code for the Cleveland High School cafeteria is approximately 122-146 students, depending on net to gross square foot ratios. With four lunch periods, the cafeteria would hold 488–

---

[2] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. VS2 – Activity Based Space, 2.4.2
[3] Ibid.

3

584 students, which would probably make it adequate for the use envisioned in the United States' proposed plan.[4] (CSD 69-70, CSD-206-207).

The existing Cleveland High School facility has fair to poor conditions of interior finishes (materials such as floor tile, baseboard, acoustical ceiling panels, and plaster wall surfaces), difficulties with accessibility overall, and some deficiencies in facilities to support teaching. Acoustical ceiling panels are old, stained and sagging, wall surfaces in areas are damaged and rough, and floor tiles are scuffed and stained. (CSD 58-60). Restrooms are in fair condition with newer tile floors, plumbing fixtures like urinals and toilets, as well as new plastic laminate toilet partitions. (CSD 202-204). The state of the interior finishes are a matter of appearance and do not pose a safety hazard (as would be the case if the floor tile was crumbling and fraying creating a trip hazard, or if acoustical ceiling panels were to fall). The steel windows are not leaking, but are heavily caulked and thus not energy efficient. (CSD 58-60). The roofs have been maintained as part of the District's overall maintenance plan.

While interior finishes can be restored or replaced, the layout is more difficult to repair. The arrangement of the complex is accreted and haphazard with many changes in level making it difficult to negotiate for someone in a wheelchair or with an injury. The second floor of the main building with the sole science lab is inaccessible and there is not a lab on the first floor. Additionally, the existing interior stair guardrails are not code compliant (CSD-61) and the first floor of the main building is only accessible through a wheelchair lift in the library, not providing equal access for disabled students arriving on the school site.[5] (CSD-56). The boy's bathrooms in the main building are placed a half level below the first floor level making them inaccessible. (CSD 202-204). The cafeteria is accessible only through an exterior ramp or a noncompliant interior ramp, making it incompatible with the ADA requirement that a continuous accessible route from the main entrance be available. This interior ramp has no bottom landing, a slope that exceeds 1:12, the maximum allowed, and no handrail.[6] (CSD-198 & 200). The computer lab is only accessible through the cafeteria.

Pedagogically, the facilities at Cleveland High School are adequate with some exceptions. Classrooms have digital projection technology in most of the classrooms, and, as stated before, Cleveland High School has an auditorium with proscenium stage, library, technology center, gymnasium, and band hall which supports the current general high school educational program as described in the District's curriculum guide.[7]

There are two deficiencies with the science lab and the gymnasium. With an enrollment of 633 students and assuming 158 of those students taking the biology class, the one laboratory is sufficient.

---

[4] Based on 15 net people per square foot unconcentrated assembly. International Code Council. 2012 International Building Code. Table 1004.1.2.
[5] ADA Accessibility Guidelines, Section 4.3.2 (1).
[6] ADA Accessibility Guidelines, Section 405.
[7] Cleveland School District. "Graduation Requirements for School Year 2014-2015." Cleveland School District Curriculum Guide for Secondary Schools. P.5.

4

The assumption behind one classroom is that that with a single laboratory model, i.e. separate spaces for experimentation and lecture/discussion learning, biology lab could be taught 3 periods a day with 24 students per biology class with the lab utilized around 50% of the time for the class. The other 50% of the class would be purely lecture/discussion which could use a general classroom. The one difficulty is that the laboratory is on the second floor, which makes it inaccessible to students with mobility disabilities. Also, with the requirement that students entering the International Baccalaureate (IB) early college program have chemistry, only one classroom might make it much more difficult for Cleveland High School to schedule chemistry laboratory periods as well as Biology laboratory periods.

Another difficulty is that the old gymnasium at Cleveland High School is not used by the high school teams because of its small size and other functional difficulties, necessitating the sharing of the gymnasium at Margaret Green.[8] Other athletic facilities seem adequate at CHS as compared with athletic facilities in other school districts. As stated before, indoor high school athletic events must be held in the Margaret Green gymnasium. Outdoor sports have the most basic fields, stands, press box, and field house.

**East Side High School**
Built in 1957, East Side High School has 33 classrooms, gymnasium with stage, cafeteria, a band hall built in 1965, science labs built in 1974, library and art room. (CSD 134-159, CSD 266-303). The complex is all on a single floor except for four science labs placed on a second floor. The grounds include a football field, newly restored track, baseball field, field house, and parking. There is no separate auditorium for the school. (Figure 3).

East Side High School, using the Mississippi School Design Guidelines, has an optimal capacity of 792 students and a maximum capacity of 990 students . Given that the actual number of students now is 365, East Side High School is at 46% of capacity using the optimal capacity numbers.

The building is satisfactorily equipped in terms of the curriculum that is offered, which not only includes a general high school curriculum, but also the high school level International Baccalaureate program for the district. The eight classrooms in the science wing including the two laboratories allow for Biology I & II to be offered as well as accelerated classes such as Chemistry.[9] With a dedicated art and band room, East Side can also offer the art and music courses described in the secondary school curriculum.

---

[8] Conversation with Cleveland High School Principal Steven Craddock and Gerald Finley, Maintenance Director, November 29th 2014.
[9] Cleveland School District. Cleveland School District Curriculum Guide for Secondary Schools. p.9, p.24.

5

The general building layout has a number of advantages in that most of the building is one story, the circulation is continuous and accessible, and the building has enough space around it to easily support additions.

The building, although old, is in fair condition in terms of interior finishes (materials such as floor tile, baseboard, acoustical ceiling panels, and plaster wall surfaces). Interior finishes are worn in areas but replaceable. A renovation/addition project from 2012 certainly has helped to bring up the overall interior finish condition of the building. The HVAC system has been recently upgraded and science labs renovated. The roofs have been maintained as part of the District's overall maintenance plan.

While for the majority of the building there are no accessibility issues, some areas are problematic. The four science rooms on the second floor are not accessible and would require the installation of an elevator, the fire-rated enclosure of the existing interior and exterior stair, and the creation of a fire-rated corridor to access the existing outdoor exit stair.

**D.M. Smith**
D.M. Smith, built in 1975, is part of the complex with Cypress Park Elementary. (CSD-100 through CSD 121). The original building is designed as an open plan just like Cypress Park but with a lower, flat ceiling rectangular area. The open classroom area is divided by high drywall partitions with doors but no ceilings. (CSD 101-105). The partitioned areas do not meet the Mississippi Department of Education's definition of open classrooms and should either be removed or lowered ceilings should be built and the building should be fully fitted with sprinklers. (Figure 4).

In addition to the open classroom area there is a gymnasium with a stage (CSD 108-109), dressing rooms for the gym, a shared dining room and kitchen with Cypress Park (CSD 199-120) and a new classroom wing. (Figure 5). The new classroom wing, completed in 2012, is freestanding with 12 closed classrooms. (CSD 11-113).

D.M. Smith, using the Mississippi School Design Guidelines, has an optimal capacity of 636 students and a maximum capacity of 840 students. With current enrollment of 249, D.M. Smith is only at 45% of capacity using the optimal student capacity numbers.

The 1975 original D.M. Smith building interior finishes are in fair condition: somewhat worn, but serviceable and easily updated if needed. The 2012 wing is in new condition. D.M. Smith is missing play fields, but the property is large enough to create play fields or play fields could easily be shared with East Side High School across the street.

**Margaret Green Jr. High School**
The building, originally built in 1959, with an addition added in 1962 and the gym added in 1976, consists of three wings interconnected by exterior walkways. (CSD 27-50, CSD 211-235). The

6

western wing contains 13 classrooms and the cafeteria for the complex. The center wing contains the gymnasium with stage and dressing rooms, while the east wing contains 16 classrooms, offices, the library and the high school weight rooms. (Figure 6).

Margaret Green, using the Mississippi School Design Guidelines, has an optimal capacity of 568 students and a maximum capacity of 750 students. With the current enrollment of 532, Margaret Green is at 94% of capacity using the optimal student capacity numbers.

The building is on one level and interconnected, which alleviates many accessibility issues. The gymnasium is fully accessible except for the stage area which could be made accessible. The roof has been maintained as part of the district's plan. HVAC is a series of package units for each classroom and space on the roof, which are old and difficult to maintain.

The condition of Margaret Green is poor. Interior finishes are cracking and peeling and most finishes are worn. More concerning, diagonal cracking of CMU and brick walls can be found primarily in the cafeteria. (CSD 217-222, CSD 225-228). These diagonal cracks are indicative of foundation movement. While it could be argued that the building has settled completely throughout a long period of time, some investigation of whether there are expansive clays underneath the building could be undertaken. In either case, repair of settlement issues on an existing building is expensive to undertake.

**Career Center (Vocational Technical Building)**
The Career Center houses programs in business and business technology, childcare, allied health, building trades and automotive technology. (CSD 89-98; Figure 7). Built in 1972, it has some worn finishes, but is in overall good repair. The building has two levels dividing the high bay spaces for building trades and automotive technology workspaces from the other classrooms. The levels are made accessible by an exterior ramp at the entrance and interior ramps. While the building is in fairly good condition, the specialized design for each of the areas makes it difficult to re-use for other academic purposes. The optimum student capacity for the career center is 208 students given the existing instructional areas.

7

## Assessment Of DOJ's Plan And The District's Two Plans From A Facilities Perspective

The Cleveland School District has proposed a Plan A, known as the "open enrollment plan" and a Plan B, while there is a single plan from the United States. Following is an assessment of the impact on the existing school facilities of each of these plans.

### U.S. Plan

Under the U.S. plan, beginning in the 2016-2017 school year, a new District-wide comprehensive high school serving all District students in grades 9-12 would use the existing Cleveland High School and Margaret Green Junior High School facilities. The newly combined high school would open in August 2016 with approximately 1,098 students. A longer term goal could be to replace those buildings with a new comprehensive high school on the same campus or another site.

The second aspect of the U.S. Plan is to open a new middle school at the current East Side High School facility serving all District students in grades 6-8, except for those 6th grade students attending the District's two magnet elementary schools. Under this plan, the District would, beginning in the 2016-2017 school year, assign all students in grades 6-8 (except for the sixth graders at Bell and Hayes Cooper) to a single District-wide middle school housed in the current East Side High School facility. The new middle school would open with approximately 692 students.

The Cleveland High and Margaret Green buildings have the student capacity to serve as the District's comprehensive high school by the beginning of the 2016-2017 school year. Currently, the combined population of Cleveland High and Margaret Green is 1,162 students, with both schools operating over their optimal student capacity. The combined optimal capacity for the two buildings (1,144 students) exceeds the projected population of a comprehensive 9th-12th grade high school by 97 students, leaving room for modest growth in the student population under this plan.[10] Moreover, Margaret Green and Cleveland High already share athletics facilities that would generally be appropriate for continued use for the high school athletics program.

The cafeterias of each part of the campus are large enough to share the load of a single high school campus. The capacity by code of the existing Margaret Green cafeteria is 130–173 students, depending on net to gross square footage ratios; with four lunch periods, it would hold 520–692 students. The capacity by code for the Cleveland High School cafeteria is approximately 122–146 students depending on net to gross square foot ratios; with four lunch periods, the Cleveland High School cafeteria would hold 488–584 students. Combined, the campus would have a cafeteria capacity of 1,008 to 1,276 students, easily able to accommodate the single high school.

---

[10] U.S. Dept. of Justice. "United States' Proposed Desegregation Plan for the Cleveland School District". Letter dated January 23rd, 2015.

8

The layout and adjacency of Cleveland High School and Margaret Green allows a number of high school configurations, including school within school or separate programs the District may wish. Margaret Green is organized into two separated wings while Cleveland High School has two stories, allowing for grades to be separated or specific programs that the district has to be placed in a particular wing or story. The campus is also located about half a mile from Delta State University and even closer to the new Grammy Museum, which would permit the District to create joint programs and learning opportunities with these institutions.

The general high school curriculum can be accommodated on the combined Margaret Green Cleveland High School campus. The classes required for graduation from the general high school program include English, Science, Social Studies, Health, Physical Education, Business & Technology and the Arts.[11] The general purpose classrooms are adequate for most of these classes, while the Physical Education classes would be held in Margaret Green gymnasium, which is already being used by Cleveland High School for its PE classes and sports events. Business & Technology classes would be held at the Cleveland High School computer lab.

The Science requirement for graduation is Biology I, a class with a laboratory component as noted before. With a proposed maximum enrollment of 1,144 students and assuming 286 students per biology class, the need would be one science laboratory, which already exists at Cleveland High School. The assumption behind one classroom is that the laboratory aspect of the biology class would be taught 6 periods a day with 24 students per biology class with the lab utilized 50% of the time for the class. The assumption would be that the other 50% of the class would be purely lecture/discussion. In addition, chemical storage and preparatory areas should be provided to support the science areas.[12] A serious problem with the existing laboratory space in Cleveland High School is that it is on the second floor, inaccessible to students confined to wheel chairs or other physical disabilities. However, to make this sole laboratory accessible, the installation of an elevator will be necessary as well as the other ADA renovations previously described.

For the International Baccalaureate program, the same six subject areas are required as for the general program, so the facility requirement is the same.[13] If a College Prep Curriculum or Early College Curriculum is pursued, then additional laboratory facilities will be required for Chemistry I and any one of the following: Advanced Biology, Advanced Chemistry or Physics.[14] To provide those additional lab facilities, the District could convert existing classrooms to science labsGiven that the existing classrooms converted to laboratories would hold 11 students, then two classrooms

---

[11] Cleveland School District. "Graduation Requirements for School Year 2014-2015". Cleveland School District Curriculum Guide for Secondary Schools. P.5.
[12] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL5-Science Labs for Learning, 2.5.5.
[13] Cleveland School District. Cleveland School District Curriculum Guide for Secondary Schools. p. 12.
[14] Ibid. p. 7.

9

should be converted to hold one additional science class.[15] The school would lose 26 students in capacity, which would be easily taken up by the extra 97 student additional capacity mentioned above.

The East Side High School facility as noted above is in fair condition and could house a middle school program immediately with few, if any, modifications or upgrades needed in the short term. The layout of the building with traditional classrooms in separate wings provides flexibility to the District to use the facility in different grade-level or academic configurations. Additionally, the school has existing athletics facilities and fields that could be used for the new middle school's physical education and athletics programs. East Side also has a gymnasium, band room, art studio and science laboratories, which could allow a wider curriculum than with the existing middle school facilities, D.M. Smith and Margaret Green Junior High School.

Currently, the student population at East Side High School is 360 students, well below the estimated optimal capacity of 792 students and the maximum capacity of 990 students. As mentioned above, the combined middle school would open with 692-771 students under estimates provided by the United States and the District, which is well within the capacity of the building without any major modifications or additions. The cafeteria must also hold the new number of students. Assuming that there are five lunch periods, the cafeteria must hold 138 students during each lunch period. Each student will require 15 net square feet by the International Building Code. The cafeteria would require 2,070 net square feet and using a gross to net factor of 15%, the gross square footage required would be 2,381 square feet. The existing lunch area is 2,432 square feet, so the lunch room is adequate with more lunch periods.

Given the overall good condition of the East Side building and recent renovations, limited renovations would be needed to house all middle school students by the 2016-2017 school year. If the East Side campus needed to be expanded at any point in the future, temporary classrooms or a new wing could be placed to the south of the existing building in what is now a parking lot. (Figure 9). The exit access issues at the science wing and the ADA issues mentioned in the description of existing conditions should be addressed.

## Plan A

Under the Cleveland School District's Plan A, both Cleveland High School and East Side High School would continue to operate in a 9-12 grade configuration with open enrollment. Students would no longer be allowed to bus over to East Side to attend International Baccalaureate (IB) classes, but would be required to enroll at East Side for the IB program. Also, an Early College program would be offered through Delta State University. Cleveland High School would remain a general education high school with a capped enrollment. D.M. Smith and Margaret Green would also continue as grades 6-8 under open enrollment. The STAR magnet program would continue at Margaret Green and a School Improvement Grant would continue at D.M. Smith.

---

[15] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL5-Science Labs for Learning, 2.5.5.

10

The Cleveland School District's Plan A does not propose any changes or improvements to any of the existing school facilities or construction of any new facilities. However, the International Baccalaureate (IB) Program, Early College and STAR programs would likely require some additional laboratory and other specialty classrooms.

East Side High School should be able to accommodate both the IB and Early College program. The entrance requirements of the IB program are Algebra, English II, Geometry and Chemistry. The Algebra, English II and Geometry classes can be accommodated in a standard, general purpose classroom. The IB diploma program at East Side offers Biology, Spanish, History, Math, and the Arts. East Side has two science laboratories that could be used for the chemistry and biology classes. Assuming the maximum student population under Plan A of 550 students and assuming 138 students per grade, with all of those students taking the biology laboratory science class the need would be one science laboratory. The assumption behind one classroom is that with a single laboratory model, i.e. separate spaces for experimentation and lecture/discussion learning, biology lab could be taught 3 periods a day with 24 students per biology class with the lab utilized around 50% of the time for the class.[16] The other 50% of the class would be purely lecture/discussion, which could use a general classroom. This would leave one additional laboratory and 5 periods a day for the chemistry lab to be held. With a dedicated art and band room, East Side can also offer the art and music courses described in the IB curriculum.[17]

Cleveland High School under Plan A would be a general education high school. The general education curriculum includes a required biology class. In the course description for Biology I, "[a] laboratory component will allow the students to study living organisms and appropriate laboratory techniques." With a proposed maximum enrollment of 500 students and assuming 125 students per grade, with those students taking the biology laboratory science class the need would be one science laboratory. The assumption behind one classroom is that with a single laboratory model, i.e. separate spaces for experimentation and lecture/discussion learning, biology lab would be taught 2-3 periods a day with 24 students per biology class.[18] In addition, chemical storage and preparatory areas should be provided to support the laboratory.[19] This need for one classroom is already met with the existing laboratory space at CHS. A serious problem with the existing laboratory space in Cleveland High School is that it is on the second floor, inaccessible to students confined to wheel chairs or other physical disabilities. However, to make this sole laboratory accessible, the installation of an elevator will be necessary, as well as the other ADA renovations previously described.

---

[16] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL5-Science Labs for Learning, 2.5.5

[17] Cleveland School District. Cleveland School District Curriculum Guide for Secondary Schools. p. 12.

[18] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL5-Science Labs for Learning, 2.5.5.

[19] Ibid.

11

The one credit art requirement can be met with music or a drama class at Cleveland High School, but not with a visual arts class, as the building does not have a visual arts classroom.

In Plan A, both D.M. Smith and Margaret Green would be kept as middle schools. Margaret Green would continue to have a STAR program for high academic achievers. The STAR program description in the District Plan mentions that Math, Science, History and English classes would be taken as part of the program.[20] Margaret Green does not have any science laboratories (lab benches with access to water, compressed air, gas) so students in the STAR program would not have any laboratory science classes under Plan A.

D.M. Smith would stay as a middle school, so if no new programs are added, there would be no changes necessary.

The CSD description of Plan A claims that the existing facilities are adequate to put the proposal in effect which appears reasonable since Plan A does not substantially change any use of facilities that the District is practicing currently, but there are ADA and code deficiencies that should be addressed at both Cleveland High School and East Side High School.

## Plan B

Under the Cleveland School District's Plan B, Cleveland High School becomes a "STEM ["Science, Technology, Engineering, Math"] magnet with local arts partnerships," while East Side High School will continue its International Baccalaureate program and introduce a new an Early College Program. D.M. Middle School would be closed and all of the students would be assigned to Margaret Green Junior High School. Margaret Green would extend the existing STAR program and create a new STEM program with local arts partnerships as well.

For Cleveland High School to have a STEM program, the district would need to provide laboratories and spaces for project-based leaning. STEM education is not just the disconnected teaching of Science, Technology, Engineering and Math. Instead, these subjects need to be connected through project-based learning or other integrated learning methods.[21] For this integrated learning to occur, there must be spaces that allow for previously distinct classes to interact and combine around a particular question or problem. Specialized learning clusters where students and teachers are grouped around a common resource such as a laboratory become a way of facilitating this integrated learning.[22]

Cleveland High School has only one science lab located on a second floor, inaccessible to students with a mobility disability. In order to offer science laboratories as a shared resource to all the 450-

---

[20] Cleveland School District, "Proposed Plans of the Cleveland School District", Letter dated January 23, 2015.
[21] Margaret Honey, Greg Pearson, and Heidi Schweingruber, Ed. STEM Integration in K-12 Education. (National Academy of Engineering, National Research Council) 2014.
[22] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. VS-4 Instructional Cluster, 2.4.4

550 STEM students envisioned at CHS, the district would need to add a minimum of four accessible science classrooms, assuming five periods of science were taught each day and each classroom holding 24 students. These STEM laboratories would be used 100% of the time because of the much more interactive and project based nature of STEM education.[23] These could be a combination of physical and chemistry/biology classrooms so that physics and/or engineering projects could be pursued. The new classrooms should be placed on the first floor of CHS, unless the district installs an elevator, in which case they could be placed on the second floor. Given an optimum capacity at CHS of 576, the conversion of general purpose classrooms into laboratory classrooms is workable in terms of the overall capacity. If we used an existing classroom, a laboratory would hold 11 students, more than halving the capacity of each former classroom.[24] If we assume eight renovated science classrooms or the combination of two classrooms to make one larger science laboratory, the reduction in overall school capacity by 104 students. The overall optimum capacity would then go down to 472. Other classrooms would need to gain students over the 24 student per classroom average to make up the capacity. Additionally, space for students to meet and store their projects should also be identified.

The other component of the program proposed is "local arts partnerships." In support of this program, additional arts facilities at Cleveland High School may be necessary depending on the nature of these local partnerships. Cleveland High School has a dedicated auditorium and a band hall, which will be important to the arts program. If CHS includes an arts program, then those facilities will need to be improved and updated as well. The CHS auditorium, while the only auditorium separate from a gymnasium in the district, has only rudimentary facilities with little lighting and sound equipment or space, backstage, shop, and green room areas, and has no fly loft. CHS has a band hall, but does not have a dedicated studio art space with work tables for drawing, computer stations for graphic design, ceramics areas with a kiln, or any other specialized art spaces. The district would need to develop all of these facilities if it wanted to pursue the arts component of the magnet program.

For the middle school part of the Plan B, the district would close D.M. Smith and have Margaret Green hold the 6-8 graders in the district, except for the Bell Academy and Hayes Cooper 6th graders. Margaret Green currently has an optimal capacity of 568 students, and a current enrollment of 532 students. If Margaret Green were to see enrollment increase to 800 students under Plan B — a reasonable projection given that presently 249 students would be reassigned from D.M. Smith — the District would need to create more space. To accommodate the difference between the total 6th-8th grade enrollment and the optimal capacity, the District would need to construct 10 to 12 classrooms depending on the mix of 6th, 7th and 8th graders. This addition would need to include two chemistry/biology labs and a visual arts room to support the planned STEM/arts magnet

---

[23] Margaret Honey, Greg Pearson, and Heidi Schweingruber, Ed. STEM Integration in K-12 Education. (National Academy of Engineering, National Research Council) 2014.
[24] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL5-Science Labs for Learning, 2.5.5.

13

programs. The cafeteria would need to be rebuilt to hold the additional number of students. The overall cost would be approximately $3.9 million, as detailed in the next several paragraphs. If this approach is taken, renovations should also be considered for the rest of the Margaret Green facility to replace worn finishes and upgrade classroom technology.

For illustrative purpose, the required addition to Margaret Green could be accomplished as follows. The new classroom wings would be added to the south of the west wing of Margaret Green as shown in the diagram (Figure 8). As part of the classroom count, there would be two science laboratories at minimum for the STEM program and a visual arts classroom as well. The two science laboratories would require 41 square feet per student; assuming there are 24 students per lab, the total square footage for the two labs is 1,968 square feet.[25] The visual arts room would require 55 square feet per student plus 400 square feet of storage, yielding 1,720 net square feet.[26] Assuming 9 classrooms are built with a minimum of 900 square feet apiece, the net classroom square footage including labs and arts classroom is 11,788 square feet. The 232 additional students would require two water closets and two lavatories per sex, amounting to another 300 square feet. Adding a teachers' resource room, electrical closet and calculating the gross square feet required gives a total of 12,338 square feet. As calculated using RS Means Square Foot Costs, the probable square foot cost for that region in Mississippi for a one story school is $142.32 per square foot. Accordingly, the building cost, not including site improvements, parking lot, landscaping etc., would be $1.8 million.[27] Sitework would require some minor work to the drive north of the building and some tree removal/landscaping for an additional $150,000.

The cafeteria must also hold the new number of students. Assuming that there are four lunch periods, the cafeteria must hold 200 students during each lunch period. Each student will require 15 net square feet by the International Building Code. The cafeteria would require 3,000 net square feet and using a gross to net factor of 15%, the gross square footage required would be 3,450 square feet. The existing lunch area is 2,592 square feet; 858 square feet more would be required. Because of the condition of the existing cafeteria foundation and exterior walls, the best option would be to demolish the existing cafeteria and build a new cafeteria in the location of the existing cafeteria as shown in the diagram. To do this the kitchen, storage and receiving area would need to be added to the total dining square footage which should be another 3500 square feet. The total square footage for a new cafeteria/kitchen would be 6950 square feet. The cost for the cafeteria would be roughly $1.15 million using the square footage and adding an allowance for equipment.

The total net cost for the new wings, new cafeteria, and sitework is approximately $3.1 million. Adding a 25% allowance, the school district should budget about $3.9 million for the work.

---

[25] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL5-Science labs for Learning, 2.5.5.
[26] Mississippi Department of Education. Mississippi School Design Guidelines. 2004. EL4-Creative Spaces, 2.5.4.
[27] RS Means Co. RS Means Square Foot Costs. (Reed Construction Data: Norwell, MA) 2014. P.274.

14

Plan B, as shown above, will require a considerable investment of time and money as well as a rethinking of the use of existing programs and spaces to enact the STEM program and to close D.M. Smith and move the middle school students to Margaret Smith.

## Conclusion

The overall condition of the two high schools, Cleveland High School and East Side High School, and two middle schools, D.M. Smith and Margaret Green Junior High, range from fair to poor. These school facilities are for the most part educationally adequate for their current use. Cleveland High School and East Side High School have building code and accessibility deficiencies that should be attended to.

The United States' Plan, in which the two existing high schools would be consolidated into a single high school on the Margaret Green/Cleveland High School campus and the existing middle schools would be consolidated into a single middle school at East Side High school, would require the District to make very little adjustment to those buildings due to the overall capacity of the two campuses. The Cleveland School District's Plan A, which for the most part maintains the status quo in terms of the use of the facilities by keeping both high schools and middle schools, requires no alterations or adjustments to existing facilities. Conversely, the District's Plan B, leaving the two existing high schools and consolidating the existing middle schools to the Margaret Green campus, would require major changes and costs due to the enactment of a new STEM program and the consolidation of the middle schools.

*     *     *

At the time I prepared this report, discovery was still ongoing and therefore, additional data and materials that are or may be relevant to my study may be produced after the date of this report. I will review and assess relevant information as it becomes available and will refine and revise my analyses as appropriate.

I may develop graphs, charts, and other visual aids in connection with my presentation of the data and the results of my analyses at hearing or trial.

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), my qualifications, described above, are supplemented by a list of all publications I have authored in the previous 10 years. See Appendix 3. I have not testified as an expert at trial or by deposition during the previous 4 years.

_____

John Poros

Executed March 20, 2015

15



Figure 1: Cleveland High School

16



Figure 2: Cleveland High School 2nd Floor

17



Figure 3: East Side High School

18



Figure 4: D.M. Smith Middle School

19



Figure 5: D.M. Smith Addition

20

027-021



Figure 6: Margaret Green Junior High

21



Figure 7: Vo-Tec Center

22



Figure 8: Margaret Green Additions



Figure 9: East Side Addition

23

## Appendix 1: Detailed East Side High School Capacity Calculations

In response to a capacity calculation by the Cleveland School District, following is a more detailed calculation of capacity for East Side High School. In her affidavit, Beverly Hardy, the magnet coordinator for the Cleveland School District, makes a capacity calculation for East Side High School. In her calculation, she counts 26 instructional classrooms (those which can be used for multiple purposes), 4 computer labs, a biology lab, chemistry lab, art room, choral music room and band room. Ms. Hardy calculates a capacity of 675 students with this count.

If we use the classroom capacity of 25 students per classroom that Ms. Hardy states, then for the 26 instructional classrooms we have a capacity of 650 students with a 100% utilization rate. There are an additional 25 students assigned to the remaining 9 specialized instructional spaces again if we assume a 100% utilization rate. The idea that these 9 instructional spaces would remain empty most of the day is probably not a valid assumption. However, the assumption that these spaces are 100% occupied for all class periods would not make sense either.

A more accurate way to compute the capacity of East Side would be to assume some utilization rates for both the instructional and specialized classroom spaces. The utilization rate is the ratio of unoccupied to occupied seats per teaching area per period. For example, if a classroom is used 6 out of 8 periods or if only 19 students out of a maximum of 25 students use the room for all eight periods, then the utilization rate for that space on that day is approximately 75%. The utilization rate is thus a function of many factors: the number of students enrolled per grade and per subject, class scheduling, program offerings, staffing, and the facility itself.

In calculating the utilization rate, certain teaching areas are fully counted while utilization of other areas depend on specific program uses for the space. For middle schools, classrooms, science rooms, and the gymnasium are usually fully counted while art, music, computer labs and other specialized areas are partially counted depending on how those programs are designed. Also, for middle schools, the average overall school utilization rate is somewhere between 70% and 85%.[28] Utilization rates can be higher or lower than these averages based on class scheduling, program requirements and the other factors mentioned above.

To calculate the utilization rate for East Side High, we need to know the maximum capacity of the facility, which is equivalent to the total number of seats in the school per period. To calculate this, I will use Ms. Hardy's categorization of rooms.
26 instructional classrooms x 25 students = 650 students
2 labs x 25 students = 50 students

---

[28]Amy Yurko, Peter Brown, Mary Cary, "Calculating School Capacity: Local, State & National Perspectives", Council of Educational Facilities Planners International Pre-Conference Workshop, October 6, 2007.

1 gymnasium (5300 sf) x 106 students (50sf per student by International Building Code) = 106 students
2 computer labs x 20 students = 40 students
1 STEM lab x 24 students = 24 students
1 Business Computer Lab 27 students = 27 students
1 Art room x 12 students = 12 students
1 Band Room (2592 sq. ft.) x 74 students (30 sq. ft. per student) = 74 students
1 Choral Music Room x 40 students = 40 students
Total = 1023 students

If we used the maximum number of students per classroom allowed by the Mississippi School Design Guidelines of 30 students per instructional classroom, the maximum would be even higher at 1153 students.

If we compare the 650 student capacity that Ms. Hardy calculated with the maximum capacity, we get a utilization rate of 64%. An educational facility is underutilized with any rate less than 65%; a good utilization rate would be closer to 85%.

Assume now that all the instructional areas are used at the highest average utilization rate of 85%:
26 instructional classrooms x 25 students x 85% = 553 students
2 labs x 25 students x 85% = 43 students
1 gymnasium x 106 students x 85% = 90 students
2 computer labs x 20 students x 85% = 34 students
1 STEM lab x 24 students x 85% = 20 students
1 Business Computer Lab x 27 students x 85% = 23 students
1 Art room x 12 students x 85% = 10 students
1 Band Room (2592 sq. ft.) x 74 students (30 sq. ft. per student) x 85% = 63 students
1 Choral Music Room x 40 students x 85% = 34 students
Total = 870 students

However, as noted above ,for middle schools, classrooms, science rooms, and the gymnasium are usually fully counted while art, music, computer labs and other specialized areas are partially counted depending on how those programs are designed. Using a capacity calculation which sets utilization for the computer lab, STEM lab, Business Computer Lab and art room at six periods out of 8 (75%), the gymnasium, at four periods out of eight (50%), and the Band Room and Choral Music Room for three periods out of eight (38%), the total capacity would be:

26 instructional classrooms x 25 students x 85% = 553 students
2 labs x 25 students x 85% = 43 students
1 gymnasium x 106 students x 50% =   53 students
2 computer labs x 20 students x 75% = 30 students

25

1 STEM lab x 24 students x 75% = 18 students
1 Business Computer Lab x 27 students x 75% = 20 students
1 Art room x 12 students x 75% = 9 students
1 Band Room (2592 sq. ft.) x 74 students (30 sq. ft. per student) x 38% = 28 students
1 Choral Music Room x 40 students x 38% = 15 students
Total = 769 students

769 students would give an overall utilization rate of 75%, which is low.

26

## Appendix 2: East Side and Margaret Green Options

Currently, there are 968 students in 9th-12th grades District-wide. Based on current enrollment, that number may grow to 1100 students in the next few years. The current optimum capacity for East Side High School is 792 students. East Side High School could accommodate approximately 300 more students at optimal capacity with certain additions. The classroom wing could be placed to the south of the main building in the existing parking lot as shown in Figure 9. At the 9-12 grade level, the maximum optimum number of students per classroom is 24, so thirteen more classrooms would be required. The minimum classroom size for 9-12 grade is 800 square feet, so the net square footage for classrooms is 10,400 square feet. These classrooms would require bathrooms with three water closets and three lavatories per sex with a net square footage of 450 square feet. Teacher resource room would add 150 square feet, janitor's closet and electrical closet would add an additional 100 square feet, giving a total net square feet of 10,950 square feet. Net square feet does not include hallways and the areas for walls and entry spaces which would be the gross square footage of the wing. Typically, gross square footage for educational facilities is 30% more than net, so the total gross square footage required is 14,235 square feet. As calculated using RS Means Square Foot Costs, the probable square foot cost for the region in Mississippi including Cleveland of a one story school is $142.32 per square foot. Thus, the building cost not including site improvements, parking lot, landscaping etc. would be $2.0 million. Sitework for the site south of the school would require rebuilding the existing parking lot of approximately 25,000 square feet at $4.59 per square foot, for a total of $115,000.

The cafeteria must also hold the new number of students. Assuming that there are four lunch periods, the cafeteria must hold 275 students during each lunch period. Each student will require 15 net square feet by the International Building Code. The cafeteria would require 4,125 net square feet and using a gross to net factor of 25%, the gross square footage required would be 5,156 square feet. The existing lunch area is 2,432 square feet, so an addition of 2,724 square feet would be required. The cost of the addition would be around $390,000. If additional space for the kitchen and equipment were added as well, that could be another $200,000, so $600,000 would be a conservative estimate. The addition could be appended to the west of the existing cafeteria area.

The total cost for classroom wing, parking lot improvements and cafeteria expansion at East Side would be approximately $2.7 million net. Added to this should be a 25% budget allowance for this very rough estimate. With the allowance, the district should budget roughly $3.4 million for this work.

Margaret Green has an optimal capacity of 568 students. If Margaret Green were to grow to 800 students, an increase of 232 students, the school would need 10 to 12 additional classrooms depending on the mix of 6th, 7th and 8th graders to accommodate. The new classroom wings would be added to the south of the west wing of Margaret Green as shown in Figure 8. As part of the classroom count, there would be two wet laboratories at minimum for the contemplated STEM program, as well as a visual arts classroom. The two wet laboratories would require 41 square feet

27

per student; assuming 24 students per lab, the total square footage for the two laboratories would be 1,968 square feet. The visual arts room would require 55 square feet per student plus 400 square feet of storage, yielding 1,720 net square feet. Assuming 9 classrooms are built with a minimum of 900 square feet apiece, the net classroom square footage including labs and arts classroom is 11,788 square feet. The 232 additional students would require two water closets and two lavatories per sex, amounting to another 300 square feet. Adding a teachers' resource room, electrical closet and calculating the gross square feet required gives a total of 12,338 square feet. As calculated using R.S. Means Square Foot Costs, the probable square foot cost for the region in Mississippi including Cleveland of a one story school is $142.32 per square foot. The building cost, not including site improvements, parking lot, landscaping etc., would be $1.8 million. Sitework would require some minor work to the drive north of the building and some tree removal/landscaping for an additional $150,000.

The cafeteria must also hold the new number of students. Assuming that there are four lunch periods, the cafeteria must hold 200 students during each lunch period. Each student will require 15 net square feet by the International Building Code. The cafeteria would require 3,000 net square feet and using a gross to net factor of 25%, the gross square footage required would be 3,750 square feet. The existing lunch area is 2,592 square feet, so 1,158 square feet more would be required. Because of the condition of the existing cafeteria foundation and exterior walls, the best option would be to demolish the existing cafeteria and build a new cafeteria in the location of the existing cafeteria as shown in Figure 8. To do this the kitchen, storage and receiving area would need to be added to the total dining square footage, which should add another 3500 square feet. The total square footage for a new cafeteria/kitchen would be 7250 square feet. The cost for the cafeteria would be approximately $1.2 million using the square footage and adding an allowance for equipment.

The total net cost for the new wings, new cafeteria, and sitework at Margaret Green would be $3.1 million. Adding the 25% allowance, the school district should budget roughly $3.9 million for the work.

28

027-029

## Appendix 3: List of Publications Authored in the Previous 10 years

"Smithville, Mississippi," Carl Small Town Center, self-published through Lulu.com, March 19, 2013

"Mississippi Bypass Guidelines," Carl Small Town Center, self-published through Lulu.com, July 3, 2012

"Measuring Rural Sustainability - A Research Project," Small Town & Rural Planning, American Planning Association, June 2012, p. 8

"Measuring Rural Sustainability, Measuring for the Future," Mississippi Planner, Mississippi Chapter of the American Planning Association, Sept. 2012, Volume 27, Issue 3, p. 1

"CREATE Common Ground: New Albany," self-published through Lulu.com, 2012

"Marcel Breuer's Starkey House: The Parts over the Whole," RE.building, proceedings of the 98th ACSA Annual Meeting, edited by Bruce Goodwin and Judith Kinnard, 2010

"The Ruled Geometries of Marcel Breuer," Nexus VII: Architecture and Mathematics, Kim Williams Books, Turin, Italy, 2008

"The Revitalization of the Bobby Henry Memorial Pool, Greenville, MS, Report to the City of Greenville," self-published through Lulu.com, 2008

## Appendix 4:  Documents Provided by the U.S. Department of Justice

**Court Documents -** United States District Court for the Northern District of Mississippi Delta
Division (Docket: 2:65cv31)

| Date Filed | No. | Title of Document |
|---|---|---|
| 1/23/2015 | 108 / 108-1 109 / 109-1 / 109-2 | CSD Proposed Plan and Exhibit A (description of plan) USA Notice of Filing; Proposed Plan; Appendix to Proposed Plan |
| 2/13/2015 | 112  113 | CSD Objections to USA Plan and Exhibits (9) [Reports to the Court (1970 and 1980); Reports from Norwood, Slaughter, and Rossell; Affidavits from Hardy, Holtz, Fioranelli, and Thigpen)] USA Objections to CSD Proposed Plan |
| 2/27/2015 | 121 122 122-1,2,3  123 | CSD Response to USA's Objections USA Response to CSD's Objections and Exhibits [Declaration of John Poros; Statement of Alicia D'Urbano re: IB program relocation; Declaration of Scott E. Sargrad re: School Improvement Grants (SIGs)] Private Plaintiffs Response to CSD's Objections |

## Cleveland School District Document Productions

| Date | Document |
|---|---|
| 10/30/2014 | (1) Square footage and average classroom size for all the school facilities as of 2008 (excl. some recent additions) (2) Floor plans for all CSD schools, with schematics for most of the recent additions |
| 12/12/2014 | Memorandum from Lisa Bell, 16th Section Land Manager, to Dr. Jacqueline Thigpen, Superintendent, re: 16th Section Statistics, Apr. 8, 2014 and detailed spreadsheet describing each 16th Section Lease set for the benefit of the Cleveland School District |
| 12/10/2014 | (1) Maps [3] dated Jul. 10, 2014 showing the CSD's 16th sections and one map dated Jul. 10, 2014, showing where nearby districts' 16th section land lies (2) Utility Report for FY 2013-2014 (Excel spreadsheet) |
| 12/15/2014 | School capacity estimates prepared by the Cleveland fire inspector for CSD (incl. list of classrooms with square footage and estimated capacity and a floor plan of the school) |
| 1/15/2015 | Evacuation Maps for Pearman and Parks elementary schools |
| 3/9/2015 | Responses to United States Supplemental Discovery Requests for Cleveland School District: (1) Exhibit A – Bond issues (2) 2014-15 Policy Handbook for Students |

**Other Documents**

- Cleveland School District Curriculum Guide for Secondary Schools, 2014-2015.
- Frank Brewer, *A Report on Cleveland School District Facilities* (February 2009), prepared for the U.S. Department of Justice in Cowan, et al and United States v. Bolivar County (Cleveland City School District), No. DC6531-K (N.D. Miss. Delta Division).
- Enrollment Data Tables and Student Counts prepared by U.S. Department of Justice GIS staff.

31

027-032

**JOHN G. POROS**                        Initial Appointment: 1997
**Associate Professor**
**Director, Carl Small Town Center**
**College of Architecture, Art, and Design**
**Mississippi State University**


# QUALIFICATIONS

## I.     Education

M. Arch., Harvard University, 1990
B.A., Columbia College, 1985

## II.    Previous Work Experience

Adjunct Professor, The Philadelphia College (formerly the Philadelphia College of Textiles and Sciences, 1995-1997
Project Architect, Kieran Timberlake & Harris Architects, Philadelphia, PA, 1990 – 1995, 1996 – 1997
Project Architect, The Ballinger Company, Philadelphia, PA, 1995 –1996
Intern Architect, Allen Greenberg Architect, Washington, D.C. , 1989


# TEACHING

## III.   Course Load
**Regularly Scheduled Courses as of May 2014**

<u>Fall</u>
ARC 3904                          Architectural Structures I

<u>Spring</u>
ARC 3914                          Architectural Structures II

## IV.    Courses Developed Or Innovations In Existing Courses

| | |
|---|---|
| **2012** | ARC 4990 CREATE Common Ground: New Albany<br>A special topics course that helped New Albany think about potential projects related to the new Tanglefoot Trail. |
| **2011** | ARC 4536 Architectural Design IV-A: The studio worked in the tornado devastated town of Smithville, MS to replan the town and design a new city hall, police station, fire house and library for the town. The studio visited Greensburg, KS, another tornado devastated town, to learn what was done to rebuild LEED Platinum.<br><br>Led the Brassfield-Gorrie Competition for the School of Architecture with the 4th year studio.<br><br>ARC 1013, Architectural Appreciation, "Structural Design", Guest lecturer |
| **2010** | ARC 4990 CREATE Common Ground: Ecru, Sherman, Pontotoc |

1

A special topics course that engaged these small communities and proposed a series of projects for residents to pursue.

**2008**    ARC 4546 Architectural Design IV-B: The studio worked with the city of Greenwood, MS to develop a master plan and design for a new community pool.

**2007**    ARC 3546 Architectural Design III-B: The studio worked in Meridian, Mississippi to develop a conceptual master plan for the downtown area as well as a 5000 sq. ft. building proposal for downtown housing and commercial space. (see material appended.)

**2006**    ARC 3914 Architectural Structures II: Initiated a new course for the structural sequence covering advanced topics in structural design including concrete design, continuous beams, frames, plates, shells, foundation systems and masonry. (See appended materials)

       ARC 3536 Architectural Design III-A: The studio worked with the Small Town Center in Pass Christian, Mississippi to develop a new town plan and city hall post-Katrina.

**2004**    ARC 3723 Actives: Took over the teaching of this required course. In addition to lectures on HVAC, plumbing, electrical power, lighting and acoustics, students were given a series of project that resulted in the design of a small office building with active systems integrated.

       ACHIEVE Mississippi Instructor – Led a workshop with Prof. Chris Monson to demonstrate to a group of K-12 teachers, administrators and education professors the studio-based instructional method. The workshop was held June 5-7 at the School of Veterinary Medicine. Participants were led through a typical beginning design problem in order to understand the studio-based instructional method.

**2003**    ACHIEVE Mississippi Instructor – Led a workshop with Prof. Chris Monson to lead a group of K-12 teachers, administrators and education professors through studio-based learning methods. The workshop was held June 23-25 at the Veterinary School. Participants developed learning plans for their own studio-based course to be given in the fall semester.

       Coordinator for Design Studio IIIB

       Coordinator for Design Studio IIA

**2002**    ACHIEVE Mississippi Instructor – Led a workshop with Prof. Chris Monson to demonstrate to a group of K-12 teachers, administrators and education professors the studio-based instructional method. The workshop was held June 5-7 at the School of Architecture. Participants were led through a typical beginning design problem in order to understand the studio-based instructional method.

       Coordinator for Design Studio IVB

       Coordinator for Design Studio IA

**2001**    Joint Architecture/Landscape Architecture Studio – Developed and taught a joint studio of third year architecture and landscape architecture students with Prof. Wayne Wilkerson of the Department of Landscape Architecture. The students planned a large residential community with schools, retail, recreation and the

Southern Arts and Entertainment Center on a lakeside site in Meridian, Mississippi.

ACHIEVE Mississippi Instructor – Led a workshop with Prof. Chris Monson to demonstrate to a group of K-12 teachers, administrators and education professors the studio-based instructional method. The workshop was held June 5-7 at the School of Architecture. Participants were led through a typical beginning design problem in order to understand the studio-based instructional method.

Structures I – Used WebCT to place all lectures for reference by students on the web as well as answer sheets for quizzes and tests.

Independent Study – Developed a course of independent study for three students to research and write on topics concerning the design of schools. Developed a course of independent study for one student to study issues of neighborhood design and housing development for an area of Meridian, Mississippi.

**2000**    ACHIEVE Mississippi Instructor – Led a workshop with Prof. Laura Campbell to demonstrate to a group of K-12 teachers, administrators and education professors the studio-based instructional method. The workshop was held June 5-7 at the School of Architecture. Participants were led through a typical beginning design problem in order to understand the studio-based instructional method.

Principles of Educational Design, EDL 8990 Spring '00, Guest Lecturer, "Architectural Design"

Principles of Educational Design, EDL 8990 Spring '00, Guest Lecturer,, "Construction Management"

Principles of Educational Design, EDL 8990 Spring '00, Guest Lecturer, "Educational Design Issues for Higher Education"

**1999**    Initiated a 3 –hour seminar course ARC 4990-02 with Prof. Criss, Gore and Michelle Weaver Jones entitled "Envisioning Publicness." Students studied small towns in northeast Mississippi to propose further development of the town's architectural and landscape resources.

Coordinator for Design Studio IA

Coordinator for Summer Studio Design IIIB

**1998**    Initiated a new 3-hour course ARC 4003-01 entitled "The Architecture of the Residential District" in conjunction with the Small Town Center. Students studied a historic residential district in Tupelo, Mississippi to develop design guidelines for future residential development.

Coordinator for Design Studio IIA

## V.   Professional Development / Other Teaching

**2000**    Lightscape Workshop, November 12, 2000. Attended an in-house workshop to learn to use Lightscape, a three-dimensional model rendering program.

**1998**    NOMAS (National Organization of Minority Architecture Students) Faculty Advisor

# Research

## VI.   Publications, performances or creative activities

**2013**   Design/Construction of a pocket park in Baptist Town, Greenwood, Mississippi, May 14-17

**2012**   "Measuring Rural Sustainability - A Research Project", Small Town & Rural Planning, *American Planning Association*, June 2012, p. 8

"Measuring Rural Sustainability, Measuring for the Future", Mississippi Planner, *Mississippi Chapter of the American Planning Association*, Sept. 2012, Volume 27, Issue 3, p. 1

CREATE Common Ground: New Albany, Report self-published through Lulu.com

**2010**   "Marcel Breuer's Starkey House: The Parts over the Whole", published in RE.building, proceedings of the 98th ACSA Annual Meeting, edited by Bruce Goodwin and Judith Kinnard.

**2009**   "The Atlanta Central Library: The End of a Long Search", an invited lecture sponsored by the Georgia Chapter of DOCOMOMO (Documentation and Conservation of Sites of the Modern Movement), December 14, 2009, Atlanta Fulton Central Library, Atlanta, Georgia

**2008**   "The Ruled Geometries of Marcel Breuer", Journal article published in Nexus VII: Architecture and Mathematics, Kim Williams Books, Turin, Italy, 2008

The Revitalization of the Bobby Henry Memorial Pool, Greenville, MS, report to the City of Greenville, published as a Lulu book, 2008.

**2004**   "Marcel Breuer's Starkey House: The Parts over the Whole" Journal article submitted for publication in Journal of the Society of Architectural Historians. Not accepted.

**2002**   Mississippi School Design Guidelines. A handbook published by the Mississippi Department of Education.

**2000**   Entrant with Prof. Laura Campbell in the design competition for the Martin Luther King National Memorial in Washington, D.C.

"Por(table" exhibited at the 2000 Faculty Show, School of Architecture, Mississippi State University, a knockdown plywood table designed and built by myself.

**1999**   Entrant with Prof. Laura Campbell of the Jubilee 2000 Design Competition for a Roman Catholic church in Fort Wayne, Indiana.

**1998**   "Marcel Breuer: Modernity, Tradition and Materiality", Reflections on Heritage and Modernity: Proceedings of the ACSA Northeast Regional Meeting

Architectural Design Guidelines for the Historic Downtown Conservation Overlay District in Tupelo, Mississippi. A regulatory handbook published by the Small

4

Town Center for distribution and use by the City of Tupelo, Mississippi

## VII.  Professional papers read

**2014**  "Small Town Planning", a peer selected session organized and presented by the CSTC presented at the American Planning Association National Planning Conference in Atlanta, GA on April 27, 2014.

**2013**  "Defining Rural Sustainability", a peer selected session organized and presented by the CSTC and sponsored by the Small Town & Rural Planning Division of the American Planning Association was presented at the APA National Planning Conference in Chicago, Illinois on April 15, 2013.

**2012**  Hans C. Herrmann and John Poros, " Reviving the Public Realm: one stop at a time", Council of Educators in Landscape Architecture, March 27-31, University of Illinois, Urbana-Champaign, IL

"Practicing Rural Design" Association for Community Design 2012 Conference, June 8-10, Salt Lake City, UT

"Rural Sustainability, Measuring the Future", Tennessee Chapter of American Planning Association 2012 Fall Conference, Oct. 17-19, Memphis, TN, Invited

**2011**  Organized and moderated a panel discussion entitled "Rural Community Collaborations" on Monday October 10, 2011 at the Association for Community Design 2011 National Conference co-presented with the Association for Architectural Organizations (AAO) and the Architecture + Design Education Network (A+DEN) in Philadelphia, Pennsylvania. Panelists included John Poros, Carl Small Town Center Director and moderator, Brian Morton, Center for Urban and Regional Studies- University of North Carolina, Dewey Thorbeck, Center for Rural Design- University of Minnesota and Scott Penman, Mississippi State University Architecture student and CSTC intern.

"The Shift of Le Corbusier", 2011 Association of Collegiate Schools of Architecture (ACSA) Fall Conference, October 6-8, 2011, Houston, Texas.

**2010**  "Marcel Breuer's Starkey House: The Parts over the Whole", 98th ACSA Annual Meeting, March 4-7, 2010, New Orleans, Louisiana

"Planning against Rural Sprawl: The Golden Triangle Highway Corridor Planning Project",  Towards a Just Metropolis: From Crises to Possibilities: a joint conference of the Architects / Designers / Planners for Social Responsibility (ADPSR), New Village Press, Planners Network (PN), Young Planners Network, Association for Community Design (ACD) and The Center for the Living City, June 19, 2010, University of California, Berkeley, CA.

**2009**  "The Load Bearing Modern Façade: Marcel Breuer's Investigation of Expression and Structure." South East Society of Architectural Historians Annual Meeting 2009, Oct 29-30 2009, Jackson, MS

**2008**  "The Ruled Geometries of Marcel Breuer", Nexus 2008: Relationships Between Architecture and Mathematics, Seventh International Interdisciplinary Conference, June 23-25th 2008, Point Loma Nazarene University, San Diego, CA.

5

| | |
|---|---|
| **2007** | "Structural Expression in the Work of Marcel Breuer" South East Society of Architectural Historians Annual Meeting 2007, Oct. 24-27, 2007, Nashville, TN |
| **2005** | "Liturgy and Symbol: Marcel Breuer's Abbey Church of St. John's". Paper given at the Southeast Society of Architectural Historians 2005 Annual Meeting held in Fort Worth, Texas on October 12 – 15, 2005. |
| | "Marcel Breuer: Parts over the Whole". Paper accepted to the 2005 Southwest Regional Association of Collegiate Schools of Architecture Conference at the University of Louisiana at Lafayette scheduled September 29th to October 1st, 2005. Conference cancelled due to Hurricane Katrina. |
| **2003** | "The Mississippi School Design Guidelines", Southeastern Chapter of the Council of Educational Facilities Planners International, April 12-16, Nashville, TN |
| | "Building to a Higher Standard: The Mississippi School Design Guidelines", 80th Annual International Conference of the Council of Educational Facilities Planners International, September 27th – 30, Chicago, IL |
| **2002** | "The Experience and Application of 'Studio-Based Learning'", Lily Conference on College & University Teaching – North, September 20-21, Big Rapids, Michigan |
| **2000** | "Codes and Community: Architectural Design Guidelines for Tupelo, MS ", invited lecture, the Rural Studio, Auburn University, February 8, 2000 |
| **1999** | "Renovating Landmark Schools", 1999 ASHRAE Annual Meeting, June 19 – 23, Seattle, Washington |
| **1997** | "Marcel Breuer: Modernity, Tradition and Materiality", Reflections on Heritage and Modernity: ACSA Northeast Regional Meeting, October 24-26, Newport, Rhode Island |

## VIII.  Grants for Research or Study

| | |
|---|---|
| **2014** | Southeastern Transportation Research, Innovation, Development, and Education Center (STRIDE) <u>A Regional Land Use-Transportation Decision Support Tool for Mississippi</u>, PI, Leah Kemp--Co PI, $22,193.00, 8/1/12 to 4/15/14 |
| | National Cooperative Highway Research Program, NCHRP 25-36 - "Impacts of Land Use Strategies on Travel Behavior in Small Communities and Rural Areas", PI, $9,812.00, 12/1/12 to 1/31/14 |
| | Hearin Foundation, <u>Elected Officials Conference</u>, Co-PI w/ Leah Kemp, $115,000 for three years. |
| | Pierce Foundation, <u>Corinth Design Assistance</u>, Co-PI w/ Leah Kemp, $10,000 a year for four years. |
| | Mississippi Band of Choctaw Indians, <u>Choctaw Building Feasibility Study</u>, Co-PI w/ Leah Kemp, $14,000 |

6

Chisholm Foundation, Ellisville, Co-PI with Leah Kemp, $10,000 1/1/13 to 21/31/13

Belinda Stewart Foundation Fund, Meridian Police Station HABS, $5,000, Co-PI with Leah Kemp, 5/1/201 to 9/1/ 2014

**2013**   Southeastern Transportation Research, Innovation, Development, and Education Center (STRIDE) A Regional Land Use-Transportation Decision Support Tool for Mississippi, PI, Leah Kemp--Co PI, $22,193.00, 8/1/12 to 4/15/14

National Cooperative Highway Research Program, NCHRP 25-36 - "Impacts of Land Use Strategies on Travel Behavior in Small Communities and Rural Areas", PI, $9,812.00, 12/1/12 to 1/31/14

Pontotoc City School District, Pontotoc Stadium Feasibility Study, PI-John Poros, $3,984, 6/1/12 to 5/1/13,

Mississippi Band of Choctaw Indians, Choctaw Building Feasibility Study, Co-PI w/ Leah Kemp $14,000

Chisholm Foundation, Ellisville, Co-PI with Leah Kemp, $10,000 1/1/13 to 21/31/13

Belinda Stewart Foundation Fund, Post Industrial MS, $5,000, Co-PI with Jacob Gines, 5/1/2013 to 9/1/ 2013

**2012**   Southeastern Transportation Research, Innovation, Development, and Education Center (STRIDE) A Regional Land Use-Transportation Decision Support Tool for Mississippi, PI, Leah Kemp--Co PI, $22,193.00

Pontotoc City School District, Pontotoc Stadium Feasibility Study, PI, Leah Kemp--Co PI, $3,984.00

CREATE Foundation, CREATE Common Ground: New Albany, PI, $7,500

Chisholm Foundation, Laurel Arts Corridor, PI, $10,000

Chisholm Foundation, Rural Sustainability, PI, $20,000

NEA, Your Town, PI, $117,195, Not Awarded

Community Development Partnership, Philadelphia Bypass Study, PI, $17,849.99, Not Funded

**2011**   CREATE Foundation, CREATE Common Ground: Corinth, $7,500

City of Fulton, Fulton Street Improvements, $6,328.46

Mississippi Development Authority, Retail Center Revitalization, $3,914.00

Creative Business Services, Inc, Mississippi Rights Museum, $25,500.53

7

Appalachian Regional Commission (ARC), <u>Smithville Town Center Planning</u>, $3,013.20 and $24,580.03 in cost share

HUD, <u>Sustainable Communities: Transformation One Step at a Time,</u> $167, 920, Not Funded

Neshoba County Fair, <u>Neshoba County Fair Strategic Planning</u>, $31,374, Not Funded

Mississippi Band of Choctaw Indians, <u>Choctaw Planning Proposal</u>, $85,320, Not Funded

| | |
|---|---|
| **2010** | Community Foundation for Northwest Mississippi/National Trust for Historic Preservation, <u>Sumner, MS Town Planning</u>, PI, $9,000 |
| | Chisholm Foundation, <u>Laurel Arts Corridor</u>, PI, $20,000 |
| | Chisholm Foundation, <u>Highway 82 Regional Planning</u>, PI, $20,000 |
| | Mississippi Development Authority, <u>The Mississippi Highway Bypass Guidelines</u>, PI, $70,000 |
| **2009** | Chisholm Foundation, <u>Highway 82 Regional Planning</u>, PI, $20,000 |
| | Chisolm Foundation, <u>Okolona Downtown Housing</u>, PI, $20,000, 2005- |
| | Mississippi Development Authority, <u>The Mississippi Highway Bypass Guidelines</u>, PI, $70,000 |
| | Comvest Properties LLC, <u>Cotton Mills Marketplace Pedestrian & Bicycling Study</u>, PI, $5,792 |
| **2008** | Mississippi Development Authority, <u>The Mississippi Highway Bypass Guidelines</u>, PI, $70,000 |
| | Chisholm Foundation, <u>Okolona Downtown Housing</u>, PI, $20,000, 2005-08 |
| | City of Greenville, City of Greenville Bobby Henry Memorial Pool Revitalization, PI, Phase 2: $20,056 |
| | City of DeKalb and the Hearin Foundation, <u>Master Planning for Downtown DeKalb, MS</u>, PI, $20,000 |
| | Comvest Properties LLC, <u>Cotton Mills Marketplace Pedestrian & Bicycling Study</u>, PI, $5,792 |
| | Chisholm Foundation, <u>Okolona Downtown Housing</u>, PI, $20,000, 2005- |
| **2007** | US Forest Service, Center for Advanced Housing, and MSU Forest Product Labo <u>Research and Development House</u> , Co-PI, $13,000, 2007 |
| | Request for Proposal for Shelby Farms Park, Memphis, TN, Nov. 12, 2007, Co-F $25,000 |

8

Chisolm Foundation, <u>Okolona Downtown Housing</u>, PI, $20,000, 2005-

City of Greenville, <u>City of Greenville Bobby Henry Memorial Pool Revitalization</u>, PI, Phase 1: $10,916, Phase 2: $20,056

**2006**    US Forest Service, Center for Advanced Housing, and MSU Forest Product Labo <u>Research and Development House</u> , Co-PI, $13,000, 2006

**2005**    MSU Office of Research, <u>Research and Technology Park Planning</u>, Co-PI with P David Perkes, $7000, May 16 to August 1, 2005.

MSU Office of Research, <u>Research and Technology Park Planning II</u>, Co-PI with Prof. David Perkes, $1,330, October 28 to November 21, 2005.

**2004**    Mississippi Department of Education, "Educational Design Institute FY 04", Principal Investigator, $83,000, July 01, 2003 – July 1, 2004, Awarded.

National Science Foundation, "The Sir Basil Spence Project: Integration of Structural Engineering and Architectural Design Curriculum at Mississippi State University", Co-PI, $200,111, Not awarded.

**2003**    Mississippi Department of Education, "Educational Design Institute FY 04", Principal Investigator, $83,000, July 01, 2003 – July 1, 2004, Awarded.

Mississippi State University, J.W. Criss Grant. Principal Investigator, $1902, 11/17/03 – 6/30/04, Awarded.

**2002**    Mississippi Department of Education, "Educational Design Institute FY 03", Principal Investigator, $90,000, July 01, 2002 – July 1, 2003, Awarded.

Laurel School District, "Educational/Facility Planning for Laurel School District", $6,000, 2/1/2002 – 5/1/2002, Awarded.

**2001**    Mississippi Department of Education, "Educational Design Institute FY 02", Principal Investigator, $90,000, July 01, 2001 – June 30, 2002, Awarded.

Riley Foundation, <u>"Grow Meridian"</u> Co-principal investigator, $4,571 of a $20,838 project, Jan 01, '01 to Mar 31, '01, Awarded.

Carroll County Development Association, <u>Carroll Recreation Center</u>, Principal Investigator, $1,629, Feb 16, '01 to August 16, '01, Awarded.

MDC Inc., <u>Delta Small Communities Summit</u>, Principal Investigator, $1,000, Feb 1, '01 to Mar. 25, '01, Awarded.

CREATE Foundation, <u>CREATE Common Ground III</u>, Principal Investigator, July 2001, Awarded.

U.S. Department of Housing and Urban Development, <u>Community Outreach Partnership Centers Program</u>, Co-Principal Investigator, $98,000 EDI & $96,250 STC, Not Awarded.

Earl, Arkansas, <u>Planning Goals for Earl, AK</u>, Principal Investigator, $41,545, Not Awarded.

9

**2000**    Mississippi Department of Education, "Educational Design Institute FY 01", Principal Investigator, $100,000, July 01, 2000 – June 30, 2001, Awarded.

Mississippi Department of Education, "State of Mississippi School Design Guidelines", Principal Investigator, $16,565 match of EDI funds awarded.

Jackson School District, "Jackson School District Educational Facility Planning Project", Co-principal Investigator, $10,837, Awarded

J. W. Criss Awards, Mississippi State University, "Building as a Vehicle for Parish Participation," Co-Principal Investigator, $ 2895, Awarded.

Mississippi State University Humanities and Arts Grant, "Marcel Breuer: A Critical Examination of Material.", Principal Investigator, $ 1500, Awarded.

Mississippi State University 2000 Research Initiation Grant, "Pre-Manufactured Portable Learning Environments", Co-Principal Investigator, $8050, Not Awarded.

**1999**    Mississippi Department of Education, "Educational Design Institute FY 00", Co-principal Investigator, $100,000, July 01, 1999 – June 30, 2000, Awarded.

City of Okolona, "Okolona Corner Park", Co-Primary Investigator, $2471, 1/11/99-5/13/99, Awarded.

Bell South Foundation, "The Meridian School District Community Learning Center", Co-Primary Investigator, $78,450, Not Awarded.

Mississippi State University Humanities and Arts Grant, "Marcel Breuer: A Critical Examination of Material", $1,823, Not Awarded.

Hardin Foundation "Jonestown Community Empowerment Center" Project Researcher, $3,500 (total grant amount $15,000), May 31, 1999 to August 6, 1999, Awarded.

Hardin Foundation/Stewpot Community Services, "Stewpot Preschool Feasibility Study", Educational Research Consultant, $1,800 (total grant amount $9,700), July 1, 1999 to June 30, 2000, Awarded.

Tupelo Public Schools, "Tupelo School District Educational Facility Planning", Co-Primary Investigator, $13,095, July 1, 1999, Not Awarded.

U.S. Dept. of Education, "ACHIEVE Mississippi", Project Researcher, $84,945 (five year program), Oct 1999 – Oct 2004, Awarded.

**1998**    Appalachian Regional Commision, "Tupelo Architectural Design Guidelines", Primary Investigator, $29,184,1/7/98-7/31/98, Awarded.

Tennessee Valley Authority, "Support for EDI Activities", Co-Primary Investigator, $10,000, 1/21/98-11/4/99, Awarded.

## IX.   Other Research / Professional Development

| | |
|---|---|
| **2014** | American Planning Association National Planning Conference, April 26-30, Atlanta, GA |
| **2013** | NCARB IDP Conference, July 25-27, Miami Florida |
| | American Planning Association National Planning Conference, April 13-17, Chicago, IL |
| **2012** | NCARB IDP Southeast Conference, February 10-12, Atlanta, Georgia |
| | American Planning Association National Planning Conference, April 13-18, 2012, Los Angeles, CA |
| **2011** | Mississippi State University Faculty Leadership Program, 2010-2011 |
| | American Planning Association National Planning Conference, April 9-12, 2011, Boston, MA |
| **2009** | Held a roundtable discussion at the Association of Community Design Annual Conference in Rochester, NY, June 4-7 |
| **2008** | Appointed Director of the Carl Small Town Center, August 2008 |
| **2002** | Appointed Director of the Educational Design Institute, 2002 - 2004 |
| | Attended Southeast Region Council of Educational Facility Planners International Meeting, April 7-10, Myrtle Beach, South Carolina |
| **2001** | Appointed Co-Director of the Educational Design Institute |
| | Appointed Interim Director of the Small Town Center, January 2001 to August 2001 |
| **1999** | Attended "Transitions to Schools of the Future", Educational Facilities Symposium, Texas A&M University, February 12-13, 1999. |
| | Attended American Association of School Administrator's National Conference in New Orleans, Louisiana, February 19-22. |
| | Attended "Rural Schools and Communities – Bridging the Gap", 21st Annual Rural Schools and Communities Conference, Kansas State University, Manhattan, Kansas, Oct 24-25, 1999. |
| **1998** | Appointed Projects Director of the Educational Design Institute, a new collaborative initiative between the School of Architecture and the College of Education. Responsible for marketing, proposal writing, budget development, student hiring and project development. Involved in the selection process for a Director for the Institute. |
| | Attended MASA/PREPS 1st Annual School Facilities Workshop, Nov 10, 1998 Jackson, MS |
| **1997** | Worked with Prof. Shannon Criss at the Small Town Center on administrative duties for the center. Shared responsibility with Prof. Criss for proposal writing, budget development, marketing materials, student hiring and general day-to-day administrative duties. |

## Service

## X.   Public Service

**2014**          "Rural Sustainability", Session at the Design for Public Officials Conference sponsored by the CSTC, Oxford, Mississippi, April 24

**2013**          "CREATE Common Ground West Point", Talk to West Point Mississippi Main Street Board, January 3, 2013

Meeting with Prof. Michael Chisamore, Department of Architecture, University of Memphis on starting a community design center at the University of Memphis. March 1, 2013.

Meeting with Mike Taggert, Transportation Commissioner, Northern District and Melinda McGrath, Executive Director of MDOT on collaboration between CSTC and MDOT, Oct. 28, 2013

Member of American Planning Association Small Town and Rural Planning Division's Communication Committee

Member of Mississippi Main Street Association Board of Directors

**2012**          Member of American Planning Association Small Town and Rural Planning Division's Communication Committee

Member of Mississippi Main Street Association Board of Directors

**2011**          Participated as a Juror for National Endowment for the Arts (NEA) Our Town Program, a national grant program, May 25-27th, Washington D.C.

FEMA Smithville Long Term Recovery Committee.

"Baptist Town Revitalization & Master Plan", with Aisha Nyadoro, Foundation for the Mid South, Baertown Community Group, February 16, 2011, McComb, MS

"Rural Corridor: Mississippi's Highway 82", Starkville Rotary Club, August 1, 2011

"Creative Asset Development in Your Community" John Poros with Joy Foy at the Creative Economy Summit sponsored by the Mississippi Development Authority, August 10, 2011, Jackson, MS

"Impact of the Retail Center", Retail Center Revitalization Program Summit, sponsored by the Mississippi Development Authority, September 7, 2011, Jackson, MS

"Making Good Design Happen", One session of the Design Series sponsored by the Tupelo Main Street Association, October 25, 2011, Tupelo, MS

"Carl Small Town Center" Amory Rotary Club, November 10, 2011, Amory,

12

027-044

MS

"Baptist Town Rebirth: Planning for Change in a Historic African-American Community" Prof. John Poros, Aisha Nyadoro, Foundation for the Mid South, Babak Mostaghimi, Harvard University Student Development Project, November 30, 2011, Greenwood, MS

Member of Mississippi Main Street Association Board of Directors

**2010**  Member of Mississippi Main Street Association Board of Directors

**2009**  Chaired a roundtable discussion for the Mississippi Municipal League Annual Conference in Biloxi, MS on July 13, 2009.

Member of Mississippi Main Street Association Board of Directors

**2008**  "The Ruled Geometries of Marcel Breuer". Presentation given for Tau Sigma Delta Friday Forum.

"Mississippi Bypass Guidelines" Presentation for the Mississippi Chapter of the American Planning Association Conference, October 16, 2008.

**2006**  "Structural Expression in the Work of Marcel Breuer". Presentation given for Tau Sigma Delta Friday Forum.

"The Mississippi School Design Guidelines." Presentation. Lions Club, Oxford Chapter. Oxford, Mississippi. October 17, 2006

**2005**  "Marcel Breuer's Abbey Church of St. John's". Presentation given on March 25, 2005 for Tau Sigma Delta Friday Forum.

**2003**  Met with the heads of the Columbus School District to discuss the planning of the New Stokes-Beard Elementary School.

**2000**  Organized the "Renovating Older Schools Workshop" held February 29th at Mitchell Memorial Library. The day-long workshop, co-sponsored by TVA, was attended by 50 architects, educators and school administrators to hear four speakers on the educational, architectural and construction issues of renovating older schools.

Okolona NCNW – Met with members of the NCNW to explore renovation of the Okolona College site, March 15, 2000

**1999**  Organized and conducted a mail survey of 1,013 public schools in the state of Mississippi to discover new ideas in facility use.

"Schools and Towns" a presentation for the Program for Research and Evaluation of Public Schools (PREPS) Winter Conference 1999 on February 5. 1999.

Met with Oktibehha County School District officials on March 17, 1999 to offer assistance in school planning

Visited the West Tallahachie School District on March 24, 1999 to continue

13

027-045

facility assessment started last year.

Organized a visit and activities at the MSU School of Architecture for a group of Shannon Elementary School students on April 13, 1999.

Presented "School and Community" for the Pre-conference Facilities Workshop at the 26th Annual Pupil Transportation Conference on April 21, 1999.

Worked with Tupelo School District May through October of 1999. Visited and surveyed 5 schools in the district for existing use. Worked with the McCarty Company Design Group as a design critic for the high school addition in the district and produced research and a proposal for the new media center in the high school.

Helped organize the 2nd Annual School Facilities Workshop sponsored by the Mississippi Association of School Administrators (MASA), the Program for Research and Evaluation of Public Schools (PREPS) and EDI, Jackson, Mississippi, November 11, 1999.

Participated in the Student Leadership Conference at Crow's Neck, a retreat for Mississippi high school students to promote leadership skills.

**1998**      Participated in initial Corinth, MS Homecoming Architects meeting on October 24-25, 1998 in Corinth, MS. Meeting was held to discuss ways that the architects and the Small Town Center could help guide the future town planning in Corinth.

Participated in the planning of the Starkville Fourth of July Celebration and Farmer's Market, 1998. Designed layout for the Farmer's Market.

## XI.  University Service

| | |
|---|---|
| **2014** | University Faculty Research Advisory Committee |
| | Center for Advancement of Service Learning Excellence Advisory Committee |
| **2013** | University Faculty Research Advisory Committee |
| | Center for Advancement of Service Learning Excellence Advisory Committee |
| **2012** | University Faculty Research Advisory Committee |
| **2011** | University Faculty Research Advisory Committee |
| | University Research Center Directors Committee |
| **2010** | Outreach & Economic Development Committee |
| | University Research Center Directors Committee |
| **2009** | Vice President of Research Search Committee |
| | University Research Center Directors Committee |
| **2008** | University Research Center Directors Committee |
| **2007** | University Honor Code Council |
| **2006** | University Grievance Committee |
| **2005** | University Grievance Committee |
| | University Curriculum Committee |
| | Chair, Review Panel for Criss Grant Proposals |
| **2004** | University Teaching Evaluation Committee |
| | University Grievance Committee |

14

|      | University Curriculum Committee |
|------|---------------------------------|
|      | Member of Review Panel for Criss Grant Proposals |
| **2003** | University Teaching Evaluation Committee |
|      | Grievance Panel |
| **2002** | University Teaching Evaluation Committee |
|      | Grievance Panel |
| **2001** | University Assessment Committee |
|      | University Teaching Evaluation Committee |
|      | University Research Committee |
| **2000** | University Assessment Committee |
|      | University Teaching Evaluation Committee |
| **1999** | University Career Services Faculty Advisory Committee |
|      | University Assessment Committee |
| **1998** | University Career Services Faculty Advisory Committee |
| **1997** | University Career Services Faculty Advisory Committee |

## XII.  School/College Service

| | |
|------|---|
| **2014** | State Educator Coordinator, National Council of Architectural Registration Boards Intern Development Program |
|      | Chair, Promotion & Tenure Committee |
|      | Curriculum Committee |
| **2013** | State Educator Coordinator, National Council of Architectural Registration Boards Intern Development Program |
|      | Chair, Promotion & Tenure Committee |
|      | Curriculum Committee |
|      | Building Construction Science Director Search Committee |
| **2012** | State Educator Coordinator, National Council of Architectural Registration Boards Intern Development Program |
|      | Chair, Promotion & Tenure Committee |
|      | Curriculum Committee |
|      | Library Committee |
| **2011** | State Educator Coordinator, National Council of Architectural Registration Boards Intern Development Program |
|      | Faculty Search Committee, Building Construction Science |
|      | Curriculum Committee |
|      | Promotion & Tenure Committee |
|      | Lecture Committee |
|      | Library Committee |
| **2010** | State Educator Coordinator, National Council of Architectural Registration Boards Intern Development Program |
|      | Member, School of Architecture P&T Committee |
| **2009** | Chair, 2008-9 Annual TrimJoist Competition Committee |
|      | Chair, School of Architecture Lecture Committee |
|      | Member, School of Architecture P&T Committee |
| **2008** | Chair, 2007-8 Annual TrimJoist Competition Committee |
|      | Chair, School of Architecture Lecture Committee |
|      | Member, School of Architecture P&T Committee |
|      | Member, Fabrication Committee |
| **2007** | Chair, 2006-7 Annual TrimJoist Competition Committee |
|      | Member, School of Architecture P&T Committee |
|      | Chair, Curriculum/Computer Committee |

15

027-047

|      | Member, College Curriculum Committee |
|------|--------------------------------------|
|      | Member, Admissions Committee |
| 2006 | Chair, Curriculum/Computer Committee |
|      | Chair, 2005-6 Annual TrimJoist Competition Committee |
|      | Member, College Curriculum Committee |
|      | Member, Admissions Committee |
| 2005 | Chair, Curriculum/Computer Committee |
|      | Chair, 2005-6 Annual TrimJoist Competition Committee |
|      | Member, College Curriculum Committee |
|      | Member, Admissions Committee |
| 2004 | Chair, Curriculum/Computer Committee |
|      | Member, Lecture Committee |
|      | Member, Research Committee |
|      | Chair, 2004-5 Annual TrimJoist Competition Committee |
| 2003 | Member, Tenure & Promotion Committee |
|      | Member, Research Committee |
|      | Member, SARC ITS Group |
| 2002 | Chair, Gallery Committee |
|      | Member, Lecture Committee |
|      | Member, Research Committee |
|      | Member, SARC ITS Group |
| 2001 | Member, Lecture Committee |
|      | Member, Research Committee |
|      | Member, Shop Committee |
|      | Member, Buildings and Grounds/Room 40 ad hoc committee |
|      | Member, Gallery Committee |
| 2000 | Member, Lecture Committee |
|      | Member, Research Committee |
|      | Member, Shop Committee |
|      | Member, Buildings and Grounds/Room 40 ad hoc committee |
| 1999 | Chair, Student/Alumni Survey Committee |
|      | Member, Tenure & Promotion Committee |
|      | Member, Lecture Committee |
|      | Member, Shop Committee |
|      | Member, Research Committee |
|      | Member, Buildings and Grounds/Room 40 ad hoc committee |
|      | Member of Architect Selection Committee for School of Architecture's Capitol Street Project, Summer 1999 |
|      | United Way Campaign Representative, 1999 |
| 1998 | Chair, Surveys Committee |
|      | Member, Lecture Committee |
| 1997 | Member, Lecture Committee |

# <u>Activities and Accomplishments</u>
## XIII.  Awards and Distinctions

| 2012 | 2012 Mississippi Chapter American Planning Association Public Outreach Award to the Carl Small Town Center- "For Exemplifying Innovative Techniques to Engage the General Public in the Planning Process" |
|------|----------|
|      | 2012 Mississippi Chapter American Planning Association Student Collaborative Project Award for Zachary James and Rachel McKinley for <u>CREATE Common Ground New Albany</u> taught by Prof. John Poros |

16

|      | |
|------|---|
|      | Carl Small Town Center selected to host one of four Enterprise Rose Fellows for 2013-2015. |
| **2011** | 2011 Jim Segedy Award for Outstanding Student Project for a Small Town or Rural Area from the Small Town and Rural Planning Division (STaR) of the American Planning Association (APA National Award) for the Baptist Town project by the CSTC. |
| **2002** | Tau Sigma Delta Faculty Book Award 2001-2002 |
| **1999** | 1999 Mississippi Chapter of the American Institute of Architects Honor Award for the Tupelo Design Guidelines, a funded project and seminar class taught Spring of 1998. |
|      | 1999 American Institute of Architects National Student Research Honor Award for the Tupelo Design Guidelines, a funded project and seminar class taught Spring of 1998. |
| **1998** | Tau Sigma Delta Faculty Book Award 1997-1998 |

## XIV.  Membership in Learned and Professional Societies

| | |
|---|---|
| **2006 -** | American Institute of Architects |
| **2009 -** | American Planning Association |

## XV.  Consulting Activities

| | |
|---|---|
| **2006** | Design for a Mixed Use Building, Main Street, Columbus, MS. Unbuilt |
| **2005** | Design for a Loft Apartment Renovation, The Cox Building, 416 4th Ave. Columbus, MS. Completed 2006. |
| **2004** | Design for an Apartment Renovation, Columbus, MS, Completed 2004. |
| **2003** | Design for an addition to a house in Columbus, MS, Unbuilt. |
| **2002** | Design for new cell phone store, Barnes Crossing Mall, Tupelo, MS, Unbuilt |
| | Design for a large country house in Caledonia, MS, Completed 2003. |
| **1998** | House remodeling design in Starkville, MS |