## 2016 - 2017
## STUDENT ENROLLMENT
## BY RACE AND BY SCHOOL

| SCHOOL | WHITE | BLACK | ASIAN | AM. INDIAN | PAC. ISLANDER | HISPANIC | TOTAL |
|---|---|---|---|---|---|---|---|
| BELL | 142 | 171 | 9 | 0 | 2 | 9 | 333 |
| CYPRESS PARK | 1 | 281 | 0 | 0 | 0 | 0 | 282 |
| HAYES-COOPER | 167 | 135 | 16 | 0 | 0 | 16 | 334 |
| NAILOR | 6 | 327 | 0 | 0 | 0 | 0 | 333 |
| PARKS | 128 | 175 | 8 | 3 | 1 | 10 | 325 |
| PEARMAN | 82 | 167 | 2 | 0 | 0 | 24 | 275 |
| DM SMITH | 1 | 273 | 0 | 0 | 0 | 1 | 275 |
| MGJH | 141 | 232 | 5 | 0 | 0 | 16 | 394 |
| CHS | 270 | 283 | 8 | 1 | 0 | 31 | 593 |
| ESHS | 0 | 357 | 0 | 0 | 0 | 2 | 359 |
| TOTAL | 938 | 2401 | 48 | 4 | 3 | 109 | 3503 |



EXHIBIT A