## STUDENTS TRANSFERRED INTO DISTRICT

| RACE/SEX | SCHOOL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home School | Parks | HCC | Pearman | CPE | Nailor | MGJH | DM Smith | CHS | TOTAL |
| WM | 4 | | | | | 3 | | | 7 |
| WF | 3 | | | | | | | 3 | 6 |
| BM | | | | | | 1 | 1 | | 2 |
| BF | 1 | | | 2 | | | | | 3 |
| | | | | | | | | | 18 |
| Private School | | | | | | | | | |
| WM | 1 | | 2 | | | 2 | | | 5 |
| WF | 1 | 1 | 1 | | 1 | 3 | | | 7 |
| BM | | | | | | | | | |
| BF | | | | | | | | | |
| | | | | | | | | | 12 |
| Exchange Students | | | | | | | | | |
| WM | | | | | | | | 2 | 2 |



EXHIBIT B