## 2016 - 2017
## FACULTY BY SCHOOL AND RACE

| SCHOOL | BLACK | WHITE | HISPANIC | TOTAL |
|---|---|---|---|---|
| BELL | 5 | 20 | 0 | 25 |
| CYPRESS PARK | 14.5 | 4 | 0 | 18.5 |
| HAYES COOPER | 5 | 19 | 0 | 24 |
| NAILOR | 13 | 10 | 0 | 23 |
| PARKS | 3 | 21 | 0 | 24 |
| PEARMAN | 3 | 14 | 0 | 17 |
| DMS | 24 | 3 | 0 | 27 |
| MGJH | 14 | 17 | 1 | 32 |
| CHS | 10 | 32 | 0 | 42 |
| ESHS | 11.5 | 16 | 0 | 27.5 |
| CCDTC | 8 | 2 | 0 | 10 |
| TOTAL | 111 | 158 | 1 | 270 |

EXHIBIT C

Blumberg No. 5208