# 2016 - 2017
# ADMINISTRATORS
# BY SCHOOL AND BY RACE

| SCHOOL | WHITE | BLACK |
|---|---|---|
| BELL | 1 | |
| CYPRESS PARK | | 1 |
| NAILOR | | 1 |
| HAYES-COOPER | 1 | |
| PARKS | 1 | |
| PEARMAN | 1 | |
| DMS | 1 | 1 |
| MGJH | 1 | 1 |
| CHS | 2 | |
| ESHS | 1 | 1 |
| CCDTC | | 1 |
| TOTAL | 9 | 6 |



EXHIBIT D

## *2016 - 2017*
## *CENTRAL OFFICE STAFF*

| | |
|---|---|
| BLACK | 15 |
| WHITE | 11 |
| HISPANIC | 1 |
| ASIAN | 1 |