IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DIANE COWAN, et al.**                                                                 **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF-INTERVENOR**

v.                                                            Civil Action No. 2:65-CV-00031-GHD
                                                                          (previously DC 6531-K)

**BOLIVAR COUNTY BOARD OF
EDUCATION, et al.**                                                                      **DEFENDANTS**

### SUPPLEMENT TO CLEVELAND SCHOOL DISTRICT'S
### REPORT TO COURT ON IMPLEMENTATION OF MAY 13, 2016 PLAN

**COMES NOW**, Jamie F. Jacks and files this her Supplement to the Report to Court on Implementation of May 13, 2016 Plan for Defendant Cleveland School District in the above styled and numbered cause.

Attached as Exhibit "A" please find the final scope of work for the Cleveland Central High School and Cleveland Central Middle School together with the final estimated costs.

        Respectfully submitted,

        JACKS | GRIFFITH | LUCIANO, P.A.
        Attorneys for Defendant Cleveland School District

        By:  /s/ Jamie F. Jacks
            JAMIE F. JACKS, MS Bar No. 101881
            Post Office Box 1209
            Cleveland, Mississippi 38732
            Telephone: (662) 843-6171
            Facsimile: (662) 843-6176

## CERTIFICATE OF SERVICE

    I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served by electronically filing via the ECF system, a true and correct copy of the above and foregoing SUPPLEMENT TO CLEVELAND SCHOOL DISTRICT'S REPORT TO COURT ON IMPLEMENTATION OF MAY 13, 2016 PLAN to all registered counsel of record.

    This, the 11th day of September, 2017.

                                        */s/ Jamie F. Jacks*
                                        JAMIE F. JACKS