**JBHM Architecture**

**ATTACHMENT "A"** - Revised May 2, 2017

### CLEVELAND SCHOOL DISTRICT
### CLEVELAND HIGH SCHOOL
### PROPOSED SCOPE OF WORK
### 4/18/2017 / Revised 5/2/2017

| | | | | | |
|---|---|---|---|---|---|
| ADA | | | | | |
| a. elevator | | lump sum | | | $300,000 |
| b. interior ramps / stair lift | 2 | $20,000 | /ea | | $40,000 |
| c. exterior ramps | 1 | $30,000 | /ea | | $30,000 |
| d. restrooms | 6 | $30,000 | /ea | | $180,000 |
| e. doorway transitions | 25 | $500 | /ea | | $12,500 |
| stage access (auditorium and gym) | 2 | $35,000 | /ea | | $70,000 |
| wall repair (allowance) | | lump sum | | | $8,000 |
| exit at Margaret Green (allowance) | | lump sum | | | $20,000 |
| science lab (1-existing) - new equipment / finish | 1 | $150,000 | /ea | | $150,000 |
| security - door control | 10 | $2,000 | /ea | | $20,000 |
| | | | | Subtotal | $830,500 |

### CLEVELAND SCHOOL DISTRICT
### EAST SIDE MIDDLE SCHOOL
### PROPOSED SCOPE OF WORK
### 4/18/2017 / Revised 5/2/2017

| | | | | | |
|---|---|---|---|---|---|
| arts/tech building | | | | | |
| a. exit at tech | 1 | $7,000 | | | $7,000 |
| b. exit / fire rating / renovations | 6,400 | $100 | /sf | $640,000 | $100,000 |
| science building | | | | | |
| a. restrooms | 4 | $30,000 | /ea | | $120,000 |
| b. exit stairs - modify stairs / door | | lump sum | | | $30,000 |
| c. classroom exit door | 1 | $7,000 | /ea | | $7,000 |
| restrooms | | | | | |
| a. ADA | 4 | $30,000 | /ea | | $120,000 |
| gymnasium / stage | | | | | |
| a. ADA access (lift) | | lump sum | | | $35,000 |
| canopy sidewalk at special needs | 3,000 | $25 | /sf | | $75,000 |
| security | | | | | |
| a. perimeter fence | 100 | $50 | /sf | | $5,000 |
| b. pedestrian gate control access | 2 | $1,500 | /ea | | $3,000 |
| c. exterior door - controlled access | 6 | $5,000 | /ea | | $30,000 |
| | | | | Subtotal | $532,000 |

| | | |
|---|---|---|
| | SUBTOTAL | $1,362,500 |
| | ESTIMATE | $1,400,000 |
| 10% Soft Cost | | $140,000 |
| 10% Contingency | | $140,000 |
| | SUBTOTAL | $1,680,000 |
| | PROJECT ESTIMATE | $1,700,000 |



EXHIBIT A