IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DIANE COWAN, minor, by her mother and next friend, Mrs. Alberta Johnson, et al.; FLOYD COWAN, JR., minor, by his mother and next friend, Mrs. Alberta Johnson, et al.; LENDEN SANDERS; MACK SANDERS; CRYSTAL WILLIAMS; AMELIA WESLEY; DASHANDA FRAZIER; ANGINETTE TERRELL PAYNE; ANTONIO LEWIS; BRENDA LEWIS;**                                                    **PLAINTIFFS**

   **and**

**UNITED STATES OF AMERICA**                                    **INTERVENOR-PLAINTIFF**

**V.**                                                                                    **NO. 2:65-CV-31-DMB**

**BOLIVAR COUNTY BOARD OF
EDUCATION, et al.**                                                            **DEFENDANTS**

## ORDER

A review of the docket in this desegregation case reveals no pending matters requiring the attention of the Court. Accordingly, the Clerk of the Court is **DIRECTED** to administratively close this action. Such administrative closure shall not alter the deadlines or duties established by the numerous orders entered in this case.

**SO ORDERED**, this 20th day of September, 2017.

                                                    /s/Debra M. Brown
                                                **UNITED STATES DISTRICT JUDGE**