IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DIANE COWAN, et al.**     **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**     **PLAINTIFF-INTERVENOR**

**v.**     **Civil Action No. 2:65-CV-00031-GHD**
**(previously DC 6531-K)**

**BOLIVAR COUNTY BOARD OF**
**EDUCATION, et al.**     **DEFENDANTS**

## CLEVELAND SCHOOL DISTRICT'S REPORT TO COURT ON IMPLEMENTATION OF MAY 13, 2016 PLAN

COMES NOW, Defendant Cleveland School District, by and through counsel, and pursuant to this Court's directive to file a report with the Court detailing the District's compliance with the Court's time line for implementation of the amended Court approved plan, files such report as follows:

**1. Continue Implementation of Measures Commenced Earlier.**

The District has continued its implementation of measures outlined in previous reports as discussed in more detail below.

**2. Facility Renovations, Repairs, and other Improvements.**

The District is in the midst of construction related to the renovations made possible with the 3 mil note passed by the District last year. These renovations include upgrading the existing science lab at the new Cleveland Central High, providing an elevator at Cleveland Central High to afford greater access to students and faculty with disabilities, bringing entrances and bathrooms into compliance with the Americans with Disabilities Act and building a canopy for students at the new

Cleveland Central Middle School. Timbo Construction has a completion date set for July 20, 2018.

3.   **Community Support/Public Engagement/Multi-Racial Advisory Panel.**

The District has successfully implemented the "dual credit" scholarship fund with the help of local business and individuals. The goal is that every child who qualifies to take a dual credit class at Delta State University may do so at no charge to the child. The District has implemented the program after raising more than $20,000.00. More than 100 dual credit courses are taking place this Spring 2018 semester at no cost to the students participating.

The new high school booster club is successfully moving forward with multiple activities planned to garner support for the new high school in the community. A recent baseball booster fund raiser was a huge success at a local restaurant.

CCHS is putting together the school's first yearbook and there is much enthusiasm about the project. CCHS has also participated in Delta State University's "Winning the Race" pre-conference, had a College and Career Fair, and offered free ACT workshops to students - all of which has brought positive press to the District.

For the multi-racial advisory committee, the parties have agreed to re-launch and re-focus the panel's activities. The Board and Dr. Thigpen want to expand the committee to include the principals of both the middle school and high school as well as students from these two schools. All parties to the litigation agree on this approach. Members of the panel have been asked if they wish to return to the committee; meanwhile, principals will be gathering students who will now be members as well. A panel meeting date is set for March 21, 2018. The plan is for the panel to set a schedule of meetings and create a clear set of goals so that it can remain active.

The new high school also continues to see academic and sports successes. The CCHS Wolves Competition Math Team finished 10th out of 26 of the top Math teams in the State. The CCHS Wolves boys bowling team finished 6th in the State and the Lady Wolves finished 3rd in the State. CCHS Wolves also signed football scholarships to Itawamba Community College, Hinds Community College, DSU, Coahoma Community College and East MS Community College.

The CCHS Mock Trial Team had success at the Oxford, MS Mock Trial Regional Competition with the CCHS team finishing 1st Alternate to State. CCHS students received the award for Most Effective Attorney and Most Effective Witness out of all participants at the Regional.

**4. Work with the advisory panel to finalize activities and efforts to commemorate the traditions of the former schools.**

The advisory panel, along with Emily Jones, archivist at Delta State University, has moved all Cleveland High and Eastside High artifacts to Delta State University. An inventory of the artifacts from Cleveland High School and East Side High School was conducted. The District is exploring grant opportunities to pay for a display of this collection.

        Respectfully submitted,
        JACKS | GRIFFITH | LUCIANO, P.A.
        Attorneys for Defendant Cleveland School District

By: */s/* Jamie F. Jacks
        JAMIE F. JACKS, MS Bar #101881
        Post Office Box 1209
        Cleveland, Mississippi 38732
        Telephone: (662) 843-6171
        Facsimile: (662) 843-6176

**CERTIFICATE OF SERVICE**

 I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served this *Report to the Court* by electronically filing via the ECF filing system to all registered counsel of record.

Dated: March 9, 2018.

                 By: */s/ Jamie F. Jacks*