**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI DELTA DIVISION**

**DIANE COWAN, et al.**
**and**
**UNITED STATES OF AMERICA v.**　　　　**PLAINTIFFS AND PLAINTIFF INTERVENOR**

　　　　　　　　　　　　　　　　　　　　**Civil Action No. 2:65-CV-00031-GHD (previously DC 6531-K)**

**BOLIVAR COUNTY BOARD OF EDUCATION, et al.**　　**DEFENDANTS**

## CLEVELAND SCHOOL DISTRICT'S REPORT TO COURT ON IMPLEMENTATION OF MAY 13, 2016 PLAN

COMES NOW, Defendant Cleveland School District, by and through counsel, and pursuant to this Court's directive to file a report with the Court detailing the District's compliance with the Court's time line for implementation of the amended Court approved plan, files such report as follows:

**1. Continue Implementation of Measures Commenced Earlier.**

The District has continued its implementation of measures outlined in previous reports as discussed in more detail below.

**2. Facility Renovations, Repairs, and other Improvements.**

The District remains in the midst of construction related to the renovations made possible with the 3 mil mil note passed by the District last year. These renovations include upgrading the existing science lab at the new Cleveland Central High, providing an elevator at Cleveland Central High to afford greater access to students and faculty with disabilities, bringing entrances and bathrooms into compliance with the Americans with Disabilities Act and building a canopy for students at the new Cleveland Central Middle School. Timbo Construction has a completion date set for July 20, 2018 and the District anticipates limbo meeting this deadline.

1

**3. Community Support/Public Engagement/Multi-Racial Advisory Panel.**

The District completed its first semester utilizing the community supported "dual credit" scholarship fund made possible with the help of local business and individuals. Every Cleveland central High School student who qualifies to take a dual credit class at Delta State University may do so at no charge to the child. The District raised more than $20,000.00 for the program. More than 100 dual credit courses took place this Spring 2018 semester at no cost to the students participating.

The District continues to attempt to engage parents and students with activities like a showcase at Cleveland Central Middle School. The showcase was held in March and consisted of presentations and a tour of the facility for prospective students and parens.
Cleveland Central High graduated its first senior class on May 19, 2018. Graduation was a success with a packed house full of family and supporters. Graduation was held at the Walter Sillers Coliseum on the Delta State Campus. The high school also hosted a special Senior dinner to honor the graduates prior to graduation day.

For the multi-racial advisory committee, the parties have re-launched and re-focused the panel and its activities. The committee now includes the principals of both the middle school and high school as well as students from these two schools. The panel met in March and April with very good participation and discussion on topics ranging from end of the year activities to various ways to encourage engagement of students and parents.

**4. Work with the advisory panel to finalize activities and efforts to commemorate the traditions of the former schools**.

The advisory panel approved applying for a grant through the Mississippi Delta Heritage Area for matching funds to showcase memorabilia from the former high schools. The grant decision should be made in the next few weeks. The proposal included putting together an oral

and visual history of the consolidation efforts as told through student journalists. Delta State University has agreed to partner with the District in this endeavor.

    Respectfully submitted,
    JACKS | GRIFFITH | LUCIANO, P.A.
    Attorneys for Defendant Cleveland School District
    <u>By: /s/ Jamie F. Jacks</u>
    JAMIE F. JACKS,
    MS Bar #101881
    Post Office Box 1209
    Cleveland, Mississippi 38732
    Telephone: (662) 843-6171
    Facsimile: (662) 843-6176

## CERTIFICATE OF SERVICE

I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served this Report to the Court by electronically filing via the ECF filing system to all registered counsel of record.

    Dated: May 22, 2018.
    <u>By: /s/ Jamie F. Jacks</u>

4