## STUDENTS TRANSFERRED INTO DISTRICT

| RACE/SEX | SCHOOL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home School | Bell | Parks | HCC | Pearman | DMSE | Nailor | CCMS | CCHS | TOTAL |
| WM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 |
| WF | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 5 | 7 |
| BM | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| BF | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 |
| | | | | | | | | | 10 |
| Private School | | | | | | | | | |
| WM | 1 | 2 | 0 | 2 | 0 | 0 | 1 | | 6 |
| WF | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 4 | 7 |
| BM | | | 0 | 0 | | | 0 | 0 | 0 |
| BF | 1 | | 0 | 1 | | | 0 | 0 | 2 |
| | | | | | | | | | 15 |
| Exchange Students | | | | | | | | | |
| | | | | | | | | | 0 |

EXHIBIT B