**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**DIANE COWAN, et al.**                                                                    **PLAINTIFFS**

**and**

**UNITED STATES OF AMERICA**                          **PLAINTIFF-INTERVENOR**

**v.**                                                                       **Civil Action No. 2:65-CV-00031-GHD**
                                                                                    **(previously DC 6531-K)**

**BOLIVAR COUNTY BOARD OF**
**EDUCATION, et al.**                                                                    **DEFENDANTS**

**CORRECTION TO ANNUAL REPORT**

COMES NOW, the Cleveland School District and files this, its Correction to Annual Report filed on June 1, 2018. (Doc.# 321).  After filing the June 1, 2018 Report, the District was notified by representatives of the Department of Justice that there were mathematical issues with Exhibits A, C and D to the report.  The District has now reviewed the data and corrected those mathematical errors and now re-files those exhibits with corrections.

    (a)    Total student enrollment by race at each school and district wide (Please see Exhibit "A");

    (e)    Total number of full time teachers by race in the district and by school (Please see Exhibit "C");

    (f)    Total number of administrative staff by race for each school facility (Please see Exhibit "D");

Respectfully submitted,

JACKS | GRIFFITH | LUCIANO, P.A.
Attorneys for Defendant Cleveland School District

By:    /s/ Jamie F. Jacks                
        JAMIE F. JACKS, MS Bar #101881
        Post Office Box 1209
        Cleveland, Mississippi 38732
        Telephone: (662) 843-6171
        Facsimile: (662) 843-6176

## CERTIFICATE OF SERVICE

I, Jamie F. Jacks, attorney for Defendant Cleveland School District, do hereby certify that I have this date served a true and correct copy of the above and foregoing *CORRECTION TO ANNUAL REPORT* to all counsel who have appeared in this cause via ECF Filing in accordance with the local rules of the United States District Court for the Northern District of Mississippi.

This, the 2nd day of July, 2018.

                */s/ Jamie F. Jacks*        
                JAMIE F. JACKS