# 2017-2018
# STUDENT ENROLLMENT
# BY SCHOOL AND BY RACE

| SCHOOL | WHITE | BLACK | ASIAN | AM. IN0DIAN | PAC. ISLANDER | HISPANIC | TOTAL |
|---|---|---|---|---|---|---|---|
| Bell | 161 | 177 | 11 | 0 | 2 | 14 | 365 |
| Hayes Cooper | 140 | 145 | 19 | 3 | 0 | 19 | 326 |
| Nailor | 6 | 323 | 0 | 0 | 0 | 0 | 329 |
| Parks | 131 | 177 | 5 | 1 | 0 | 12 | 326 |
| Pearman | 73 | 189 | 2 | 0 | 0 | 20 | 284 |
| DM Smith Elementary | 4 | 383 | 0 | 0 | 0 | 1 | 388 |
| Cleveland Central Middle | 96 | 357 | 4 | 0 | 0 | 12 | 469 |
| Cleveland Central High | 212 | 655 | 10 | 1 | 0 | 27 | 905 |
| TOTAL | 823 | 2406 | 51 | 5 | 2 | 105 | 3392 |

Blumberg No. 5208

EXHIBIT A