# 2017-2018
# FACULTY
# BY SCHOOL AND BY RACE

| SCHOOL | WHITE | BLACK | HISPANIC | TOTAL |
|---|---|---|---|---|
| Bell | 20 | 6 | 0 | 26 |
| DM Smith Elementary | 7 | 16 | 0 | 23 |
| Hayes Cooper | 18 | 6 | 0 | 24 |
| Nailor | 14 | 10 | 0 | 24 |
| Parks | 18 | 5 | 0 | 23 |
| Pearman | 11 | 10 | 0 | 21 |
| Cleveland Central Middle | 28 | 13 | 0 | 41 |
| Cleveland Central High | 43 | 28 | 1 | 72 |
| CCDTC (Career Center) | 2 | 8 | 0 | 10 |
| | | | | |
| TOTAL | 161 | 102 | 1 | 264 |



EXHIBIT C