# 2017-2018
# ADMINISTRATORS
# BY SCHOOL AND BY RACE

| SCHOOL | WHITE | BLACK |
|---|---|---|
| Bell | 1 | |
| DM Smith Elementary | | 1 |
| Nailor | | 1 |
| Hayes Cooper | 1 | |
| Parks | 1 | |
| Pearman | | 1 |
| Cleveland Central Middle | 1 | 3 |
| Cleveland Central High | 3 | 2 |
| CCDTC (Career Center) | | 1 |
| | | |
| TOTAL | 7 | 9 |



EXHIBIT D

# 2017-2018
# CENTRAL OFFICE STAFF

| Black | 15 |
|---|---|
| White | 10 |
| Hispanic | 1 |
| Asian | 1 |