IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| DIANE COWAN, et al. | PLAINTIFFS |
| and | |
| UNITED STATES OF AMERICA | PLAINTIFF-INTERVENOR |
| v. | Civil Action No. 2:65-CV-00031-GHD (previously DC 6531-K) |
| BOLIVAR COUNTY BOARD OF EDUCATION, et al. | DEFENDANTS |

**CONSENT ORDER REPORT**
**2018-2019**

Attached and below please find the following information in regard to the Cleveland School District's reporting requirements pursuant to the Consent Order entered in this cause:

(a) Total student enrollment by race at each school and district wide (Please see Exhibit "A");

(b) Total number of students by race participating in the magnet schools, this data includes the sending and receiving school; There is no specific attachment for this category. The District has the following magnet school opportunities: Hayes Cooper and Bell Academy. Bell and Hayes Cooper's population is generally established during the child's pre-k or kindergarten year of school. As such, there is no "sending" or "receiving" school. Exhibit "A" shows the breakdown of students at Bell and Hayes Cooper;

(c) All students who have utilized the majority to minority policy, this data includes the sending and receiving school. Cleveland School District has no junior high or high school students utilizing the majority to minority transfer policy as there is only one junior high and high school. There are no more majority to minority opportunities as all non-magnet, non-open enrollment schools are majority black. Hayes Cooper and Bell do not have majority to minority transfer students because they both utilize a lottery.

(d) Any private school returns by race (Please see Exhibit "B");

(e) Total number of full time teachers by race in the district and by school (Please see Exhibit "C");

(f) Total number of administrative staff by race for each school facility (Please see Exhibit "D");

(g) Enrichment programs in the Cleveland School District schools (Please see Exhibit "E");

(h) A list of construction, renovation, repairs and modifications of Cleveland School District facilities (Please see Exhibit "F").

(i) An evaluation of the district's effectiveness in its desegregation efforts.

The District believes its desegregation efforts have been highly effective. Most formerly majority white population schools are now majority black or near majority black and/or all schools are "evening out" based on community numbers. This applies not only for students, but for faculty, staff and administrators of the Cleveland School District. The District's magnet schools, Hayes Cooper and Bell, are highly successful and recent state testing revealed some of the highest scores in the State of Mississippi at Bell Academy and Hayes Cooper. The District now has only one high school and one middle school, Cleveland Central High School and Middle School. A significant focus has been put on the middle/high schools to remove all vestiges of segregation by utilization of student, parent, and community input. Students of all races are encouraged to work and learn together not only in athletics, but in the academic and social arenas. The CSD administration continues to work closely with all facilities to provide courses needed for all students to learn, succeed and grow.

As the second year comes to a close, while there are still issues to be addressed (parade route, continued social interaction and blending of race relations within the school system across the board, parental complaint of racial discrimination/lawsuit), it is the belief of the Cleveland School District Board and attorney that the District is taking great and successful strides to accomplish the *Cowan* Court directives.

The band and music programs have worked together to establish a new school alma mater which was not only acceptable, but pleasing to those interested persons in the community. Multiple after school and other social interaction events for all students were implemented and utilized to improve interaction among all students of different backgrounds and socioeconomic levels. The booster clubs (athletic/band/school) reached out and gained significant input and assistance to make the schools feel supported and successful. It is anticipated that with the new Superintendent (African American male), that we will re-utilize the race relations community boards (community outreach programs) previously utilized to be more proactive with the community.

The elementary levels of education have also seen significant improvement not only in construction or renovation of facilities, but also in attempted equal blends of students and faculty, diversity of classes, social interaction and parental/community involvement. The state scores of the elementary schools of the Cleveland School District is proof of their success.

Overall, it is believed that the Cleveland School District is moving in the right direction of the *Cowan* Court directives, to erase the vestiges of segregation and to prevent any type of "re-segregation". Any input would always be welcome.

Please let me know if you have any questions or would like any additional information.

Sincerely,

JACKS | GRIFFITH | LUCIANO, P.A.
Attorneys for Defendant Cleveland School District

By: */s/ Arnold U. Luciano*

## CERTIFICATE OF SERVICE

I, Arnold U. Luciano, attorney for Defendant Cleveland School District, do hereby certify that I have this date served a true and correct copy of the above and foregoing 2018-2019 CONSENT ORDER REPORT to all counsel who have appeared in this cause via ECF Filing in accordance with the local rules of the United States District Court for the Northern District of Mississippi.

This, the 31st day of May, 2019.

*/s/ Arnold U. Luciano*
ARNOLD U. LUCIANO