# 2018-2019
# STUDENT ENROLLMENT
# BY SCHOOL AND BY RACE

| School | White | Black | Asian | Am. Indian | Pac. Islander | Hispanic | Total |
|---|---|---|---|---|---|---|---|
| Bell | 163 | 179 | 13 | 0 | 2 | 17 | 374 |
| Hayes Cooper | 154 | 151 | 15 | 0 | 0 | 21 | 341 |
| Nailor | 5 | 291 | 0 | 0 | 0 | 1 | 297 |
| Parks | 134 | 162 | 4 | 3 | 0 | 13 | 316 |
| Pearman | 54 | 203 | 0 | 0 | 0 | 24 | 281 |
| DM Smith Elelmentary | 1 | 387 | | 0 | 0 | 2 | 390 |
| Cleveland Central Middle School | 90 | 389 | 6 | 0 | 1 | 13 | 499 |
| Cleveland Central High School | 191 | 657 | 9 | 0 | 0 | 36 | 893 |
| | | | | | | | |
| TOTAL | 792 | 2419 | 47 | 0 | 0 | 127 | 3391 |

EXHIBIT A

Blumberg No. 5208