**2018-2019**
**STUDENTS TRANSFERRED INTO DISTRICT**

| RACE/SEX | SCHOOL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home School | Bell | Parks | HCC | Pearman | DMSE | Nailor | CCMS | CCHS | Total |
| BM | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| BF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WM | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 6 |
| WF | 0 | 2 | 0 | 0 | 0 | 0 | 3 | 4 | 9 |
| Private School | Bell | Parks | HCC | Pearman | DMSE | Nailor | CCMS | CCHS | |
| BM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BF | 0 | 0 | 0 | 1 | 0 | 2 | 0 | 1 | 4 |
| WM | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 4 |
| WF | 0 | 2 | 0 | 0 | 0 | 0 | 5 | 0 | 7 |
| Exchange Students | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EXHIBIT
**B**