**2018-2019**
**FACULTY**
**BY SCHOOL AND BY RACE**

| School | White | Black | Hispanic | Total |
|---|---|---|---|---|
| Bell | 22 | 6 | 0 | 28 |
| Hayes Cooper | 20 | 5 | 0 | 25 |
| Nailor | 7 | 13 | 0 | 20 |
| Parks | 18 | 8 | 0 | 26 |
| Pearman | 14 | 7 | 0 | 21 |
| DM Smith Elelmentary | 5 | 13 | 0 | 18 |
| Cleveland Central Middle School | 17 | 24 | 0 | 41 |
| Cleveland Central High School | 37 | 23 | 1 | 61 |
| CCDTC(Career Center) | 3 | 9 | 0 | 12 |
| | | | | |
| TOTAL | 143 | 108 | 1 | 252 |

EXHIBIT

C

Blumberg No. 5208