# 2018-2019
# ADMINISTRATORS
# BY SCHOOL AND BY RACE

| School | White | Black |
|---|---|---|
| Bell | 1 | |
| Hayes Cooper | 1 | |
| Nailor | | 1 |
| Parks | 1 | |
| Pearman | | 1 |
| DM Smith Elelmentary | | 1 |
| Cleveland Central Middle School | 1 | 2 |
| Cleveland Central High School | 3 | 2 |
| CCDTC(Career Center) | | 1 |
| | | |
| TOTAL | 7 | 8 |



EXHIBIT D

# 2018-2019
## CENTRAL OFFICE STAFF

| | |
|---|---|
| BLACK | 14 |
| WHITE | 13 |
| HISPANIC | 1 |
| ASIAN | 1 |