2018-2019

Cleveland School District Enrichment Programs

Aims activities in math and science

Brain Pop

Delta Science Modules from Delta Education

Early Literacy

ELL Services

GEMS-Great Explorations in math and science

Hatch programs for smartboards

My Reading Coach

My Skills Tutor

Positive Behavior Interventions Supports

Reading Eggs

Reading Plus

Saxon math and phonics

Dyslexia Program/Therapist

Shurley English

Sight Words by Sampson

STEM-Engineering and Robotics

Thinking Maps

Afterschool tutorials

Study Island

Singapore Math Strategies

Saturday School

Extended School Year

Accelerated reading and math

Ten Marks Math Online Learning

AP classes

Dual credit courses



EXHIBIT

E

Blumberg No. 5208

Mastery Prep Assessments

iReady

iReady Teacher Toolbox

STEMSCOPES

Moby Max

HERO