## CONSTRUCTION PROJECTS

1. Major roofing project at Parks Elementary, DM Smith (immediate total re-roof), and Nailor (immediate total re-roof), pending coverage issues and payment with multiple insurance providers for hail claims.

2. Negotiations with MS Department of Archives and History regarding demolition of "old" Cleveland High School Gym (located on the Cleveland Central High School campus), due to substantial flaws on West wall, asbestos, and foundation issues. Bond issue being discussed and contemplated, pending negotiations with MS Department of Archives and History as to "Landmark" designation, to construct new gym, athletic facility, band hall, computer and science labs, and new classrooms for Special Education classes.

3. Completion of roofing repairs at Cleveland Central High School and Cleveland Consolidated Middle School.

4. Completion of multiple handicapped chairs, control panels, lifts and elevator at Cleveland Central High School.

5. Beginning of installation of security cameras and security lock doors with total interfacing computer systems for privacy/security access at all Cleveland School District facilities. This is subject to a State of Mississippi Master Lease Program under which multiple schools utilize this financing option.

6. Near completion of total renovation of Cleveland Central High School Auditorium (last thing remaining is replacement of window curtains).

7. Negotiations to purchase 1 acre lot by Bell Academy to increase parking lot size and facilitate better traffic flow.

8. Landscape and leveling projects at Cleveland Consolidated Middle School (prior East Side High School) to address flooding in the middle courtyard area.

9. Gymnasium seating to be addressed at Cleveland Consolidated Middle School (prior East Side High School), pending acquisition of appropriate repair remedy.

10. Bleacher renovation/substitution/replacement at Cleveland Central High School.



EXHIBIT F

## Cleveland School District

| Vendor | Description | Date | CCHS | CCMS | Bell | Nailor | Parks | DMSE | Pearman | HCC | CCTDC | WRAC | District Wide |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haag Engineering | Testing of Roof Samples | 12/18 | | | | | | | | | | | $ 1,770.00 |
| Taylor HVAC | HVAC Repairs | 12/18 | | | | | | | | | | | $ 1,950.00 |
| Straight Edge | Painting | 2/19 | | | | | | | | | | | $ 450.00 |
| JBH Plumbing | Replace Hot Water Heater | 4/19 | | | | | | | | | | | $ 775.00 |
| Security Services | Repair Security Cameras | 4/19 | | | | | | | | | | | $ 1,760.00 |
| Security Services | Repair Security Cameras | 5/19 | | | | | | | | | | | $ 760.00 |
| Straight Edge | Renovate Bathrooms | 5/19 | | | | | | | | | | | $ 6,078.25 |
| Straight Edge | Renovate Break Room | 5/19 | | | | | | | | | | | $ 3,520.63 |
| Security Services | Repair Security Cameras | 1/19 | | | | | | $ 575.00 | | | | | |
| Walker Plumbing | Repair Sewer Lines | 1/19 | | | | | | $ 450.00 | | | | | |
| JBH Plumbing | Repair Water Main | 1/19 | | $ 3,300.00 | | | | | | | | | |
| Taylor HVAC | Replace HVAC Units | 8/18 | $ 8,713.76 | | | | | | | | | | |
| Johnson Controls | Repair Temp Controls | 2/19 | $ 1,843.49 | | | | | | | | | | |
| Taylor HVAC | Replace/Repair HVAC Units | 3/19 | $ 3,900.00 | | | | | | | | | | |
| Walker Plumbing | Repair Sewer Lines | 1/19 | | | | | | $ 300.00 | | | | | |
| Taylor HVAC | Repair/Replace HVAC Unit | 3/19 | | | | | | $ 5,456.33 | | | | | |
| Walker Plumbing | Repair Sewer Lines | 3/19 | | | | | | $ 800.00 | | | | | |
| Tri-Star | Repair Sewer Lines | 5/19 | | | | | | $ 2,995.00 | | | | | |
| Field HVAC | Install New HVAC Unit | 9/18 | | | $ 5,950.00 | | | | | | | | |
| JBH Plumbing | Install lines to Cottage | 11/18 | | | $ 1,770.00 | | | | | | | | |
| Taylor HVAC | Replace/Repair HVAC Units | 8/18 | | $ 10,135.75 | | | | | | | | | |
| JBH Plumbing | Repair-Water Main Leak | 10/18 | | $ 495.00 | | | | | | | | | |
| Straight Edge | Install Flooring-Auditorium | 5/19 | $ 9,300.00 | | | | | | | | | | |
| Walker Plumbing | Repair Water Lines | 1/19 | | | | | | | | $ 1,975.00 | | | |
| Taylor HVAC | Repair HVAC | 9/18 | | | | $ 272.28 | | | | | | | |
| Johnson Controls | Replace HVAC Controls | 3/19 | | | | | $ 15,808.72 | | | | | | |
| JBH Plumbing | Replace Water Heater | 10/18 | | | | | | | $ 9,450.00 | | | | |
| Robinson Electric | Repair Greenhouse | 1/19 | | | | | | | | | $ 1,200.00 | | |
| Robinson Electric | Install new circuit-Lift | 4/19 | | | | | | | | | $ 2,175.00 | | |
| Albert Love, PhD | Asbestos Testing | 1/19 | $ 14,600.00 | | | | | | | | | | |
| Albert Love, PhD | Asbestos Testing | 5/19 | | | | | | $ 5,800.00 | | | | | |
| Albert Love, PhD | Asbestos Testing | 4/19 | $ 23,200.00 | | | | | | | | | | |
| Albert Love, PhD | Asbestos Testing | 5/19 | | | | $ 2,300.00 | | | | | | | |
| Shane Hays | Facility Repair-Bus Shop | 12/18 | | | | | | | | | | | $ 1,200.00 |
| Shane Hays | Facility Repair-Bus Shop | 2/19 | | | | | | | | | | | $ 2,000.00 |
| Straight Edge | Facility Repair-C | 3/19 | | | | | | | | | | | $ 2,500.00 |
| Straight Edge | Facility Repair-CO | 5/19 | | | | | | | | | | | $ 2,419.49 |
| Sherwin Williams | Floor Replacement | 10/18 | | | | | | $ 17,459.49 | | | | | $ 901.27 |
| Roberson Flooring | Gym Floor Repairs | 1/19 | | | | | | $ 17,900.00 | | | | | |
| Elijah Miller | Install Electrical Circuits | 12/18 | | | $ 3,800.00 | | | | | | | | |
| Burle Engineering | Soil Samples & Testing | 12/18 | | $ 4,500.00 | | | | | | | | | |
| Fortress | Security System Repair | 2/19 | $ 2,435.94 | | | | | | | | | | |
| Albert Love, PhD | Asbestos Testing | 5/19 | $ 10,350.00 | | | | | | | | | | |
| Albert Love, PhD | Asbestos Testing | 11/18 | | | | | $ 2,600.00 | | | | | | |
| Albert Love, PhD | Asbestos Testing | 12/18 | | | | | $ 2,600.00 | | | | | | |
| Sherwin Williams | Floor Replacement | 9/18 | | | | | | | | | $ 36,168.77 | | |
| Sherwin Williams | Floor Replacement | 8/18 | | | | | | $ 23,064.90 | | | | | |
| Fleming Lumber | Floor Replacement | 4/19 | $ 16,849.42 | | | | | | | | | | |
| Mid-Delta HVAC | Replace/Repair HVAC Units | 9/18 | $ 4,980.00 | | | | | | | | | | |
| Mid-Delta HVAC | Replace/Repair HVAC Units | 9/18 | $ 4,975.00 | | | | | | | | | | |

| Vendor | Description | Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taylor HVAC | Replace/ Repair HVAC Unit | 11/18 | $ | 8,713.76 | | | | | | | | | |
| Mid-Delta HVAC | Replace/ Repair HVAC Unit | 1/19 | $ | 4,980.00 | | | | | | | | | |
| Curtis Company | Install New Stage Curtain | 3/19 | $ | 5,500.00 | | | | | | | | | |
| Taylor HVAC | Replace/Repair HVAC Units | 9/18 | | | | | | | | | $ 3,843.60 | | |
| Taylor HVAC | Replace/ Repair HVAC Unit | 4/19 | $ | - | | | | $ | 4,989.68 | | | | |
| Mid-Delta HVAC | Replace/Repair HVAC Units | 9/18 | $ | 4,985.00 | | | | | | | | | |
| Taylor HVAC | Replace/Repair HVAC Units | 5/19 | $ | 7,149.66 | | | | | | | | | |
| Mid-Delta HVAC | Replace/ Repair HVAC Unit | 1/19 | | | | | | | | | $ 3,775.00 | | |
| Global Equipment | Replace Water Fountains | 3/19 | $ | 4,074.16 | | | | | | | | | |
| Cleveland Fence Co | Replace Fence | 8/18 | | | | | | | | | | | $ 3,250.00 |
| Precision Lawn & Dirt | Parking Lot Repairs | 1/19 | $ | 8,100.00 | | | | | | | | | |
| Lee's Tree Service | Tree Removal | 4/19 | $ | 1,525.00 | | | | | | | | | |
| Joe Reed Co | Parking Lot Repairs | 11/18 | | | | | | | | $ 975.00 | | | |
| Cleveland Fence Co | Fencing | 10/18 | | | | | | | | | | | $ 4,850.00 |
| Precision Lawn & Dirt | Parking Lot Repairs | 1/19 | $ | - | | | | | | | | | $ 2,160.00 |
| Joe Reed Co | Dirt-Foundation Work | 8/18 | | | $ | 1,500.00 | | | | | | | |
| Eley Engineering | Grounds Survey-Courtyard | 2/19 | $ | 3,000.00 | | | | | | | | | |
| Precision Lawn & Dirt | Parking Lot Repairs | 2/19 | $ | 12,285.00 | | | | | | | | | |
| Automotive Equipment | Install New Car Lift | 10/18 | | | | | | | | $ 500.00 | | | |
| JBHM | Architect Fees | 5/19 | | | | | $ 24,958.87 | | | | | | |
| JBHM | Architect Fees | 5/19 | $ | 3,750.00 | | | | | | | | | |
| JBHM | Architect Fees | 5/19 | | | $ 24,958.88 | | | | | | | | |
| JBHM | Architect Fees | 1/19 | | | | | | $ | 1,000.00 | | | | |
| JBHM | Architect Fees | 3/19 | | | | | | $ | 1,000.00 | | | | |
| JBHM | Architect Fees | 3/19 | | | | | | $ | 1,000.00 | | | | |
| JBHM | Architect Fees | 5/19 | | | | | | $ | 3,341.09 | | | | |
| Roy Collins Construction | Replace Roof | 12/18 | | | | | | $ | 231,664.15 | | | | |
| Roy Collins Construction | Replace Roof | 1/19 | | | | | | $ | 61,647.76 | | | | |
| Roy Collins Construction | Replace Roof | 2/19 | | | | | | $ | 52,758.66 | | | | |
| Roy Collins Construction | Replace Roof | 3/19 | | | | | | $ | 78,074.83 | | | | |
| Roy Collins Construction | Replace Roof | 4/19 | | | | | | $ | 161,137.61 | | | | |
| Roy Collins Construction | Replace Roof | 5/19 | | | | | | $ | 25,351.34 | | | | |
| Timbo's Contruction | Renovations | 7/18 | $ | 82,444.41 | $ | 82,444.52 | | | | | | | |
| Timbo's Contruction | Renovations | 9/18 | $ | 18,612.18 | $ | 18,612.18 | | | | | | | |
| Timbo's Contruction | Renovations | 3/19 | $ | 51,565.64 | $ | 51,565.65 | | | | | | | |
| Timbo's Contruction | Renovations | 4/19 | $ | 28,825.54 | $ | 28,525.54 | | | | | | | |
| Structural Waterproofing &Rest | Renovations | 5/19 | $ | 13,200.00 | | | | | | | | | |
| Mid-Delta HVAC | Replace/Repair HVAC Units | 7/18 | | | $ | 4,933.75 | | | | | | | |
| JBH Plumbing | Repair Water Lines | 7/18 | | | | | | | | | | | $ 1,350.00 |
| Taylor HVAC | Repair/ Replace HVAC Unit | 6/18 | $ | 9,400.00 | | | | | | | | | |
| Cleveland Fence Co | Repair/Replace Fence | 6/18 | $ | 1,000.00 | | | | | | | | | |
| Mid-Delta HVAC | Repair/Replace HVAC Unit | 6/18 | $ | 4,933.75 | | | | | | | | | |
| Hankins Paint Contractors | Clean & Paint Auto Shop | 6/18 | | | | | | | | | $ 5,714.00 | | |
| Taylor HVAC | Repair/Replace HVAC Unit | 6/18 | | | | | | | | | $ 6,200.00 | | |
| Tri-Star Company | HVAC & Electical Repairs | 6/18 | | | | | | | | | $ 25,212.00 | | |
| OK Auto Sales | Storage Shed-Bus Shop | 8/18 | | | | | | | | | | | $ 6,325.00 |
| Ellis Communications | Repair PA System | 6/18 | | | $ | 1,109.42 | | | | | | | |
| **Total by Location** | | | $ | 351,957.05 | $ | 227,747.05 | $ 14,129.42 | $ 27,531.16 | $ | 642,973.84 | $ 99,759.59 | $ 9,450.00 | $ 9,593.60 | $ 78,144.77 | $ - | $ 44,019.64 |

**Grand Total** $ 1,505,306.12