**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| DIANE COWAN *et al.*,<br><br>Plaintiffs,<br>and<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br>v.<br><br>BOLIVAR COUNTY BOARD OF EDUCATION *et al.*,<br><br>Defendants. | Civil Action No.<br>2:65-CV-00031-DMB-JMV |

**AMENDED MOTION TO WITHDRAW COUNSEL FOR THE UNITED STATES OF AMERICA**

Pursuant to Local Rule 83.1, Plaintiff-Intervenor United States of America ("United States") respectfully moves this Court for an order withdrawing Ceala Breen-Portnoy, Aziz Ahmad, Kelly Gardner, and Renee Wohlenhaus as counsel of record for the United States in the above captioned case. Mr. Ahmad, Ms. Gardner, and Ms. Wohlenhaus have left the U.S. Department of Justice; Ms. Breen-Portnoy will be departing and unavailable to serve as counsel as of May 23, 2025. Accordingly, the United States seeks permission to withdraw Ms. Breen-Portnoy, Mr. Ahmad, Ms. Gardner, and Ms. Wohlenhaus from representing the United States in this matter. The United States has already notified counsel for the Plaintiffs and the Defendant Cleveland School District of these developments.

In response to the Court's stated concerns (ECF 340), Peter Beauchamp has today entered his appearance in this case (ECF 341) and will act as counsel of record for the United States moving forward.

For the reasons stated herein, the United States respectfully moves this Court for entry of an order withdrawing Ms. Breen-Portnoy, Mr. Ahmad, Ms. Gardner, and Ms. Wohlenhaus as counsel of record for the United States.

Respectfully submitted this 22nd day of May 2025:

*/s/ Ceala Breen-Portnoy*
CEALA BREEN-PORTNOY
Senior Trial Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW – 4CON
Washington, DC 20530
Telephone: (202) 305-5903
Ceala.Breen-Portnoy@usdoj.gov

*Attorney for Plaintiff-Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May 2025, I electronically filed the foregoing Motion to Withdraw Counsel for the United States with the Clerk of the Court using the CM/ECF system, thereby providing service on all counsel of record.

*/s/ Ceala Breen-Portnoy*
CEALA BREEN-PORTNOY