**United States Department of Justice**
United States Attorney
Northern District of Mississippi

900 Jefferson Avenue
Oxford, Mississippi 38655

Telephone: 662.234.3351
Facsimile: 662.234.3318

March 2, 2026

ecf_information@msnd.uscourts.gov
Honorable Daniel McHugh
Clerk of the Court
#369 Federal Building
911 Jackson Avenue
Oxford, MS 38655-3622

Re: Introduction of Joseph Sperber, Attorney,
U.S. Department of Justice, Educational Opportunities Section("EOS")
of the Civil Rights Division in re:

*Cowan et al v. Bolivar County Board of Education*
Civil Action No. 2:65-cv-00031-DMB-JMV

Dear Mr. McHugh:

Pursuant to Local Uniform Civil Rule 83.1(d)(10), this letter is to serve as an introduction of Joseph Sperber, Attorney for the Department of Justice – EOS of the Civil Rights Division, who will be representing the Department of Justice in the above referenced civil action filed, or to be filed, in the United States District Court for the Northern District of Mississippi.

Mr. Sperber's contact information is as follows:

Joseph Sperber
Attorney
Educational Opportunities Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20579
Phone: (202) 598-9249
Email: joseph.sperber@usdoj.gov
New York Bar No.: 2662526

As always, if the court needs anything else in this matter, please contact me at the office number 662-234-3351.

Sincerely,

SCOTT F. LEARY
United States Attorney

***/s/ John E. Gough, Jr.***
John E. Gough, Jr.
Chief, Civil Division, MSND

JEG/bs
cc: Mr. Joseph Sperber (joseph.sperber@usdoj.gov)