## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: My Schools
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| Pre-Kindergarten | 26 | 25 | 27 | 34 | 2 | 2 | 0 | 0 | 0 | 0 | 3 | 1 | 58 | 62 | 120 |
| Kindergarten | 30 | 30 | 77 | 70 | 3 | 1 | 0 | 0 | 0 | 0 | 6 | 1 | 116 | 102 | 218 |
| 1st | 29 | 28 | 83 | 82 | 3 | 2 | 1 | 0 | 0 | 0 | 6 | 6 | 122 | 118 | 240 |
| 2nd | 32 | 23 | 76 | 72 | 1 | 3 | 0 | 1 | 0 | 0 | 3 | 5 | 112 | 104 | 216 |
| 3rd | 21 | 28 | 73 | 68 | 1 | 3 | 0 | 0 | 0 | 0 | 4 | 11 | 99 | 110 | 209 |
| 4th | 26 | 27 | 83 | 61 | 1 | 2 | 0 | 1 | 0 | 0 | 3 | 2 | 113 | 93 | 206 |
| 5th | 25 | 23 | 81 | 63 | 3 | 2 | 0 | 0 | 0 | 0 | 2 | 7 | 111 | 95 | 206 |
| 6th | 15 | 23 | 55 | 67 | 2 | 3 | 0 | 1 | 0 | 0 | 5 | 2 | 77 | 96 | 173 |
| 7th | 19 | 15 | 75 | 64 | 2 | 2 | 0 | 0 | 0 | 0 | 7 | 8 | 103 | 89 | 192 |
| 8th | 18 | 13 | 82 | 94 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 6 | 103 | 114 | 217 |
| 9th | 18 | 14 | 83 | 82 | 1 | 2 | 0 | 1 | 1 | 0 | 5 | 5 | 108 | 104 | 212 |
| 10th | 10 | 8 | 102 | 71 | 3 | 1 | 0 | 0 | 0 | 0 | 4 | 2 | 119 | 82 | 201 |
| 11th | 8 | 13 | 69 | 95 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 7 | 80 | 116 | 196 |
| 12th | 11 | 11 | 70 | 77 | 0 | 2 | 0 | 0 | 0 | 0 | 7 | 7 | 88 | 97 | 185 |
| | **288** | **281** | **1036** | **1000** | **24** | **27** | **1** | **4** | **1** | **0** | **59** | **70** | **1409** | **1382** | |
| | **569** | | **2036** | | **51** | | **5** | | **1** | | **129** | | **2791** | | |

| School | Type | Count |
|---|---|---|
| Inactive School | | 0 |
| Central Office | | 0 |
| D.M. Smith Elementary | | 0 |
| Bell Academy | | 0 |
| Cleveland Central Middle School | | 0 |
| Cleveland Central High School | Entry | 1 |
| Hayes Cooper Center | | 0 |
| Nailor Elementary School | | 0 |
| Parks Elementary School | | 0 |
| Pearman Elementary School | | 0 |
| Vocational Complex | | 0 |
| Graduates / Wd Students | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**

| | |
|---|---|
| District: | Cleveland School District |
| School: | D.M. Smith Elementary |
| Date: | 09/04/2025 |

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| 3rd | 0 | 0 | 32 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 27 | 59 |
| 4th | 0 | 0 | 39 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 28 | 67 |
| 5th | 0 | 0 | 29 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 27 | 56 |
| 6th | 0 | 0 | 21 | 27 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 27 | 48 |
| | 0 | **0** | **121** | **109** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **121** | **109** | |
| | **0** | | **230** | | **0** | | **0** | | **0** | | **0** | | **230** | | |

| School | Type | Count |
|---|---|---|
| D.M. Smith Elementary | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: Bell Academy
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| Pre-Kindergarten | 4 | 8 | 8 | 11 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 15 | 20 | 35 |
| Kindergarten | 10 | 7 | 10 | 14 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 24 | 21 | 45 |
| 1st | 9 | 6 | 11 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 23 | 20 | 43 |
| 2nd | 8 | 7 | 9 | 12 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 18 | 22 | 40 |
| 3rd | 7 | 8 | 11 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 19 | 18 | 37 |
| 4th | 6 | 8 | 14 | 10 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 19 | 39 |
| 5th | 5 | 10 | 10 | 7 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 17 | 18 | 35 |
| 6th | 7 | 7 | 10 | 10 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 19 | 36 |
| | 56 | **61** | **83** | **88** | **4** | **6** | **0** | **0** | **0** | **0** | **10** | **2** | **153** | **157** | |
| | **117** | | **171** | | **10** | | **0** | | **0** | | **12** | | **310** | | |

| School | Type | Count |
|---|---|---|
| Bell Academy | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: Cleveland Central Middle School
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| 7th | 19 | 15 | 75 | 64 | 2 | 2 | 0 | 0 | 0 | 0 | 7 | 8 | 103 | 89 | 192 |
| 8th | 18 | 13 | 82 | 94 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 6 | 103 | 114 | 217 |
| | 37 | **28** | **157** | **158** | **2** | **3** | **0** | **0** | **0** | **0** | **10** | **14** | **206** | **203** | |
| | **65** | | **315** | | **5** | | **0** | | **0** | | **24** | | **409** | | |

| School | Type | Count |
|---|---|---|
| Cleveland Central Middle School | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: Cleveland Central High School
Date: 09/04/2025

| | **White** | | **Black** | | **Asian** | | **American Indian** | | **Pacific Islander** | | **Hispanic** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| 9th | 18 | 14 | 83 | 82 | 1 | 2 | 0 | 1 | 1 | 0 | 5 | 5 | 108 | 104 | 212 |
| 10th | 10 | 8 | 102 | 71 | 3 | 1 | 0 | 0 | 0 | 0 | 4 | 2 | 119 | 82 | 201 |
| 11th | 8 | 13 | 69 | 95 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 7 | 80 | 116 | 196 |
| 12th | 11 | 11 | 70 | 77 | 0 | 2 | 0 | 0 | 0 | 0 | 7 | 7 | 88 | 97 | 185 |
| | 47 | **46** | **324** | **325** | **6** | **6** | **0** | **1** | **1** | **0** | **17** | **21** | **395** | **399** | |
| | **93** | | **649** | | **12** | | **1** | | **1** | | **38** | | **794** | | |

| School | Type | Count |
|---|---|---|
| Cleveland Central High School | Entry | 1 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: Hayes Cooper Center
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| Pre-Kindergarten | 19 | 14 | 9 | 12 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 30 | 27 | 57 |
| Kindergarten | 12 | 16 | 8 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 22 | 23 | 45 |
| 1st | 10 | 11 | 10 | 11 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 21 | 23 | 44 |
| 2nd | 13 | 11 | 4 | 13 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 17 | 26 | 43 |
| 3rd | 6 | 10 | 6 | 10 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | 14 | 27 | 41 |
| 4th | 9 | 9 | 10 | 8 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 2 | 20 | 20 | 40 |
| 5th | 10 | 6 | 9 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 21 | 14 | 35 |
| 6th | 5 | 9 | 6 | 5 | 2 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 14 | 15 | 29 |
| | 84 | **86** | **62** | **70** | **6** | **3** | **1** | **2** | **0** | **0** | **6** | **14** | **159** | **175** | |
| | **170** | | **132** | | **9** | | **3** | | **0** | | **20** | | **334** | | |

| School | Type | Count |
|---|---|---|
| Hayes Cooper Center | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**

District: Cleveland School District
School: Nailor Elementary School
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| Pre-Kindergarten | 0 | 0 | 8 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 8 | 16 |
| Kindergarten | 0 | 0 | 35 | 39 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 36 | 39 | 75 |
| 1st | 1 | 0 | 41 | 46 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 43 | 46 | 89 |
| 2nd | 0 | 0 | 42 | 29 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 43 | 29 | 72 |
| | 1 | **0** | **126** | **122** | **1** | **0** | **0** | **0** | **0** | **0** | **2** | **0** | **130** | **122** | |
| | **1** | | **248** | | **1** | | **0** | | **0** | | **2** | | **252** | | |

| School | Type | Count |
|---|---|---|
| Nailor Elementary School | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: Parks Elementary School
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| Pre-Kindergarten | 3 | 3 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 5 | 7 | 12 |
| Kindergarten | 8 | 7 | 24 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 34 | 19 | 53 |
| 1st | 7 | 9 | 14 | 4 | 3 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 25 | 16 | 41 |
| 2nd | 10 | 3 | 8 | 9 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 1 | 20 | 14 | 34 |
| 3rd | 7 | 8 | 11 | 8 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 19 | 21 | 40 |
| 4th | 10 | 7 | 11 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 22 | 10 | 32 |
| 5th | 9 | 6 | 13 | 6 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 23 | 14 | 37 |
| 6th | 3 | 3 | 8 | 11 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 11 | 16 | 27 |
| | 57 | **46** | **91** | **55** | **4** | **9** | **0** | **0** | **0** | **0** | **7** | **7** | **159** | **117** | |
| | **103** | | **146** | | **13** | | **0** | | **0** | | **14** | | **276** | | |

| School | Type | Count |
|---|---|---|
| Parks Elementary School | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN

## Student Enrollment Breakdown

My Schools 09/04/2025 08:09 AM

**Criteria**
District: Cleveland School District
School: Pearman Elementary School
Date: 09/04/2025

| | White | | Black | | Asian | | American Indian | | Pacific Islander | | Hispanic | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADA Grade** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **M** | **F** | **Male** | **Female** | **Total** |
| 1st | 2 | 2 | 7 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 | 10 | 13 | 23 |
| 2nd | 1 | 2 | 13 | 9 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 14 | 13 | 27 |
| 3rd | 1 | 2 | 13 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 15 | 17 | 32 |
| 4th | 1 | 3 | 9 | 13 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 12 | 16 | 28 |
| 5th | 1 | 1 | 20 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 21 | 22 | 43 |
| 6th | 0 | 4 | 10 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 14 | 19 | 33 |
| | 6 | **14** | **72** | **73** | **1** | **0** | **0** | **1** | **0** | **0** | **7** | **12** | **86** | **100** | |
| | **20** | | **145** | | **1** | | **1** | | **0** | | **19** | | **186** | | |

| School | Type | Count |
|---|---|---|
| Pearman Elementary School | | 0 |

EXHIBIT A - STUDENT ENROLLMENT BREAKDOWN